**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BROADSTREET, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | |
| | § | **Civil Action No. 4:24-cv-00803-O** |
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

In response to this Court's December 18, 2024, Order (ECF No. 50), Plaintiffs narrowed their request to seal documents (ECF No. 55). Accordingly, this Order resolves the pending motions to seal, and the Clerk is **DIRECTED** to unseal the following documents in their entirety:

- Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion") (ECF No. 4-4)

- Plaintiffs' proposed order regarding the TRO Motion (ECF No. 4-6)

- The Court's August 23, 2024, Order (ECF No. 6)

- The Court's August 30, 2024, Order (ECF No. 11)

- Plaintiffs' Reply (ECF No. 28-3)

- Plaintiffs' Exhibit A to the Reply (ECF No. 28-4)

- The Court's November 17, 2024, Order (ECF No. 38)

- Defendant's Motion for Leave to File a Partially Redacted Motion to Dismiss (ECF No. 45)

- Defendant's Appendix in Support of its Motion to File a Partially Redacted Motion to Dismiss (ECF No. 45-2)

- 1 -

**EXHIBIT**

**1**

- Defendant's Exhibit A (ECF No. 45-3)

The following documents should **REMAIN** sealed:

- Exhibit A to the Complaint (ECF No. 4-3)

- Appendix to TRO Motion (ECF No. 4-5)

- Appendix to Plaintiffs' Reply (ECF No. 28-5)*

    o *Except, the following sections of the Appendix to Plaintiffs' Reply shall

       be **UNSEALED**:

       ▪ Exhibits A and B to the Declaration of David Feingold, pages 7–9

          and 10–11

       ▪ Exhibit E to the Declaration of Joseph Baldassarra, pages 394–95

- Defendant's Motion to Dismiss (ECF No. 45-1)

- Plaintiffs' Supplemental Briefing in Support of Motion to Seal and attachments
  (ECF Nos. 55, 55-1, 55-2)

Defendant's Motion for Leave to File a Partially Redacted Motion to Dismiss (ECF No.

45) is **GRANTED**. Defendant is **ORDERED** to file any future motion to dismiss with the same

redactions as its redacted Motion to Dismiss (ECF No. 46).

   **SO ORDERED** on this **8th day of January, 2025**.

                                            _____
                                            Reed O'Connor
                                            **UNITED STATES DISTRICT JUDGE**