UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,
_____/

## SECURITIES AND EXCHANGE COMMISSION'S *EXPEDITED MOTION* FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY-PAGE LIMIT

Plaintiff Securities and Exchange Commission moves this Court on an expedited basis for leave to file a Memorandum of Law in support of its Expedited Motion for a Temporary Restraining Order, Asset Freeze, and Other Relief in excess of the twenty-page limit set by Local Rule 7.1(c)(2) of the Southern District of Florida.

### Expedited Treatment Requested

The SEC requests an expedited ruling on this motion under Local Rule 7.1(d)(2). The SEC requests a ruling on this motion by Friday, January 31, 2025. An expedited ruling by that date is needed to promptly file the SEC's Expedited Motion and Memorandum of Law for Temporary Injunctions, Asset Freeze and Other Relief and declarations and exhibits submitted in

1

support thereof, which seeks to protect investors from further harm by Defendants' ongoing fraudulent scheme.

## Argument

Good cause exists for this motion because more than twenty pages are necessary to adequately inform the Court of the complex facts and law in this federal securities law matter and to address the numerous categories of relief sought. The Commission brings this emergency action to prevent five Defendants from continuing to engage in a scheme to defraud investors in connection with a multi-faceted offering that has, thus far, raised approximately $1 billion. Defendants have been raising money since 2020, by falsely stating that investors' investments in one business line would not expose them to any risks in any other business lines and while fraudulently promising and paying preferred returns that have not been generated by the underlying investments.

The SEC's Complaint in this matter involves more than 220 factual allegations and seven claims for relief. The Commission needs more than twenty pages to describe the Defendants' fraudulent conduct, its illegal nature, and the emergency relief it necessitates. In order to establish the SEC's entitlement to such relief, the SEC has set forth in the memorandum of law evidence establishing each of the four factors that courts consider when determining motions for temporary and preliminary injunction relief: (1) that it is likely to succeed on the merits as to each of the claims; (2) that it is likely to suffer irreparable harm in the absence of preliminary relief; (3) that the balance of equities tips in its favor; and (4) that an injunction is in the public interest. *Starbucks v. McKinney*, 144 S. Ct. 1570, 1576 (2024). These factors, especially likelihood of success on the merits, are fact intensive and involve analysis of numerous elements that the SEC has the burden to establish. The Commission's Expedited Motion for a Temporary

Restraining Order, Asset Freeze, and Other Emergency Relief and Memorandum of Law in Support is 61 pages long.

For the reasons stated above, the Commission requests that the Court grant this motion and allow it to file its TRO Motion and Memorandum of Law in Support of 61 pages in length.

Dated: January 29, 2025.

                              Respectfully submitted,

                    By: /s *Jacqueline M. Moessner*
                        Jacqueline M. Moessner
                        S.D. Fla. Bar No. A5503301
                        (303) 844-1031
                        moessnerj@sec.gov

                        Christopher E. Martin, Esq.
                        S.D. Fla Bar No. A5500747
                        (303) 844-1106
                        martinc@sec.gov

                        Terry R. Miller, Esq.
                        S.D. Fla. Bar No. A5503312
                        (303) 844-1041
                        millerte@sec.gov

                        Attorneys for Plaintiff
                        UNITED STATES SECURITIES AND
                        EXCHANGE COMMISSION
                        1961 Stout Street, 17th Floor
                        Denver, Colorado 80294
                        (303) 844-1000