UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,
_____/

**ORDER GRANTING SECURITIES AND EXCHANGE
COMMISSION'S *EXPEDITED MOTION* TO FILE
A REDACTED COMPLAINT AND TO SUBMIT OTHER PAPERS UNDER SEAL**

THIS CAUSE came before the Court upon Plaintiff Securities and Exchange Commission's Expedited Motion to File A Redacted Complaint and To Submit Other Papers Under Seal. Specifically, for the reasons set forth in the motion, the SEC requests permission to submit the following temporarily under seal:

1) Expedited Motion and Memorandum of Law for Temporary Injunctions, Asset Freeze and Other Relief and declarations and exhibits submitted in support
2) Expedited Motion and Memorandum of Law for Appointment of a Receiver
3) Unredacted complaint

Good cause having been found, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

(1) the SEC's Complaint shall remain redacted until further order of the Court;

(2) the SEC may submit the above-listed documents under seal;

(3) within seven days of their receipt of the order, Defendants shall identify which, if any, documents or information they believe should remain under seal and the reasons why;

(4) the SEC shall file any opposition to Defendants' request to have documents remain under seal within seven days after receiving Defendants identification of which documents they wish to remain under seal;

(5) the SEC shall publicly file any document or exhibit previously filed under seal in this matter not identified by Defendants as documents that should remain under seal within seven days of the date Defendants identify them as not requiring sealing; and

(6) for any documents identified by Defendants within seven days that they believe should remain under seal, those documents shall remain under seal until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 30th day of January 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record via CM/ECF