UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,
_____/

### ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S *EXPEDITED MOTION* FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY-PAGE LIMIT

Plaintiff Securities and Exchange Commission filed an Expedited Motion for Leave to File a Memorandum of Law in Support of its Expedited Motion for a Temporary Restraining Order, Asset Freeze, and Other Relief in excess of the twenty-page limit set by Local Rule 7.1(c)(2) of the Southern District of Florida. The Court finds that good cause exists for this motion because this is a complex matter under the federal securities laws. Accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Commission may file a Memorandum of Law in Support of its Expedited Motion for a

Temporary Restraining Order, Asset Freeze, and Other Emergency Relief that is 61 pages long.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 30th day of January 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE