UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

    Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

    Relief Defendants,
_____/

**STIPULATION AND JOINT MOTION ON PROCEDURE SCHEDULE AND TEMPORARY RELIEF FOR THE SECURITIES AND EXCHANGE COMMISSION'S MOTIONS FOR TEMPORARY AND PRELIMINARY RELIEF AND MOTION TO <u>APPOINT A RECEIVER AND AGREED UPON STIPULATED RELIEF</u>**

Plaintiff Securities and Exchange Commission ("SEC"), Defendants David J. Feingold, Joseph B. Baldassarra, Steven S. Baldassarra, Broad Street Global Management, LLC, and Broad Street, Inc. ("Defendants"), and Relief Defendants Josephbenjamin, Inc. and Just A Nice Day, Inc. ("Relief Defendants"), submit this stipulation and joint motion for an order: (1) adopting the stipulated terms of the procedure of the SEC's Expedited Motion and Memorandum of Law for Temporary Injunctions, Asset Freeze and Other Relief and declarations and exhibits submitted in support ("Motion for TRO") and Expedited Motion and Memorandum of Law for Appointment of a Receiver ("Motion for Receiver"); and (2) entering the below stipulated relief that shall

1

remain in place until the Court rules on the Motion for TRO and Motion for Receiver. Plaintiff, Defendants, and Relief Defendants are herein after referred to as the "Parties."

The SEC filed this action on January 29, 2025. On that day, the SEC filed a redacted complaint and a motion to submit under seal an unredacted version of the Complaint, the Motion for TRO, and the Motion for Receiver. Dkt. 4; *see also* Dkts. 6, 8-10 and 12 (granting motion to submit under seal and the filing of such documents under seal). Also on January 29, 2025, the SEC served counsel for all Defendants and Relief Defendants with copies of these documents and exhibits submitted in support. On January 30, 2025, the Court held a Status Conference. Dkt. 14.

The Parties have reached a stipulation about the procedure to resolve the Motion for TRO and Motion for Receiver and requests an order adopting the following terms:

1. The deadline for Defendants and Relief Defendants to file responses to the Motion for TRO and Motion for Receiver is February 14, 2025;

2. The deadline for the SEC to file any reply in support of the Motion for TRO and Motion for Receiver is February 21, 2025; and

3. Pursuant to the Status Conference, a hearing on the Motion for TRO and Motion for Receiver will be set on February 26, 2025, at 10:30 am eastern.

The Parties also agreed to a set of conditions to the stipulation above and requests that the Court adopts them in the order. The Parties therefore ask the Court to order the following:

    a. Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not solicit any potential or actual investors and shall not accept any additional investments from investors

      on behalf of Broad Street Global Fund and BSG Series CM, LLC (collectively, the "Fund") until the Court rules on the Motion for TRO and Motion for Receiver;

b. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not move any assets outside of the Court's jurisdiction, Defendants shall not transfer any assets that have been invested in the Fund to Defendants' personal accounts or to Relief Defendants, and Relief Defendants shall not expend or dissipate any assets until the Court rules on the Motion for TRO and Motion for Receiver;

c. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not, directly or indirectly, destroy, mutilate, conceal, alter, dispose of, or otherwise render illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to any of the Defendants and Relief Defendants, wherever located and in whatever form, electronic or otherwise, until the Court rules on the Motion for TRO and Motion for Receiver; and

d. The SEC may take discovery on an expediated basis (consistent with the time limits found in the SEC's proposed TRO order (Dkt. 9)) if new issues are

raised (or documents not previously provided to the SEC are used) in the responses to the SEC's motions.

By entering into this stipulation, the Defendants and Relief Defendants are not making any admissions and are not waiving or conceding any defenses or arguments reserving all rights at law and equity including but not limited to jurisdiction and venue, and the SEC is not waiving any of its rights to respond to any of the Defendants and Relief Defendants defenses or arguments at law and equity, including related to jurisdiction and venue.

A proposed order is submitted with this stipulation and joint motion. For the reasons above, the Parties request that the Court enter the proposed order.

Dated: January 30, 2025.                                  Respectfully submitted,

By: _s: Christopher E. Martin__
Christopher E. Martin, Esq.
S.D. Fla Bar No. A5500747
(303) 844-1106
martinc@sec.gov

Jacqueline M. Moessner
S.D. Fla. Bar No. A5503301
(303) 844-1031
moessnerj@sec.gov

Terry R. Miller, Esq.
S.D. Fla. Bar No. A5503312
(303) 844-1041
millerte@sec.gov

Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

By: _s: Thomas Scot Wolinetz_
Thomas Scot Wolinetz, Esq.

Weltz Kakos Gerbi Wolinetz Volynsky LLP.
Florida Bar No. 1001160
1 Old Country Road, Suite 275
Carle Place, New York 11514
(212) 202-3176