UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:25-cv-20436**

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,                      **NOTICE OF**
STEVEN S. BALDASSARRA,                        **APPEARANCE**
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,
_____/

**PLEASE TAKE NOTICE** that Thomas Scot Wolinetz of the law firm Weltz Kakos Gerbi Wolinetz Volynsky LLP, duly admitted to the Bar of this Court, hereby appears as counsel of record for Defendants David J. Feingold, Joseph B. Baldassarra, Steven S. Baldassarra, Broad Street Global Management, LLC, and Broad Street, Inc. ("Defendants") and Relief Defendants Josephbenjamin, Inc. and Just A Nice Day, Inc. ("Relief Defendants") in the above-captioned action, and requests that all parties serve the undersigned with all papers in this action. This notice of appearance is made with Defendants and Relief Defendants full reservation of all rights at law and equity including but not limited to jurisdiction and venue.

Dated: Carle Place, New York
January 31, 2025

Respectfully submitted,

**WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP**

By: /s/ *Thomas Scot Wolinetz*
Thomas Scot Wolinetz
Florida Bar No.1001160
1 Old Country Road, Suite275
Telephone: (212) 202-3176
Facsimile: (516) 855-8776
twolinetz@weltz.law