UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-DPG

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,
_____/

**ORDER STIPULATION AND JOINT MOTION ON PROCEDURE SCHEDULE AND TEMPORARY RELIEF FOR THE SECURITIES AND EXCHANGE COMMISSION'S MOTIONS FOR TEMPORARY AND PRELIMINARY RELIEF AND MOTION TO APPOINT A RECEIVER AND AGREED UPON STIPULATED RELIEF**

THIS CAUSE came before the Court upon the stipulation of Plaintiff Securities and Exchange Commission and Defendants David J. Feingold, Joseph B. Baldassarra, Steven S. Baldassarra, Broad Street Global Management, LLC, and Broad Street, Inc. ("Defendants"), and Relief Defendants Josephbenjamin, Inc, and Just A Nice Day, Inc. ("Relief Defendants"). Plaintiff, Defendants, and Relief Defendants are the "Parties."

The SEC filed this action on January 29, 2025. On that day, the SEC filed a redacted complaint and a motion to submit under seal an unredacted version of the Complaint, an Expedited Motion and Memorandum of Law for Temporary Injunctions, Asset Freeze and Other Relief and declarations and exhibits submitted in support ("Motion for TRO"); and Expedited

Motion and Memorandum of Law for Appointment of a Receiver ("Motion for Receiver"). [ECF No. 4]; *see also* [ECF Nos. 6, 8-10, and 12] (granting motion to submit under seal and the filing of such documents under seal). Also on January 29, the SEC served counsel for all Defendants and Relief Defendants with copies of these documents. On January 30, 2025, the Court held a Status Conference. [ECF No. 14.]

On January 30, the parties submitted a stipulation about the procedure to resolve the Motion for TRO and Motion for Receiver. For the reasons in the parties' stipulation, and good cause having been found, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The deadline for Defendants and Relief Defendants to file responses to the Motion for TRO and Motion for Receiver is February 14, 2025;

2. The deadline for the SEC to file any replies in support of the Motion for TRO and Motion for Receiver is February 21, 2025; and

3. A hearing on the Motion for TRO and Motion for Receiver is set for February 26, 2025, at 10:30 am eastern.

The Parties agreed to a set of conditions to their stipulation, and the Court adopts them here. Good cause having been found, **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**:

> a. Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not solicit any potential or actual investors and shall not accept any additional investments from investors on behalf of Broad Street Global Fund and BSG Series CM, LLC

    (collectively, the "Fund") until the Court rules on the Motion for TRO and Motion for Receiver;

b. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not move any assets outside of the Court's jurisdiction, Defendants shall not transfer any assets that have been invested in the Fund to Defendants' personal accounts or to Relief Defendants, and Relief Defendants shall not expend or dissipate any assets until the Court rules on the Motion for TRO and Motion for Receiver;

c. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not, directly or indirectly, destroy, mutilate, conceal, alter, dispose of, or otherwise render illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to any of the Defendants and Relief Defendants, wherever located and in whatever form, electronic or otherwise, until the Court rules on the Motion for TRO and Motion for Receiver; and

d. The SEC may take discovery on an expedited basis (consistent with the time limits found in the SEC's proposed TRO order [ECF No. 9]) if new issues are

raised (or documents not previously provided to the SEC are used) in the responses to the SEC's motions.

By entering into this stipulation, the Defendants and Relief Defendants are not making any admissions and are not waiving or conceding any defenses or arguments reserving all rights at law and equity including but not limited to jurisdiction and venue, and the SEC is not waiving any of its rights to respond to any of the Defendants and Relief Defendants defenses or arguments at law and equity, including related to jurisdiction and venue.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 31st day of January 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record via CM/ECF