UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-DPG

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants.
_____/

## ORDER GRANTING STIPULATION AND
## JOINT MOTION TO MODIFY STIPULATED ORDER

THIS CAUSE came before the Court upon the Stipulation and Joint Motion to Modify Stipulated Order [ECF No. 18] filed by Plaintiff Securities and Exchange Commission ("SEC"), Defendants David J. Feingold, Joseph B. Baldassarra, Steven S. Baldassarra, Broad Street Global Management, LLC, and Broad Street, Inc. ("Defendants"), and Relief Defendants Josephbenjamin, Inc. and Just A Nice Day, Inc. ("Relief Defendants") (collectively, the "Parties"). [ECF No. 86]. The Parties agree to modify the conditions imposed on the Defendants and Relief Defendants in the Order [ECF No. 18] entered by the Court on January 31, 2025, and the Court adopts the modified conditions here. Good cause having been found, it is hereby **ORDERED, ADJUDGED, AND DECREED** that, until further order of the Court**:**

    a. Defendants, including any of their directors, officers, agents, servants, employees,

attorneys, depositories, banks, any affiliated (or any Defendant that has an ownership interest) registered investment adviser or registered broker dealer, and those persons in active concert or participation with any one or more of them, shall not solicit any potential or actual investors and shall not accept any additional investments from investors on behalf of Broad Street Global Fund and BSG Series CM, LLC (collectively, the "Fund");

b. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not move any assets outside of the Court's jurisdiction, and Defendants shall not transfer any assets that have been invested in the Fund to Defendants' personal accounts or to Relief Defendants;

c. Relief Defendants shall not expend or dissipate any assets (except for ordinary and necessary living, business and legal expenses); and

d. Defendants and Relief Defendants, including any of their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, shall not, directly or indirectly, destroy, mutilate, conceal, alter, dispose of, or otherwise render illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to any of the Defendants and Relief Defendants, wherever located and in whatever form, electronic or otherwise.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 7th day of March 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**