

# EXHIBIT B

| | |
|---|---|
| **From:** | Krysa, Tom |
| **To:** | Jeffrey C. Schneider; Stephanie L. Hauser |
| **Cc:** | Irwin Weltz; Thomas Wolinetz |
| **Subject:** | FW: Draft accounting materials |
| **Date:** | Wednesday, August 6, 2025 4:54:18 PM |

Jeff and Stephanie,

We will be transmitting the 2024 draft accounting referenced below via Titan File to you shortly in a separate email.  Thank you.

**Tom Krysa**
*Partner*

**Foley & Lardner LLP**
1144 15th St, Suite 2200, Denver, CO 80202
Phone 720.437.2010 | Cell 303.803.6661
View My Bio | Visit Foley.com | tkrysa@foley.com



---

**From:** Krysa, Tom
**Sent:** Wednesday, August 6, 2025 2:53 PM
**To:** Moessner, Jacqueline <moessnerj@sec.gov>; Miller, Terry <millerte@sec.gov>
**Cc:** Thomas Wolinetz <twolinetz@weltz.law>; Irwin Weltz <irwin@weltz.law>; Howell, Andrew A. <ahowell@foley.com>
**Subject:** Draft accounting materials

Jackie and Terry,

Following this email, we will be transmitting via Titan File the draft accounting for 2024 which includes the independent CPA's financial statements and backup accounting materials. Please provide any feedback when convenient and let us know if you want to set up a call to discuss. Thank you.

**Tom Krysa**
*Partner*

**Foley & Lardner LLP**
1144 15th St, Suite 2200, Denver, CO 80202
Phone 720.437.2010 | Cell 303.803.6661
View My Bio | Visit Foley.com | tkrysa@foley.com



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.