IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-20436-DPG

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL
MANAGEMENT, LLC, and
BROAD STREET, INC.,

      Defendants,

JOSEPHBENJAMIN, INC., and
JUST A NICE DAY, INC.,

      Relief Defendants.

**DEFENDANTS' AND RELIEF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR HEARING PURSUANT TO LOCAL RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants and Relief Defendants ("Defendants") move to dismiss this action brought by Plaintiff Securities and Exchange Commission ("SEC").

## INTRODUCTION

Article II, Section 1 of the United States Constitution states "[t]he executive Power shall be vested in a President of the United States of America." While commonly referred to as an "independent agency," the SEC is, in fact, part of the executive branch of the United States and is to operate under the authority of the President. To that point, the President recently issued an Executive Order that expressly bars the SEC from advancing an interpretation of law as the position of the United States that contravenes the President's or the Attorney General's opinion on a matter of law *unless authorized by the President or in writing by the Attorney General.*

The SEC has failed to show, as required, that this litigation against Defendants is being advanced under the authority of the President and in compliance with the Executive Order. Such failure warrants dismissal of this case for lack of subject matter jurisdiction.

## BACKGROUND

On February 18, 2025, President Trump signed Executive Order 14215 "Ensuring Accountability for all Agencies" ("Executive Order") (attached hereto as **Exhibit 1**). The Executive Order states:

> The Constitution vests all executive power in the President and charges him with faithfully executing the laws. Since it would be impossible for the President to single-handedly perform all the executive business of the Federal Government, the Constitution also provides for subordinate officers to assist the President in his executive duties. In the exercise of their often-considerable authority, these executive branch officials remain subject to the President's ongoing supervision and control. The President in turn is regularly elected by and accountable to the American people. This is one of the structural safeguards, along with the separation of powers between the executive and legislative branches, regular elections for the Congress, and an independent judiciary whose judges are appointed by the

1

President by and with the advice and consent of the Senate, by which the Framers created a Government accountable to the American people.

However, previous administrations have allowed so-called "independent regulatory agencies" to operate with minimal Presidential supervision. These regulatory agencies currently exercise substantial executive authority without sufficient accountability to the President, and through him, to the American people. Moreover, these regulatory agencies have been permitted to promulgate significant regulations without review by the President.

These practices undermine such regulatory agencies' accountability to the American people and prevent a unified and coherent execution of Federal law. For the Federal Government to be truly accountable to the American people, officials who wield vast executive power must be supervised and controlled by the people's elected President.

Therefore, in order to improve the administration of the executive branch and to increase regulatory officials' accountability to the American people, it shall be the policy of the executive branch to ensure Presidential supervision and control of the entire executive branch. Moreover, all executive departments and agencies, including so-called independent agencies, shall submit for review all proposed and final significant regulatory actions to the Office of Information and Regulatory Affairs (OIRA) within the Executive Office of the President before publication in the Federal Register.

(Ex. 1, § 1). The Executive Order then states:

No employee of the executive branch acting in their official capacity may advance an interpretation of the law as the position of the United States that contravenes the President or the Attorney General's opinion on a matter of law, including but not limited to the issuance of regulations, guidance, and positions advanced in litigation, unless authorized to do so by the President or in writing by the Attorney General.

(Ex. 1, § 7). Also, on February 18, 2025, the White House issued a Fact Sheet ("Fact Sheet")

(attached hereto as **Exhibit 2**). The Fact Sheet includes a subsection titled "Reining in Independent

Agencies," which provides:

So-called independent agencies like the . . . Securities and Exchange Commission (SEC) have exercised enormous power over the American people without Presidential oversight.

2

> These agencies issue rules and regulations that cost billions of dollars and implicate some of the most controversial policy matters, and they do so without the review of the democratically elected President.
>
> They also spend American tax dollars and set priorities without consulting the President, while setting their own performance standards.

(Ex. 2, pp. 1-2). The Fact Sheet further provides:

> Executive power without responsibility has no place in our Republic. The United States was founded on the principle that the government should be accountable to the people. That is why the Founders created a single President who is alone vested with "the executive Power" and responsibility to "take Care that the Laws be faithfully executed."
>
> Voters and the President can now hold all Federal agencies—not just Cabinet departments—responsible for their decisions, as the Constitution demands.

(*Id.*, p. 3).

## LEGAL STANDARD

A motion to dismiss for lack of subject matter jurisdiction brought pursuant to Federal Rule of Civil Procedure 12(b)(1) may present either a facial or a factual challenge to the complaint. *See McElmurray v. Consol. Gov't*, 501 F.3d 1244, 1251 (11th Cir. 2007). In a facial challenge, a court is required only to determine if the plaintiff has "sufficiently alleged a basis for subject matter jurisdiction." *Id.* at 1251. By contrast, a factual attack "challenge[s] 'the existence of subject matter jurisdiction in fact, irrespective of the pleadings, and matters outside the pleadings ... are considered.' " *McElmurray*, 501 F.3d at 1251 (quoting *Lawrence v. Dunbar*, 919 F.2d 1525, 1529 (11th Cir. 1990)). Ultimately, "[t]he burden for establishing federal subject matter jurisdiction rests with the party bringing the claim." *Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F.3d 1242, 1247 (11th Cir. 2005). The SEC has not met its burden.

## ARGUMENT

"A plaintiff properly invokes § 1331 [federal question] jurisdiction when she pleads a colorable claim "arising under" the Federal Constitution or laws." *Arbaugh v. Y&H Corp.*, 546

U.S. 500, 501, 126 S. Ct. 1235, 1237, 163 L. Ed. 2d 1097 (2006). Article II, Section 1 of the United States Constitution states "[t]he executive Power shall be vested in a President of the United States of America." Moreover, the Executive Order provides "[t]he Constitution vests all executive power in the President and charges him with faithfully executing the laws." (Ex. 1, § 1).

The SEC is part of the executive branch of the United States and is to operate under the authority of the President. (*See, e.g.*, Exhs. 1 & 2). The Executive Order provides that the SEC cannot advance litigation claims that contravene the President or Attorney's General opinion as the position of the United States. (Ex. 1, § 7). In addition, "[t]he burden for establishing federal subject matter jurisdiction rests with the party bringing the claim." *Sweet Pea Marine, Ltd.*, 411 F.3d at 1247.

Thus, to establish a claim arising under the Federal Constitution and laws, *i.e*, federal subject matter jurisdiction, *the SEC* must show that it is in full compliance with the Executive Order. *Sweet Pea Marine, Ltd.*, 411 F.3d at 1247. The SEC has not established compliance with the Executive Order and therefore has not met *its* burden of establishing federal subject matter jurisdiction.

**CONCLUSION**

For the foregoing reasons, Defendants request that the Court grant this motion and dismiss this action in its entirety for lack of subject matter jurisdiction. Defendants further request an evidentiary hearing and oral argument on this motion.

Dated: January 29, 2026

Respectfully submitted,

**WELTZ KAKOS GERBI WOLINETZ
VOLYNSKY LLP**

By: ***Thomas Scot Wolinetz***
Thomas S. Wolinetz, Esq.
Florida Bar No. 1001160
Irwin Weltz (PHV)
1 Old Country Road, Suite 275
Carle Place, New York 11514
Telephone: (212) 202-3176
Facsimile: (516) 855-8776
twolinetz@weltz.law
irwin@weltz.law

**GALLIVAN WHITE & BOYD P.A.**

Ioannis (Ian) G. Conits (PHV)
55 Beattie Pl., Suite 1200
Greenville, South Carolina 29601
Telephone: 864-271-5432
iconits@gwblawfirm.com

**LETT LAW FIRM**

By: ***Ariel Lett***
Ariel Lett, Esq.
Florida Bar No. 115513
6303 Blue Lagoon Dr., Suite 400
Miami, FL 33126
Telephone: 305-912-5388
alett@lettlawfirm.com

*Attorneys for Broadstreet Inc. and
David Feingold*

**BERKELEY LAW P.A.**

By: ***Lorne E. Berkeley***
Lorne E. Berkeley, Esq.
Florida Bar No. 146099
10600 Griffin Road, Suite 104
Cooper City, Florida 33328

5

Telephone: (954) 719-3484
Lorne@BerkeleyLawFL.com

*Attorneys for Broadstreet Global
Management LLC, Joseph B. Baldassarra,
and Steven B. Baldassarra*

**LOMAX LEGAL PLLC**

By: ***Brianna P. Hathaway***
     Brianna P. Hathaway, Esq.
Florida Bar No. 1019219
95 Merrick Way, 3rd Floor
Coral Gables, FL 33134
Telephone: 305.582.6506
Brianna@LomaxLegal.com

*Attorneys for Broadstreet Global
Management LLC*

**NEIMAN MAYS FLOCH &
ALMEIDA, PLLC**

By: ***Bryan A. Almeida***
     Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@nmfalawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@nmfalawfirm.com

201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33131

*Attorneys for Relief Defendants,
JosephBenjamin, Inc. and Just a Nice Day,
Inc.*

6

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on January 29, 2026, I filed this document through the CM/ECF system, which will cause a copy of this document to be served by Notice of Electronic Filing on all counsel and parties of record.

By: ***<u>Bryan A. Almeida</u>***
Bryan A. Almeida, Esq.