**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-20436-DPG**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC,

and

BROAD STREET INC.,

      Defendants, and

JOSEPHBENJAMIN, INC., and
JUST A NICE DAY, INC.,

      Relief Defendants.

_____/

**MONITOR'S MOTION TO SEAL**

Court-appointed Monitor Jeffrey C. Schneider (the "Monitor") moves to file an unredacted version of his Seventh Status Report [ECF No. 269], dated June 2, 2026, under seal, and states:

1.      On April 21, 2025, the Court entered an order appointing Jeffrey C. Schneider as the Monitor in this action (the "Monitorship Order"). [ECF No. 95].

2.      Pursuant to the Monitorship Order, the Monitor may file reports "at such other times as the Monitor has information deemed material or as he or she otherwise deems appropriate." *See* Monitorship Order, at ¶ 15.

3.      The Monitorship Order permits the Monitor, in consultation with the BSG Parties,

1

to redact portions of his reports to protect any commercially sensitive information. *Id*. The Monitorship Order also specifies that "[t]he SEC reserves its right to seek relief from the court to oppose (and remove) any such redactions or motions to seal." *Id*.

4.      On June 2, 2026, following consultation with the BSG Parties, the Monitor redacted portions of the Seventh Status Report to protect information that the Monitorship Entities considered to be highly commercially sensitive.

5.      As the Monitor's Seventh Status Report was filed with portions redacted, the Monitor moves to file an unredacted version of the Seventh Status Report under seal.

6.      The undersigned conferred with counsel for the Securities and Exchange Commission ("SEC"), who advised: "The SEC does not object to the Monitor's report being filed temporarily under seal to permit the Court to receive and review it as soon as possible. However, the SEC objects to the overbroad redactions Defendants have caused the Monitor to make to the publicly filed report and may file a motion to unseal. The SEC does not believe that Defendants have met their burden to show that all the redacted information is commercially sensitive as anticipated in the Monitor Order (ECF 95) and this Court's Local Rules. By way of brief summary, the SEC notes the following: (1) Defendants have caused the Monitor to redact information on the very same topics upon which Defendants have filed Investor Updates that are not sealed (*compare* ECF 264.1 discussing "our authority to complete the redemption in kind" and quoting the BSG Fund Operating Agreement with the redactions to Section C of the Monitor's Report); (2) Defendants have caused the Monitor to redact other information such as statements BSG Fund investors have made to the Monitor that do not appear to be commercially sensitive information (*see* Paragraph 47 of the Monitor's Report); and (3) Defendants have caused the Monitor to redact statements that the Defendants publicly made in a hearing before this Court (*see* Paragraph 15 of

the Monitor's Report)."

**WHEREFORE**, the Monitor respectfully requests that the Court grant this motion and permit the filing of the unredacted Seventh Status Report under seal.

Dated: June 3, 2026                  Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP

By: /s/ *Stephanie Hauser*
Jeffrey C. Schneider, P.A.
Florida Bar No. 933244
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL  33131
Telephone:  (305) 403-8788
Facsimile:  (305) 403-8789
Primary email: jcs@lklsg.com
Secondary e-mail: ph@lklsg.com

*Court-Appointed Monitor*

Stephanie L. Hauser, Esq.
Florida Bar No. 92765
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL  33131
Telephone:  (305) 403-8788
Facsimile:  (305) 403-8789
Primary email: slh@lklsg.com
Secondary e-mail: ame@lklsg.com

*Counsel for Court-Appointed Monitor*

3