UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC,
and
BROAD STREET INC.,

        Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

        Relief Defendants,

_____

## NOTICE OF DISCOVERY HEARING

Please take notice that, pursuant to the Court's Discovery Procedures Order, ECF 128, a discovery hearing has been set before United States Magistrate Judge Shaw-Wilder on **Friday July 10, 2026 at 2:00 pm EDT** via videoconference.

The discovery matter to be heard is the parties' disagreement about whether subpoenas for depositions and documents from SEC trial counsel, SEC lawyers, SEC accountants, and the SEC's expert witness should be precluded under Fed. R. Civ. P. 26(c).

Source material and a notice of authorities are submitted with this notice.

Under **Southern District of Florida Local Rule 7.1(a)(3)**, undersigned counsel certifies that counsel for the SEC conferred with counsel for Defendants in a good faith effort to resolve the issues raised in this notice of discovery hearing and has been unable to do so.

1

Undersigned counsel also attempted to confer with Defendants twice on the date of the hearing. Defendants did not state whether they were unavailable for the offered dates and times of the hearing. Instead, Defendants indicated that they believe this to be a complex matter that should have briefing, which the SEC opposes for reasons that will be set forth in opposition to any motion for leave to brief this issue.

Dated: June 18, 2026.                    Respectfully submitted,


By:  *s/ Jacqueline M. Moessner*

Jacqueline M. Moessner
S.D. Fla. Bar No. A5503301
(303) 844-1031
moessnerj@sec.gov

Terry R. Miller, Esq.
S.D. Fla. Bar No. A5503312
(303) 844-1041
millerte@sec.gov

Zachary T. Carlyle
S.D. Fla. Bar No. A5502167
(303) 844-1084
Carlylez@sec.gov

Attorneys for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000