# EXHIBIT 5

**IMPORTANT DISCLOSURES**

**PLEASE READ**

**READ ALL OF THE DISCLAIMERS BELOW CAREFULLY, YOU ARE CONSENTING AND AGREEING TO EVERYTHING BELOW WHEN YOU ENTER INTO THIS ROOM AND THE BELOW DISCLOSURES ARE MADE A PART OF ANY INVESTMENT THAT YOU HAVE MADE OR ARE GOING TO MAKE. IF YOU DISAGREE WITH ANYTHING BELOW, YOU SHOULD NOT INVEST.**

YOU AFFIRM THAT YOU ARE AWARE THAT YOU CAN HAVE AN INDEPENDENT PROFESSIONAL SUCH AS AN ATTORNEY OR ACCOUNTANT REVIEW ALL FUND RELATED MATERIALS TO ASSIST YOU IN YOUR EVALUATION OF THE SAME AND THE FUND DOES NOT PROVIDE LEGAL OR INVESTMENT ADVICE TO YOU AS IT IS YOUR RESPONSIBILITY TO SEEK PROFESSIONAL ASSISTANCE WITH SUCH DECISIONS.

IN SOME OF THE PRESENTATIONS IN THIS DATA ROOM, THE DATA SHOWN MAY INCLUDE PAST PERFORMANCE OF PASSIVE EQUITY INVESTMENTS MADE BY AFFILIATES OF THE MANAGER IN OTHER COMPANIES WHOSE BUSINESS IS IN THE SAME INDUSTRIES WHICH THE FUND MAY INVEST IN. IF ANY SUCH PRESENTATION HAS SUCH INFORMATION THEN YOU ARE WARNED THAT THIS INFORMATION IS PRESENTED FOR ILLUSTRATIVE PURPOSES TO SHOW HOW THE MANAGER IS LOOKING TO MAKE INVESTMENTS IN THESE INDUSTRIES ONLY AND IS NOT INTENDED TO REPRESENT ANY INDICATION OF HOW AN INVESTMENT OF THE FUND MAY PERFORM IN THE FUTURE GIVEN THE STRUCTURE OF A PROPOSED INVESTMENT BY THE FUND MAY BE DIFFERENT THAN THE STRUCTURE OF THE PRIOR INVESTMENTS MADE BY AFFILIATES OF THE MANAGER OR OTHER THIRD PARTIES. THE MANAGER AND/OR ITS AFFILIATES MAY NOT HAVE BEEN INVOLVED IN THE MANAGEMENT OF THESE HISTORICAL INVESTMENTS AND ANY FUTURE INVESTMENT BY THE FUND MAY NOT BE OPERATED IN THE SAME MANNER AS THESE PRIOR INVESTMENTS. CURRENT PERFORMANCE OF ANY INVESTMENT MADE BY THE FUND MAY BE LOWER OR HIGHER THAN THE PERFORMANCE OF ANY PRIOR INVESTMENT MADE BY AFFILIATES OF THE MANAGER OR THIRD PARTIES. WE CANNOT GUARANTY ANY PERFORMANCE AND TO THE EXTENT WE PUT ANY PERFORMANCE DATA IN PRESENTATIONS, THEY ARE SIMPLY ESTIMATES AND NOT GUARANTIES OF PERFORMANCE. ALL INVESTMENTS THAT THE FUND PARTICIPATES IN ARE EXTREMELY RISKY AND ONLY FOR THE MOST SOPHISTICATED INVESTORS THAT CAN TOLERATE A COMPLETE INVESTMENT LOSS.

IN ADDITION, THE MANAGER, ITS AFFILIATES AND THIRD PARTIES CHARGE SIGNIFICANT FEES AND EXPENSES WHICH CAN DRAMATICALLY AFFECT THE PEFORMANCE OF AN INVESTMENT. YOU SHOULD MAKE SURE THAT YOU ARE ABLE TO READ ALL MATERIAL PROVIDED TO YOU AND IF YOU ARE NOT ABLE TO DETERMINE WHAT THE MANAGER, ITS AFFILIATES AND/OR ANY THIRD PARTIES ARE MAKING IN ANY TRANSACTION THEN IT IS YOUR RESPONSIBILITY TO REQUEST, IN WRITING, A COMPLETE SUMMARY. IF YOU DO NOT MAKE SUCH A REQUEST IN WRITING, THEN IT IS ASSUMED THAT YOU ARE ABLE TO CALCULATE ALL SUCH FEES AND EXPENSES AND THAT YOU ACCEPT THE SAME. THE FEES AND EXPENSES CHARGED CAN BE A SIGNIFICANT AMOUNT, IN FACT, SUCH A LARGE AMOUNT THAT THE FEES AND EXPENSES CHARGED COULD CAUSE AN INVESTMENT TO NOT BE PROFITABLE TO YOU AND THEREFORE YOU ARE URGED TO READ EVERYTHING ABOUT ANY INVESTMENT YOU MAKE AND TO CONFIRM THAT YOU KNOW EXACTLY WHAT ALL OF THE FEES AND EXPENSES ARE. DEPENDING ON THE PRODUCT, THE MANAGER, ITS AFFILIATES, OR THIRD PARTIES MAY MAKE SUBSTANTIALLY MORE THAN YOU CAN MAKE IN THE INVESTMENT.

THE COVID-19 PANDEMIC HAS CAUSED SUBSTANTIAL MARKET DISRUPTION AND DISLOCATION AROUND THE WORLD INCLUDING THE U.S. DURING PERIODS OF MARKET DISRUPTION, THE FUND'S EXPOSURE TO THE RISKS DESCRIBED ELSEWHERE IN THE OFFERING MATERIALS WILL LIKELY INCREASE. AS A RESULT, WHETHER OR NOT THE FUND INVESTS IN SECURITIES OF ISSUERS LOCATED IN INDUSTRIES WITH SIGNIFICANT EXPOSURE TO THE PANDEMIC, THE VALUE AND LIQUIDITY OF THE FUND'S INVESTMENTS MAY BE NEGATIVELY AFFECTED.

THIS PRESENTATION CONTAINS HISTORICAL MARKET DATA RELATED TO INDUSTRIES WHICH WE MAY INVEST IN. ACTUAL RESULTS MAY DIFFER FROM HISTORICAL RESULTS. AS A RESULT, ANY POTENTIAL INVESTMENT MAY NOT GROW OR BE MADE AT HISTORICAL TRENDS INDICATED BY THIS DATA, OR AT ALL. THE FAILURE OF ANY INVESTMENT TO NOT BE MADE IN ACCORDANCE WITH HISTORICAL TRENDS MAY HAVE A MATERIAL ADVERSE EFFECT ON OUR BUSINESS, RESULTS OF OPERATIONS AND FINANCIAL CONDITION, AND ON THE VALUE OF ANY POTENTIAL INVESTMENT.

NO REPRESENTATION OR WARRANTY OF ANY KIND IS OR CAN BE MADE WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF, AND NO REPRESENTATION OR WARRANTY SHOULD BE INFERRED FROM THE HISTORICAL OPERATING AND FINANCIAL INFORMATION, INCLUDING SUCH HISTORICAL FINANCIAL STATEMENTS, PERFORMANCE, OR RESULTS, CONTAINED IN ANY PRESENTATION CONTAINED HEREIN. NO REPRESENTATION OR WARRANTY IS OR CAN BE MADE AS TO OUR FUTURE OPERATIONS OR THE AMOUNT OF ANY FUTURE INCOME WE MAY REALIZE OR LOSS WE MAY SUSTAIN. THEREFORE, THE ACTUAL RESULTS ACHIEVED IN THE FUTURE WILL VARY FROM PROJECTED RESULTS, AND VARIATIONS MAY BE MATERIAL AND ADVERSE. PROSPECTIVE INVESTORS ARE CAUTIONED NOT TO PLACE ANY RELIANCE ON ANY OF THE HISTORICAL INFORMATION CONTAINED HEREIN IN CONNECTION WITH A PROPOSED INVESTMENT IN THE FUND. EACH PROSPECTIVE INVESTOR IS EXPECTED TO MAKE ITS OWN INDEPENDENT INVESTIGATION OF OUR BUSINESS AND OUR BUSINESS PROSPECTS.

THE INVESTOR FURTHER ACKNOWLEDGES THAT IT IS NOT RELYING ON ANY VERBAL STATEMENT MADE BY ANYONE REGARDING ANY INVESTMENT AND THAT THE INVESTOR IS RELYING ON HIS OWN EXPERTISE OR THE EXPERTISE OF ANY PROFESSIONAL THAT HE HAS HIRED TO ASSIST HIM IN HIS EVALUATION OF ANY INVESTMENT. THE INVESTOR WAIVES ANY RIGHT TO CLAIM THAT IT HAS RELIED ON ANY VERBAL STATEMENT MADE BY ANYONE IN REGARDS TO THIS INVESTMENT.

FOR INVESTORS IN PRE-IPO TRANSACTIONS, WE USE OUR BEST FAITH EFFORTS TO IDENTIFY SHARES AND/OR RIGHTS TO SHARES TO PERFECT A SUB SERIES INVESTMENT IN A PARTICULAR COMPANY. HOWEVER, THERE CAN BE OCCASION WHERE WE CANNOT LOCATE THE SHARE AND/OR RIGHTS AND WE MAY STILL CLOSE THE TRANSACTION WITH OUR INVESTOR AND THEREBY BE SHORT A POSITION UNTIL WE ARE ABLE TO LOCATE THE SHARES AND/OR RIGHTS. IN THAT EVENT, THE FUND AND ITS MANAGEMENT SHALL ACT AS GUARANTOR OF THE COMPLETION OF SAID TRANSACTION. THE FUND AND ITS MANAGEMENT SHALL THEREBY RECEIVE THE PROCEEDS FROM THE SHORT SALE, BE FREE TO UTILIZE THOSE FUNDS IN ITS DISCRETION AS WELL.

THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES MAY BE SELLING INTERESTS THAT THEY HAVE ACQUIRED IN PRE-IPO COMPANIES OR OTHER INVESTMENTS DIRECTLY TO THE FUND INVESTORS AT PRICES SIGNIFICANTLY AND SUBSTANTIALLY HIGHER THAN WHAT THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES PAID FOR SUCH INVESTMENTS. THE INVESTOR IS WARNED THAT THERE IS NO GUARANTY THAT THE INVESTOR IS PAYING FAIR VALUE FOR THE PRE-IPO COMPANY OR FOR THAT MATTER ANY INVESTMENT MADE WITH THE FUND. PROFITS MADE BY THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES CAN BE SUBSTANTIAL AND DEPENDING ON THE INVESTMENT MORE THAN ONE HUNDRED PERCENT, WHEREAS THE INVESTOR, BY PURCHASING SAID INVESTMENT COULD EXPERIENCE A COMPLETE LOSS OR A PURCHASE PRICE THAT COULD BE PURCHASED FROM ANOTHER SOURCE AT A MUCH BETTER PRICE.

BESIDES THE FEES AND EXPENSES DISCLOSED IN THE PRIVATE PLACEMENT MEMORANDUM, EACH INVESTOR IS ADVISED THAT ADDITIONAL COSTS, EXPENSES OR CHARGES MAY BE APPLICABLE DEPENDING UPON THE KIND OF INVESTMENT INVOLVED. INVESTMENTS IN FIXED INCOME PRODUCTS ALLOW FOR THE FUND OR ITS MANAGER OR AN AFFILIATE OR SERVICE PROVIDER TO EARN ADDITIONAL MONEYS WHICH INCLUDES ALL PROFITS THAT MAY HAVE BEEN GENERATED BY THAT PRODUCT IN EXCESS OF THE PERCENTAGE RETURNS THAT HAVE BEEN IDENTIFIED TO BE PAID TO THE INVESTOR IN THE PRIVATE PLACEMENT MEMORANDUM. FURTHERMORE, PRODUCTS SUCH AS LOT TAKEDOWN/INFRASTRUCTURE DEALS AND/OR REAL ESTATE RELATED INVESTMENTS PROVIDE FOR ADDITIONAL MONIES TO BE PAID OUT OF FUNDS RECEIVED FROM INVESTORS AND MAY BE IDENTIFIED IN THE FINANCIAL PROJECTIONS AS CAPITAL CONTRIBUTIONS FOR INVESTMENT PARTICIPATION. SUCH CONTRIBUTIONS WILL GENERALLY EQUATE TO SIX PERCENT PER YEAR FOR THE INITIAL FIVE YEARS OF THE INVESTMENT AND IN THE DISCRETION OF THE MANAGER, THIS ENTIRE CONTRIBUTION MAY BE COLLECTED DURING THE INITIAL FUND RAISE OF THE APPLICABLE INVESTMENT AND PAID TO THE MANAGER, AN AFFILIATE OF THE MANAGER, A SERVICE PROVIDER, DEAL SYNDICATOR, OR ANY PROFESSIONAL OR ENTITY WHICH ASSISTS THE FUND WITH SAID TRANSACTION AND THE AMOUNT PAID TO ANY OF THESE SHALL BE IN THE SOLE DISCRETION OF THE FUND AND ITS MANAGER. FOR PRE-IPO TRANSACTIONS, AT A MINIMUM, BESIDES ANY OTHER FEES, CHARGES, MARKUPS OR PROFITS, THE INVESTOR SHALL PAY AT LEAST 10% OF THE GROSS PROCEEDS INVESTED PLUS 2% IN ADMINISTRATIVE FEES PLUS 2% IN LEGAL FEES PLUS 10% OF ANY PROFITS RECOGNIZED BY THE INVESTOR. ADDITIONAL FEES AND COSTS MAY ALSO BE ASSESSED.

THE FUND OPERATES IN MANY LINES OF BUSINESS AND INDUSTRIES. IN THE EVENT THAT AN INTEREST PAYMENT, RETURN OF CAPITAL OR ANY OTHER FORM OF PAYMENT OR DISTRIBUTION IS BEING MADE TO AN INVESTOR, THE FUND MAY USE ITS REVENUES OR EARNINGS FROM OTHER BUSINESS LINES IN ORDER TO MAKE PAYMENTS TO INVESTORS. FOR EXAMPLE, IN REAL ESTATE DEALS, INVESTORS ARE GENERALLY PROVIDED AN EXPECTED RETURN, HOWEVER, DEPENDING ON THE REAL ESTATE PROJECT AND THE TIMING OF WHEN SUCH A PROJECT BEGINS TO GENERATE REVENUES FROM OPERATIONS, THE FUND MAY MAKE PAYMENTS TO INVESTORS FROM MONIES GENERATED FROM OTHER INVESTMENTS WHICH THE FUND HAS MADE SO THAT POSITIVE INVESTOR RETURNS CAN BE ACHIEVED. WITHOUT SUCH PAYMENTS BEING MADE FROM THE FUND BY ITS OTHER BUSINESS LINES, RETURNS MAY NOT HAVE BEEN ABLE TO HAVE BEEN MADE TO INVESTORS. HENCE, INVESTORS COULD RECEIVE PAYMENTS BY THE FUND FROM INDUSTRIES OTHER THAN THAT WHICH THE INVESTOR INITIALLY INTENDED TO INVEST.

FOR CERTAIN INVESTMENTS IN EITHER FIXED INCOME OR REAL ESTATE PROJECTS, THE INVESTOR MAY PAY MONIES TO PARTICIPATE IN A TRANSACTION AND THE FUND MAY USE SOME OR ALL OF THE

INVESTOR FUNDS TO GENERATE RETURNS THROUGH INVESTMENTS UNRELATED TO THE INVESTED INDUSTRY IDENTIFIED BY THE INVESTOR. FOR EXAMPLE, INVESTORS IN REAL ESTATE PROJECTS MAY HAVE SOME OR ALL OF THE FUNDS WHICH THEY HAVE PLACED WITH THE FUND ACTUALLY PLACED IN NON REAL ESTATE INVESTMENTS SUCH AS SECURITIES, DERIVATIVE CONTRACTS, DEBT PORTFOLIOS, MERCHANT CASH ADVANCE OR FIXED INCOME PRODUCTS IN ORDER TO GENERATE RETURNS TO PAY INVESTORS WHILE THE REAL ESTATE PROJECTS ARE BEING DEVELOPED AND NOT YET OPERATIONAL. THE FUND MANAGER IS SPECIFICALLY GIVEN THE AUTHORITY TO USE SUCH FUNDS IN SUCH MANNER AS IT DEEMS APPROPRIATE IN ORDER TO GENERATE RETURNS FOR THE BENEFIT OF INVESTORS.

IF YOU DO NOT UNDERSTAND ANY OF THE FEES, COSTS, CHARGES, EXPENDITURES APPLICABLE TO ANY INVESTMENT, YOU ARE TO PLACE YOUR QUESTION IN WRITING AND EMAIL THE FUND. YOUR SIGNING PRIVATE PLACEMENT/SUBSCRIPTION DOCUMENTS WITH THE FUND CONSTITUTES YOUR ACCEPTANCE AND UNDERSTANDING OF THE PRIVATE PLACEMENT MEMORANDUM OF THE FUND AND ALL DOCUMENTS CONTAINED IN THE FUND'S DATA ROOM INCLUDING THE DISCLAIMERS HERE AND THAT YOU FURTHER CERTIFY AND GUARANTY THAT YOU HAVE READ EACH AND EVERY PAGE OF THE PRIVATE PLACEMENT AND THE DATA ROOM PRESENTATION AND YOU AGREE TO ALL OF THIS.

ANY AND ALL PICTURES, RENDERINGS, PLAN OR ILLUSTRATIONS OF A PROJECT ARE ALWAYS SUBJECT TO CHANGE AS PROJECTS CAN CHANGE DUE TO FACTORS SUCH AS CHANGES IN ZONING, FEASABILITY, COSTS, AVAILABILITY OF MATERIALS AS WELL AS OTHER FACTORS NOT LISTED HEREIN.

# ** IMPORTANT ** THIS SUBSECTOR OF THE REAL ESTATE INDUSTRY

•You are investing in a real estate deal that encompasses a very specialized part of the real estate industry. We have placed in this document financial projections of particular projects that we intend on participating in this particular industry. Although, it is our intent to place your funds in the particular deals referenced in this document or in similar deals that to the best of our ability will achieve the same or similar returns as discussed herein or in projects which may be added on since the original date of this presentation. Your investment should be targeted to participating in this industry but not on a particular project as we may cancel, change or modify a project for any reason including if we find a different or better opportunity or our development participants and professionals decide that alternative projects are more appropriate. Our goal is to place your funds in deals that are either those discussed in this document or what we deem to be comparable.

•We have also taken steps to generate funds while your funds are awaiting to be deployed and while the projects are under construction. We invest those funds in investments that we believe to be superior and will generate returns. In the event a project is delayed, we expect that we should be able to generate returns from other parts of our business model in order to sustain the payments that we expected you to earn and thereby continue payments to you.

•In short, your investment is focused on this particular portion of the real estate industry with the idea of generating the returns discussed here as we have projected to the best of our ability. Although we believe our models are reasonable, we are involved in projects with long term time frames and many variables can affect the prognosis for any industry as we learned during COVID-19.  We do believe that this area of real estate is presently an extremely favorable opportunity. Investors are cautioned to read all documents involving this opportunity and consult any professional advisor that they may feel they need for assistance.