EXHIBIT

4

**From:** kathy pierce
**To:** jcs@lklsg.com
**Cc:** Moessner, Jacqueline; Miller, Terry; Carlyle, Zachary T.
**Subject:** Broad Street Investment
**Date:** Tuesday, June 30, 2026 1:11:00 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To: Jeffrey Schneider, Court Monitor and Securities and Exchange Commission
Re: Pierce, Katherine - Broadstreet Global – Redemption Request

Dear Court-Appointed Monitor Jeffrey C. Schneider, and the Securities and Exchange Commission:

I am an investor in the Broad Street Global Infrastructure Fund and am writing to formally object to BSG's attempt to force me into a stock-based redemption of my investment, and to place my objection on the record for the Monitor and the Securities and Exchange Commission.

I am 61 years old and have spent my entire career as a nurse anesthesiologist — decades of demanding work caring for patients. In June 2024 I made the decision to invest a significant portion of my hard-earned retirement savings with BSG, held within a self-directed IRA, trusting them with money I had spent a lifetime building. I made the deliberate choice to reinvest my quarterly distributions back into the fund rather than take them as income because I was focused on building a secure retirement. I trusted BSG with a meaningful piece of my life's work and financial security, and I now find myself in a situation I never anticipated and never agreed to. A forced conversion of my retirement savings into illiquid restricted stock that cannot be sold for up to 42 months is not something someone at my stage of life can afford to absorb. I've worked too hard and too long to build my retirement fund to have it suddenly taken, out of my control and without my consent.

In October 2025 I received a Redemption Notice from BSG that discussed two redemption options — a) a cash redemption or b) a redemption for stock in a transaction that was never fully explained. I did not return a signed election form to BSG and understood that if I did not return the form I would receive the cash redemption. I did not

return the form because I had no intention of participating in a stock-based investment and had no desire to own stock in a public company — which I came to learn I would not be able to sell for nearly four years. I wished to receive a cash redemption — which was the default outcome stated in the Redemption Notice itself. The Redemption Notice stated the following:

"Any investor not completing this document will, at the discretion of the Manager of BSGF, be assumed to choose Redemption Choice – A for a cash buyout."

I relied on that language. My decision not to return the Redemption Notice was made in reliance on BSG's own written representation that a non-response would result in a cash redemption under Choice A. I never wanted to be in a stock investment. I never wanted to be moved into a public entity. I understood that by not responding I was letting them know that I wanted my money back in cash — exactly as BSG's own notice told me would happen.

LACK OF TRANSPARENCY

There seems to be a cloud of secrecy about the transaction that BSG is attempting to force me into. The June 11 BSG investor letter states:

"In addition, we have received questions, proposals and alternate ideas from investors, however, the Investor Documents are quite lengthy and detailed and to this point, not a single question or comment that we have received does not have the answer in the Investor Documents. As a result, we do ask that you kindly and closely review those documents if for any reason you do have questions. We worked exhaustively at having detailed Investor Documents in order to assist our investors, all accredited, highly sophisticated and qualified and hence should be most competent to reference the same and obtain complete responses."

The letter also says:

"We had also previously released multiple investor update letters (12/5/25, 1/15/26, 2/2/26, 2/25/26, 3/23/26, 4/28/26, 5/14/26, 5/22/26 and 5/28/26), collectively the 'Investor Updates,' all sent after the redemption transaction (the 'Redemption') previously announced last fall. Those updates, in conjunction with the private placement memorandum, operating agreement, investor acknowledgement and data room disclosures (collectively the 'Investor Documents'), comprise extensive information provided to all investors describing our relationship."

So I invest with these people, and instead of providing a clear summary and written answers to address the legitimate concerns of investors who entrusted their money to them, BSG expects me to wade through data room disclosures and complex legal documents to try to understand a transaction I never wanted to participate in. As a healthcare professional, not a financial attorney, I find this response dismissive and deeply troubling.

Further, BSG has placed all investors on record as of November 14, 2025 as the official redemption date — the date from which the 180-day clock was to begin running for cash redemptions. That window has now passed and I have not received my cash redemption. I am now being told through BSG's recent investor communications that I will not receive cash and will instead be moved into a stock position with a lockup period of up to 42 months. I did not agree to this and I do not accept it.

A forced conversion into restricted stock in a foreign-incorporated SPAC could have severe and irreversible tax consequences for my self-directed IRA retirement savings. I did not invest retirement funds into a vehicle that I understood could be converted into anon liquid locked-up stock without my consent.

To conclude, I DO NOT consent to being moved into any stock position, SPAC, or public entity. I never signed the Redemption Notice and I never gave BSG a power of attorney to place me in stock as opposed to cash. I dispute BSG's recent characterization of my distributions as returns of capital — which they are attempting to use to reduce what I am owed. I chose to reinvest those distributions back into the fund because I viewed them as earned returns on my investment, not as a return of my own principal. I always expected to receive those distributions as investment income and to receive my full original investment back upon redemption. BSG cannot now recharacterize them in a way that reduces the amount they owe me.

I respectfully request that the Monitor and SEC take note of this objection, ensure that my cash redemption is honored, and prevent BSG from placing me into any public entity transaction without my informed and explicit consent.

Respectfully submitted,

Pierce, Katherine