UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

---

**DECLARATION OF BHARVIN PATEL**

I, Bharvin Patel, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that this declaration is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

1. I am 63 years old.

2. I work in health care, doing clinical development. I am approaching retirement.

3. I heard about Broadstreet in late 2020 from a friend of mine who had already invested with Broadstreet.

4. I then spoke to a sales agent for Broadstreet, Jay Reddy.

EXHIBIT
8

5. I made three separate investments with Broadstreet, one of which remains outstanding.

6. I invested $100,000 in infrastructure, specifically in the Series DR Horton #3, in October 2020.

7. I invested $25,000 in the pre-IPO series, specifically in Oscar Health shares. I received 2,150 shares for my $25,000.

8. I invested $200,000 in the MCA 14% series in March 2021. I am currently owed $433,424 from that investment, including returns and my principal invested. Attached as **Exhibit A** is my December 1, 2025 investor statement.

9. I ultimately received my Oscar Health shares and sold them at a loss.

10. For my infrastructure investment, I understood I was receiving a fixed return of 14.63%, paid quarterly.

11. With respect to the infrastructure deal, they also told me that this was a five-year deal. For the first two years of the deal, I would receive dividends only. After that, I would receive part of my principal back and the dividends on a quarterly basis. So, for example, in year three, I expected to receive approximately 1/3 of my principal back over four quarters, or approximately $33,000/4 ($8,250). Jay also told me that sometimes they finish a project early and return principal before the five-year timeframe.

12. When I did not start receiving my principal back, I asked to redeem my infrastructure investment as discussed below.

13. I had my infrastructure dividend reinvested into my MCA account. For example, see **Exhibit B**, a sample email that I received reflecting that my infrastructure dividend of $3,657.50 in August of 2022 was being deposited to my MCA account.

14. Note also that document said that I had a 60-day redemption right in my funds that were invested in MCA.

15. Jay also told me that while the documents said 60 days, the MCA investment was very liquid and that I could mostly likely receive my funds back in 30 days or less.

16. In November 2022, I requested a withdrawal of the total amount of my infrastructure investment. In connection with that redemption, I filled out the form that appears as **Exhibit C**.

17. I received the full principal of my infrastructure investment back.

18. For the MCA series, I was receiving a 14% annual return paid monthly.

19. I also had my MCA dividends reinvested into the MCA account.

20. I could have had the MCA dividends direct deposited into my account, but Jay persuaded me that it made more sense to reinvest them to compound their growth.

21. My MCA investment remains outstanding.

22. In late 2024, I asked for my MCA investment back.

23. Jay told me that Broadstreet was working on some sort of corporate transaction and I could get paid as soon as that transaction was resolved.

24. In early 2025, I heard only - after the fact - that Broadstreet was no longer offering the MCA series. I was informed that I had been rolled over into BSG15, which was an infrastructure series. I was not given any choice in the matter, and I was not told before it happened. Jay told me that I would keep receiving the same dividends as my MCA investment.

25. **Exhibit A** shows that I continued receiving monthly dividends for my former MCA investment. *See* Exhibit A at 3 of 9.

26. I still had not received my MCA redemption by the fall of last year, (2025) when Broadstreet offered a redemption transaction. They offered either stock in a public company that is very different from my MCA investment and which was to be locked-up for 42 months or a cash redemption.

27. In connection with that redemption transaction, I participated in a video meeting in which I heard David Feingold speak. Mr. Feingold was trying to get investors to pick the stock option over the cash option, but he did say those who did not want to continue to join him would receive their cash in six months.

28. I elected the cash redemption.

29. Broadstreet has recently indicated that after I waited another six months for my cash redemption that they will not be honoring it. They are trying to force me to accept the stock with restrictions.

30. They also have not been paying dividends since November 2025 on my investment.

31. I do not consent to receive any stock. I do not consent to the substitution of equity securities, tracking shares, digital assets, or any other non-cash consideration in place of the cash redemption that I elected.

32. I do not view stock that I cannot sell for at least another 3.5 years as comparable to the MCA investments that I made, which had a 60-90 day redemption period if not sooner, and which paid monthly returns.

33. Since Broadstreet declared that they would not honor the cash redemption, they have been repeatedly contacting me to try to get me to provide my brokerage information.

34. After making my cash election, I received a call on November 21, 2025 from John Picorrillo. Mr. Picorrillo told me that he was a partner of BSG and he was not trying to convince me to do anything, but that there had been a lot of smaller investors who maybe did not belong in BSG so he wanted to make sure I was making the right decisions and asked if I was open to further investment. He told me that if I wanted to, they have a similar infrastructure fund, Innovative Development Fund. If I went that route, I would be investing in a similar infrastructure fund with the same developer, but I had to pick the stock option for the redemption transaction, and this would all be done through a side letter. Because I wanted to get my cash back from Broadstreet, I told him that yes, I might be interested in that. He said that someone else would then follow up with me, but I have not heard from him or anyone else.

35. Apart from the three investments I made, I was offered a number of other deals that I wasn't interested in investing in. For example, a resort in Florida, Tennessee infrastructure, and crypto mining infrastructure.

36. I have never seen any management fees reflected on my account statements.

37. I was not aware that Broadstreet has said it may take up to 30% of my investments in management fees. I asked once how Broadstreet was able to pay such a return and I was told that Broadstreet was making a lot more than what they were paying us and they took their cut from the amount they were making above what they were paying us.

38. I once found an office number for the BSG Fund and called. No one answered, but then Jay called me back. That was around the time I was making my $200,000 MCA investment.

39. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/8/, 2026, in ________________, ______________.

Bharvin Patel

BROADSTREET

# INVESTOR REPORT

Dec 1, 2025

Created for: BHARVIN K PATEL

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 1 |
| Contributions | $434,767 |
| Distributions | $0 |
| Equity balance | $433,424 |

### Share by contributions




### Cash flow history






EXHIBIT A

211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

# COMPLETED INVESTMENT SUMMARY

## Overview

| | |
|---|---|
| Number of investments | 2 |
| Contributed | $125,000 |
| Distributed | $29,260 |

## Share by contributions




## Cash flow history




# INVESTMENT LIST

## BHARVIN K PATEL

| Entity | Units | Capital in | Capital out | Distributed | Net asset value | Equity balance |
|---|---|---|---|---|---|---|
| BSG15 | | $434,767 | $1,342 | - | | $433,424 |
| DR Horton #3<br>This investment is inactive | | $100,000 | $100,000 | $29,260 | | $0 |
| Oscar Health<br>This investment is inactive | 0.0000<br>Shares | $25,000 | $25,000 | - | $0 | $0 |
| **Total Active** | | **$434,767** | **$1,342** | **$0** | **$0** | **$433,424** |
| **Total Completed** | | **$125,000** | **$125,000** | **$29,260** | **$0** | **$0** |
| **Total** | | **$559,767** | **$126,342** | **$29,260** | **$0** | **$433,424** |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

## INVESTMENT DETAILS

### BSG15

Account: BHARVIN K PATEL

| | |
|---|---|
| Contributions | $434,767 |
| Gross distributions | $0 |
| Reinvestment | $204,164 |
| Net distributions | $204,164 |
| Capital returned | $0 |
| Equity balance | $433,424 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $4,999.71 |
| Nov 15, 2025 | Reinvestment | Reinvestment Distribution | $4,999.71 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $4,942.04 |
| Oct 15, 2025 | Reinvestment | Reinvestment Distribution | $4,942.04 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $4,885.03 |
| Sep 15, 2025 | Reinvestment | Reinvestment Distribution | $4,885.03 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $4,828.68 |
| Aug 15, 2025 | Reinvestment | Reinvestment Distribution | $4,828.68 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $4,772.98 |
| Jul 15, 2025 | Reinvestment | Reinvestment Distribution | $4,772.98 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $4,717.92 |
| Jun 15, 2025 | Reinvestment | Reinvestment Distribution | $4,717.92 |
| May 15, 2025 | Distribution | May 2025 Distribution | $4,663.50 |
| May 15, 2025 | Reinvestment | Reinvestment Distribution | $4,663.50 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $4,609.70 |
| Apr 15, 2025 | Reinvestment | Reinvestment Distribution | $4,609.70 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $4,556.53 |
| Mar 15, 2025 | Reinvestment | Reinvestment Distribution | $4,556.53 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $4,503.97 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 15, 2025 | Reinvestment | Reinvestment Distribution | $4,503.97 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $4,452.01 |
| Jan 15, 2025 | Reinvestment | Reinvestment Distribution | $4,452.01 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $4,400.66 |
| Dec 15, 2024 | Reinvestment | Reinvestment Distribution | $4,400.66 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $4,349.89 |
| Nov 15, 2024 | Reinvestment | Reinvestment Distribution | $4,349.89 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $4,299.72 |
| Oct 15, 2024 | Reinvestment | Reinvestment Distribution | $4,299.72 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $4,250.12 |
| Sep 15, 2024 | Reinvestment | Reinvestment Distribution | $4,250.12 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $4,201.09 |
| Aug 15, 2024 | Reinvestment | Reinvestment Distribution | $4,201.09 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $4,152.63 |
| Jul 15, 2024 | Reinvestment | Reinvestment Distribution | $4,152.63 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $4,104.73 |
| Jun 15, 2024 | Reinvestment | Reinvestment Distribution | $4,104.73 |
| May 15, 2024 | Distribution | May 2024 Distribution | $4,057.38 |
| May 15, 2024 | Reinvestment | Reinvestment Distribution | $4,057.38 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $4,010.57 |
| Apr 15, 2024 | Reinvestment | Reinvestment Distribution | $4,010.57 |
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $3,964.31 |
| Mar 15, 2024 | Reinvestment | Reinvestment Distribution | $3,964.31 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $3,918.58 |
| Feb 15, 2024 | Reinvestment | Reinvestment Distribution | $3,918.58 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $3,873.38 |
| Jan 15, 2024 | Reinvestment | Reinvestment Distribution | $3,873.38 |
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $3,828.70 |
| Dec 15, 2023 | Reinvestment | Reinvestment Distribution | $3,828.70 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $3,784.53 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2023 | Reinvestment | Reinvestment Distribution | $3,784.53 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $3,740.88 |
| Oct 15, 2023 | Reinvestment | Reinvestment Distribution | $3,740.88 |
| Sep 15, 2023 | Distribution | Sept 2023 Distribution | $3,697.72 |
| Sep 15, 2023 | Reinvestment | Reinvestment Distribution | $3,697.72 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $3,655.07 |
| Aug 15, 2023 | Reinvestment | Reinvestment Distribution | $3,655.07 |
| Jul 15, 2023 | Distribution | July 2023 Distribution | $3,612.91 |
| Jul 15, 2023 | Reinvestment | Reinvestment Distribution | $3,612.91 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $3,571.23 |
| Jun 15, 2023 | Reinvestment | Reinvestment Distribution | $3,571.23 |
| May 15, 2023 | Distribution | May 2023 Distribution | $3,530.03 |
| May 15, 2023 | Reinvestment | Reinvestment Distribution | $3,530.03 |
| Apr 15, 2023 | Distribution | Apr 2023 Distribution | $3,489.31 |
| Apr 15, 2023 | Reinvestment | Reinvestment Distribution | $3,489.31 |
| Mar 15, 2023 | Distribution | Mar 2023 Distribution | $3,449.06 |
| Mar 15, 2023 | Reinvestment | Reinvestment Distribution | $3,449.06 |
| Feb 15, 2023 | Distribution | Feb 2023 Distribution | $3,409.28 |
| Feb 15, 2023 | Reinvestment | Reinvestment Distribution | $3,409.28 |
| Jan 15, 2023 | Distribution | Jan 2023 Distribution | $3,369.95 |
| Jan 15, 2023 | Reinvestment | Reinvestment Distribution | $3,369.95 |
| Dec 15, 2022 | Distribution | Dec 2022 Distribution | $3,346.56 |
| Dec 15, 2022 | Reinvestment | Reinvestment Distribution | $3,346.56 |
| Dec 15, 2022 | Redemption | Dec 2022 Redemption | $1,342.50 |
| Nov 15, 2022 | Distribution | Nov 2022 Distribution | $3,265.77 |
| Nov 15, 2022 | Reinvestment | Reinvestment Distribution | $3,265.77 |
| Nov 15, 2022 | Contribution | DIVIDEND TO BSG#15 REINVESTMENT | $3,657.50 |
| Oct 15, 2022 | Distribution | Oct 2022 Distribution | $3,228.10 |
| Oct 15, 2022 | Reinvestment | Reinvestment Distribution | $3,228.10 |
| Sep 15, 2022 | Distribution | Sept 2022 Distribution | $3,175.37 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 15, 2022 | Reinvestment | Reinvestment Distribution | $3,175.37 |
| Sep 15, 2022 | Contribution | ROP DR#1 | $1,342.50 |
| Aug 15, 2022 | Distribution | Aug 2022 Distribution | $3,096.55 |
| Aug 15, 2022 | Reinvestment | Reinvestment Distribution | $3,096.55 |
| Aug 15, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Jul 15, 2022 | Distribution | July 2022 Distribution | $3,060.83 |
| Jul 15, 2022 | Reinvestment | Reinvestment Distribution | $3,060.83 |
| Jun 15, 2022 | Distribution | June 2022 Distribution | $3,025.52 |
| Jun 15, 2022 | Reinvestment | Reinvestment Distribution | $3,025.52 |
| May 15, 2022 | Distribution | May 2022 Distribution | $2,948.43 |
| May 15, 2022 | Reinvestment | Reinvestment Distribution | $2,948.43 |
| May 15, 2022 | Contribution | DR HORTON/IF#5 DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Apr 15, 2022 | Distribution | Apr 2022 Distribution | $2,914.42 |
| Apr 15, 2022 | Reinvestment | Reinvestment Distribution | $2,914.42 |
| Mar 15, 2022 | Distribution | Mar 2022 Distribution | $2,880.80 |
| Mar 15, 2022 | Reinvestment | Reinvestment Distribution | $2,880.80 |
| Feb 15, 2022 | Distribution | Feb 2022 Distribution | $2,805.38 |
| Feb 15, 2022 | Reinvestment | Reinvestment Distribution | $2,805.38 |
| Feb 1, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Jan 15, 2022 | Distribution | Jan 2022 Distribution | $2,773.02 |
| Jan 15, 2022 | Reinvestment | Reinvestment Distribution | $2,773.02 |
| Dec 15, 2021 | Distribution | Dec 2021 Distribution | $2,741.03 |
| Dec 15, 2021 | Reinvestment | Reinvestment Distribution | $2,741.03 |
| Nov 15, 2021 | Distribution | Nov 2021 Distribution | $2,667.22 |
| Nov 15, 2021 | Reinvestment | Reinvestment Distribution | $2,667.22 |
| Nov 1, 2021 | Contribution | DR HORTON/W-MB DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Oct 15, 2021 | Distribution | October 2021 Distribution | $2,636.46 |
| Oct 15, 2021 | Reinvestment | Reinvestment Distribution | $2,636.46 |
| Sep 15, 2021 | Distribution | Sept 2021 Distribution | $2,606.04 |
| Sep 15, 2021 | Reinvestment | Reinvestment Distribution | $2,606.04 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Aug 15, 2021 | Distribution | Aug 2021 Distribution | $2,533.79 |
| Aug 15, 2021 | Reinvestment | Reinvestment Distribution | $2,533.79 |
| Aug 1, 2021 | Contribution | DR HORTON/M-WB DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Jul 15, 2021 | Distribution | July 2021 Distribution | $2,504.56 |
| Jul 15, 2021 | Reinvestment | Reinvestment Distribution | $2,504.56 |
| Jun 15, 2021 | Distribution | June 2021 Distribution | $2,475.67 |
| Jun 15, 2021 | Reinvestment | Reinvestment Distribution | $2,475.67 |
| May 15, 2021 | Distribution | May 2021 Distribution | $2,404.92 |
| May 15, 2021 | Reinvestment | Reinvestment Distribution | $2,404.92 |
| May 1, 2021 | Contribution | DR HORTON/M-WB DIVIDEND BSG15 REINVESTMENT | $3,657.50 |
| Apr 15, 2021 | Distribution | Apr 2021 Distribution | $2,377.18 |
| Apr 15, 2021 | Reinvestment | Reinvestment Distribution | $2,377.18 |
| Mar 15, 2021 | Distribution | Mar 2021 Distribution | $42.68 |
| Mar 15, 2021 | Reinvestment | Reinvestment Distribution | $42.68 |
| Mar 12, 2021 | Contribution | CK#1803 | $200,000.00 |
| Feb 1, 2021 | Contribution | DR HORTON#3(2) DIVIDEND BSG#15 REINVESTMENT | $3,657.50 |

BROADSTREET

## INVESTMENT DETAILS

### DR Horton #3

Account: BHARVIN K PATEL

| | |
|---|---|
| Contributions | $100,000 |
| Gross distributions | $29,260 |
| Net distributions | $29,260 |
| Capital returned | $0 |
| Equity balance | $0 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 10, 2022 | Redemption | Nov 2022 Redemption | $98,657.50 |
| Nov 1, 2022 | Distribution | November 2022 Distribution | $3,657.50 |
| Sep 15, 2022 | Redemption | Sep 2022 Redemption | $1,342.50 |
| Aug 1, 2022 | Distribution | August 2022 Distribution | $3,657.50 |
| May 1, 2022 | Distribution | May 2022 Distribution | $3,657.50 |
| Feb 1, 2022 | Distribution | February 2022 Distribution | $3,657.50 |
| Nov 1, 2021 | Distribution | November 2021 Distribution | $3,657.50 |
| Aug 1, 2021 | Distribution | August 2021 Distribution | $3,657.50 |
| May 1, 2021 | Distribution | May 2021 Distribution | $3,657.50 |
| Feb 1, 2021 | Distribution | February 2021 Distribution | $3,657.50 |
| Oct 30, 2020 | Contribution | Oct 2020 Contribution | $100,000.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

# Oscar Health

Account: BHARVIN K PATEL

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 24, 2021 | Share Transfer | Sep 2021 Share Transfer (OH2#2) | $25,000.00 |
| Nov 15, 2020 | Purchase | Nov 2020 Share Purchase (OH2#2) | $25,000.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

Message

| | |
|---|---|
| **From:** | Info@BroadStreet Info [info@broadstreetglobalfund.com] |
| **Sent:** | 8/30/2022 7:52:27 AM |
| **To:** | Bharvin Patel [redacted] |
| **Subject:** | BROAD STREET GLOBAL FUND MCA/Patel, Bharvin, K./CONFIRMATION (DR Horton #3(2)- MCA Reinvestment) |

Please accept this email as confirmation of receipt of funds in the amount of $3,657.50 on 8/1/2022 in **Broad St. Global Fund Series MCA and in particular the 14% ANNUALIZED INCOME OPPORTUNITY WITH MONTHLY PAYMENT TERM and 60 DAY REDEMPTION RIGHT**. Upon your funds clearing, you have been calculated to receive a 1.167% interest payment per month. The interest will begin being paid on 9/15/2022 via ACH to your bank or reinvestment to your account. The transaction should hit your account within 1-3 business days depending on your bank. This calculation was arrived at by taking the amount of money that you sent in and breaking the 14% interest up over 12 months as disclosed in the private placement subscription documents that you signed.

The Fund has hired a transfer agent (Colonial Stock Transfer), the records of your ownership will be maintained by this third party and you will get reports from Colonial verifying the same.

In addition, you will receive a K-1 at the end of the tax year to reflect your ownership and the Fund will also prepare an annual report that is provided to its owners.

We wish you success in the future.

--

**Broad Street Global Fund**
info@BroadStreetGlobalFund.com
1-833-BSGFUND(274-3863)

This e-mail does not constitute an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction in which such offer or solicitation is not authorized or to any person to whom it would be unlawful to make such offer or solicitation. This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise us immediately and delete this message. If you are sending confidential information (e.g. name, tax ID), please ensure you are using a secure method of delivery. Broadstreet does not provide legal, tax or accounting advice. Clients of Broadstreet should obtain their own independent legal, tax or accounting advice based on their particular circumstances.

EXHIBIT
B
exhibitsticker.com

# Broad Street Global Fund SCSp

211 N. Main Street
Greenville, SC 29601
954-825-0309

## ACH Redemption Payment Authorization Form

**Please complete the information below:**

I Bharvin Kumar Patel authorize Broad Street Global Management LLC ( ) to

Send My Redemption $ 100,000.00 via ACH (Please complete form below) to my bank account.

Indicated below your bank information for redemption from my DR3#2 Fund.

Billing Address [redacted]

City, State, Zip Warrington, PA 18976

Phone# [redacted]

Email [redacted]

Account Type: ☐ Checking ☐ Savings

Name on Acct Bharvin Kumar Patel

Bank Name Elements Financial

Account Number [redacted]

Bank Routing # 274073834

Bank City/State ______




SIGNATURE DocuSigned by: Bharvin Kumar Patel 060D827A2DCD4A8...

DATE 11/7/2022

EXHIBIT
C