UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

---

**DECLARATION OF BILL KNOBLAUCH**

I, Bill Knoblauch, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that this declaration is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

1. I am 72 years old.

2. I have been retired from my prior career in general contracting since 2016.

3. I heard about Broad Street through a friend of mine who was telling me about the returns that they had received from their investment in Broad Street.

4. I then spoke to a broker at PHX Financial, Inc., named Ron, about the opportunity to invest in the Broad Street Global Fund.

EXHIBIT
9

5. Ron portrayed the investment that I made in Broad Street's infrastructure business as a very conservative investment, because I would be providing cash that would be used to purchase or develop property that five of the largest homebuilders in the country would then buy.

6. Ron went on and on about how safe and how liquid it was.

7. He also told me that I could get out of it whenever I wanted, although after I had invested, I learned that it would be 6 months or 180 days to get my money back.

8. I invested $350,000 into Broad Street's infrastructure business. Those investments were paying me a 14.6% preferred return.

9. I received my preferred returns in cash. That was an important part of my retirement income, which I was using for living expenses.

10. I also invested $50,000 into a data series that was paying 19% returns.

11. Similarly, receiving those returns was important to my retirement income.

12. **Exhibit A** is a copy of my May 2026 investor report reflecting my investments.

13. My investments in Broad Street represent approximately 25% of my retirement savings.

14. In the fall of 2025, Broad Street started talking about a purported incredible investment in which all investors would get three times their investment, but in stock.

15. Then, Broadstreet offered a different redemption option that included two options, stock in a public company at 3x my investment, or a cash redemption.

16. I looked at the redemption notice and determined that I would prefer my cash back. I had lost money in a different investment years ago when SPACs were hot and I was not interested in doing so again.

17. Ron went on and on about what a rosy deal this was and how we should take the stock. After speaking with him, I decided that I was willing to risk part of my money in the SPAC, so I asked for $300,000 of my investment back in cash and agreed to place $100,000 in stock (which would become $300,000 in shares) into the SPAC.

18. I was supposed to receive my cash and shares by May 27, 2026.

19. In May of 2026, after not paying any dividends on my money for six months, Broad Street announced that it was going to force all investors to accept an "in-kind" redemption of stock for their investment.

20. That is not what I bargained for. I did not agree to place my money into a risky SPAC and to not have access to it for four years. I do not view that as "in-kind."

21. I would like my money back so that I can invest in something with an income. I have earned 0% since last fall.

22. I have written to Broad Street to request my cash back and to express that I do not believe this to be an "in kind" redemption. A copy of an email chain I had with them is attached as **Exhibit B.**

23. I have never seen any management fees reflected on my account statements for the infrastructure investments. I asked Ron about fees multiple times and he convinced me that Broad Street was paying his fees, so that there were no fees on my part.

24. I was under the impression that they were taking my money and using it to buy the land.

25. If investor money was being used to pay other investors returns, that would have been important to me.

26. Broadstreet has now recently indicated that they do not even intend to pay us the distributions that they had previously promised us. A screenshot from my investor portal showing my so-called redemption value, which now reflects three times my investment principal minus the distributions that they made to me, is attached as **Exhibit C**. Broadstreet arrived at $953,689. after taking $400,000 and deducting dividends earned of $82,104 and then multiplying that amount ($317,896) by three. Their initial agreement was to take the $400,000 and multiply it by 3 without deducting dividends.

27. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2026, in SAVAGE, MINNESOTA.

Bill Knoblauch

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: WILLIAM J. KNOBLAUCH

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 3 |
| Contributions | $400,000 |
| Distributions | $82,104 |
| Equity balance | $400,000 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

### WILLIAM J. KNOBLAUCH

| Entity | Capital in | Distributed | Equity balance |
|---|---|---|---|
| Data#1 - 19% Annual Return | $50,000 | $7,125 | $50,000 |
| IF8 Infrastructure - 14.63% Annual Return | $250,000 | $64,006 | $250,000 |
| IF8 Infrastructure - 14.63% Annual Return | $100,000 | $10,973 | $100,000 |
| **Total** | **$400,000** | **$82,104** | **$400,000** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
A
exhibitsticker.com

BROADSTREET

## INVESTMENT DETAILS

### Data#1 - 19% Annual Return

Account: WILLIAM J. KNOBLAUCH

| | |
|---|---|
| Contributions | $50,000 |
| Gross distributions | $7,125 |
| Net distributions | $7,125 |
| Capital returned | $0 |
| Equity balance | $50,000 |

**Transaction history**

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | November 2025 Distribution | $791.67 |
| Oct 1, 2025 | Distribution | October 2025 Distribution | $791.67 |
| Sep 1, 2025 | Distribution | September 2025 Distribution | $791.67 |
| Aug 1, 2025 | Distribution | August 2025 Distribution | $791.67 |
| Jul 1, 2025 | Distribution | July 2025 Distribution | $791.67 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $791.67 |
| May 1, 2025 | Distribution | May 2025 Distribution | $791.67 |
| Apr 1, 2025 | Distribution | April 2025 Distribution | $791.67 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $791.67 |
| Jan 27, 2025 | Contribution | WIRE #[redacted] | $50,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# IF8 Infrastructure - 14.63% Annual Return

Account: WILLIAM J. KNOBLAUCH

| | |
|---|---|
| Contributions | $100,000 |
| Gross distributions | $10,973 |
| Net distributions | $10,973 |
| Capital returned | $0 |
| Equity balance | $100,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Oct 15, 2025 | Distribution | October 2025 Distribution | $3,657.50 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $3,657.50 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $3,657.50 |
| Dec 17, 2024 | Contribution | WIRE #[redacted] | $100,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# IF8 Infrastructure - 14.63% Annual Return

Account: WILLIAM J. KNOBLAUCH

| | |
|---|---|
| Contributions | $250,000 |
| Gross distributions | $64,006 |
| Net distributions | $64,006 |
| Capital returned | $0 |
| Equity balance | $250,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Oct 15, 2025 | Distribution | October 2025 Distribution | $9,143.75 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $9,143.75 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $9,143.75 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $9,143.75 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $9,143.75 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $9,143.75 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $9,143.75 |
| Jan 12, 2024 | Contribution | Wire | $250,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

**From:** Bill Knoblauch
**To:** Moessner, Jacqueline
**Subject:** Fwd: My investment funds
**Date:** Thursday, July 16, 2026 3:34:10 PM

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jackie,
The first letter I wrote on June 26th is the most detailed. please let me know if you received it with this thread.
Bill
---------- Forwarded message ---------
From: **Info@BroadStreet Info** <info@broadstreetglobalfund.com>
Date: Mon, Jun 29, 2026 at 11:00 AM
Subject: Re: My investment funds
To: Bill Knoblauch [redacted]>

Thanks for your email. If you will kindly read the documents you will note that you are being paid 3x and not one for one. In addition, you will note that the restriction is up to 42 months and not just 42 months, there are multiple factors permitting early release as quite detailed explained. Further, you signed documents giving the manager the discretion in making decisions such as this including exchanges and reorganizations as well as valuation decisions, it is all in the documents that you signed and accepted.

Thank you,
**The Broadstreet Global Team**

211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

EXHIBIT
B
exhibitsticker.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, “BSG”) and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG’s discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

On Mon, Jun 29, 2026 at 11:15 AM Bill Knoblauch [redacted]> wrote:

Please explain to me how you consider returning my original investment funds with shares of stock in a company that I can only sell in 42 months as being "in kind" to cash. It is totally ridiculous that you believe this is legally acceptable. Something "in kind" would obviously be something that is similar or at least close such as a liquid asset of some kind. I am an accredited investor who is willing to take risks on my investments but you are not fulfilling your initial legal obligation to return my entire investment funds within 6 months of my request OR return those funds "in kind" with something liquid. Please explain to me how you are justifying returning my funds "in kind".

On Mon, Jun 29, 2026 at 7:49 AM Info@BroadStreet Info <info@broadstreetglobalfund.com> wrote:

Thank you for your email. We answer in writing so that there is no misunderstanding as to our communications. When you originally invested with us, you represented to be a wealthy and a highly sophisticated investor. If you would kindly review the documents that you signed and all documents that we provided, you will see that we have done exactly what we are empowered to do. The reason we have contracts and documents signed amongst the parties is so that we are on a basis of understanding as to our rights and responsibilities. We are certainly understanding that maybe you would prefer different results and you are entitled to your opinion but the fact is, this investment and the events you describe in your letter are exactly what you signed and agreed to involving Broadstreet. Threatening us for doing exactly what the documents allow is simply not something that we feel is appropriate, especially in light of the written representations and warranties you made and signed to us and which we strongly urge you to review again. Thank you.

Thank you,
**The Broadstreet Global Team**

211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or

affiliates in any way via email.

On Fri, Jun 26, 2026 at 3:39 PM Bill Knoblauch [redacted]> wrote:

When I first invested with Broad Street I was under the impression that I would earn 14.6% on my funds and they would be liquid. I later found out that you had up to 6 months to return my funds. I sent you the written request last year and did not receive my funds. Then I agreed at the end of November to accept $100,000 worth of my funds in stock with a spac that in my opinion was high risk. I expected the other $300,000 worth of my funds to be returned no later than May 27th, 2026. I am still expecting that even though you keep telling me that I'm not going to get it. I need that money for income since I am retired and I definitely can't afford to wait one year or 42 months depending on the price of a SPAC to get my original investment returned. When I got your letter saying that you were assuming that providing me stock in a SPAC was comparable to getting cash because you called it "in kind". I would be willing to accept anything including real estate, buildings, or anything I could liquidate in the next 6 months. I cannot afford to wait. Last week I called my broker for the 10th time in the last 3 months at Phoenix Financial and he assured me that you weren't going to be forcing me to accept stock instead of my funds. Two days after he said that I received another letter from you this time saying that you weren't even going to give me three times my funds in stock but now it will be my initial investment less all the dividends. So your so-called proposals keep getting worse instead of better. I am okay putting 25% of my funds into a high risk SPAC and waiting as long as I have to in order to liquidate but I am not okay putting 100% of my funds into a high risk SPAC. Please let me know if you will be standing behind your original agreement from the date that I originally invested way back in January of 2024. Will you be returning my funds anytime soon or do I need to contact other authorities in order to force you to do it? I would greatly appreciate a phone call rather than one of your standard letters sent to the other hundreds of investors that are also annoyed at your performance. I'm available 10:00 a.m. till 9:00 p.m. Monday through Friday. Please call me. [redacted]

Bill Knoblauch

## Portfolio

Active investments

3
Investments

$953,689
3X SWB PARTICIPATION VALUE

Contributions Distributions

Your Net Equity Balance is a calculation that reflects the amount you invested (the equity you put in) less any payments in cash or in kind as well less any distributions or redemptions you have received.

Home Investments Documents Posts Offerings Emails Help

monthly product update, the private placement memorandum, the data room and the firm's automatic emails to you also contain disclosures which are also binding upon you. Thereby, it is assumed that you read each of these and agree to them. If you do not agree to any of these, you must place a notification to us in writing immediately as to exactly what you do not agree to and that notification must be dated, sent by certified mail and also by email to info@broadstreetglobalfund.com

## Active investments

View all investments

| | Contributions | Distributions | Cashflow |
|---|---|---|---|
| Data#1 - 19% Annual Return<br>WILLIAM J. KNOBLAUCH | $50,000 | $7,125 | |
| IF8 Infrastructure - 14.63% Annual Return<br>WILLIAM J. KNOBLAUCH | $100,000 | $10,973 | |
| IF8 Infrastructure - 14.63% Annual Return<br>WILLIAM J. KNOBLAUCH | $250,000 | $64,006 | |

BROADSTREET GLOBAL

Broadstreet is quickly on its way to becoming one of the Southeast's premier private equity firms. With $3+ billion in transactions Broadstreet's veteran team of industry insiders

and strategic investment insights.

Broadstreet's leadership team brings experience, expertise, and a unique perspective to the table, deciding to focus on the Carolinas —rather than holding investments all across the United States. This focused approach benefits the Broadstreet team and its investors, as they elevate their community partnerships, engage their stakeholders and, ultimately, return strong margins to their investors.

1-833-BSGFUND
info@broadstreetglobalfund.com
211 N Main St Greenville, SC 29601
broadstreetprivateequity.com/

## Recent activity

Broadstreet Global Fund sent you an email.
June 2026 Investor Report

Broadstreet Global Fund sent you an email.
Jun 9, 2026
May 2026 Investor Report

Broadstreet Global Fund sent you an email.
May 4, 2026
Apr 2026 Investor Report

Broadstreet Global Fund sent you an email.
Apr 6, 2026
Mar 2026 Investor Report

Broadstreet Global Fund sent you an email.
Mar 13, 2026
Tax Form

Load more activity

EXHIBIT
C
exhibitsticker.com