UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

**DECLARATION OF DR. MAYANK PATEL**

I, Mayank Patel, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that this declaration is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

1. I am 61 years old.

2. I am a doctor. I am a pediatrician with my own practice, Hillside Pediatrics PC.

3. I have invested a significant amount of money in the BSG Fund for a defined benefit plan that I offer my employees.

4. I also made some smaller investments in the BSG Fund on my own behalf.

5. I was first introduced to Broadstreet in 2019, through one of my colleagues who is a pharmacist.

EXHIBIT
10

6. I generally spoke to Jay Reddy about my investments.

7. Mr. Reddy told me that Broadstreet was "SEC approved." I did not ask him what he meant by that. I provided him with all of my retirement plan documents.

8. Our defined benefit plan covers approximately 8-10 people depending on the year.

9. I generally invested in Broadstreet because of the guaranteed, fixed returns that Broadstreet was paying. I was able to see those returns being posted to my account statement every month through the Juniper portal.

10. I invested the defined benefit plan in the below amounts into BSG Fund each year since 2019. A copy of my Investor Statement, which reflects the series into which I made these investments as **Exhibit A**:

| | |
|---|---|
| 2019 | $100,000 |
| 2020 | $525,000 |
| 2021 | $75,000 |
| 2022 | $200,000 |
| 2023 | $1,000,000 |
| 2024 | $1,300,000 |

11. I also invested $150,000 for my personal account in self-storage, excluding pre-IPO, which was an additional $100,000 investment. A copy of my investor statement for my personal account is attached as **Exhibit B**.

12. I initially invested in the infrastructure business, which offered fixed, preferred returns of 14.63% paid quarterly. I did not want to take a lot of risk and this investment offered fixed returns. I understood that Broadstreet was working with DR Horton and I was reassured because the investment involved land, so I knew that they would at least have the land. I was also

told that I would start receiving my principal back on my Infrastructure investment in the third year of the investment.

13. I also invested in the merchant cash advance business, which offered fixed 14% annual returns paid monthly.

14. When I asked how they were able to pay these fixed returns, Jay told me that they were making 20-30% or more, so they could pay us 14%.

15. Additionally, given that this was a retirement account intended for the future, I had all of the returns on my investments reinvested into the MCA series.

16. I also invested in Crystal Lagoons, which I was told would offer a 10% annual return and then profit sharing.

17. I invested in various crypto series as well, which they told me would offer a return of approximately 25% to 28%.

18. I invested into Broadstreet Tennessee, which is another infrastructure Series, in which I understood Broadstreet was buying land and building in Tennessee.

19. I also invested in certain pre-IPO series. Notably, I invested in SpaceX stock, which just had its IPO, but Broadstreet is now telling me that the shares are subject to a six-month restriction period. Previously, they had told me it was subject to a 5-6 week restriction.

20. In my personal private account, I have also invested in self-storage. That investment has given me a tax loss of $75,000. They told me that they would be able to pass on soft costs to us.

21. Jay also told about me numerous other investment opportunities that I was not interested in. I understood that I could choose which investments to invest in and that the

performance of investments I was not invested in would not affect the performance of investments that I did choose to invest in.

22. For my crypto investments, BSG Fund stopped paying dividends in March 2025. They have given me shares in a public company Z-Squared (ZSQR) in place of my crypto investments. I cannot sell those shares for 18 months. BSG Fund did not give me any options with respect to the crypto investments. They just told me I was getting shares. They initially told me that I would receive a 4x return from my crypto investment. Then when I received the shares it was only 2x. And right now based on the current share-trading price, I would only be able to get back my principal, however I cannot sell the shares now. I received the shares in April 2026, so I will not be able to sell them until approximately October 2027. I would have preferred to receive my principal back so that I can invest it somewhere else that is paying a return.

23. BSG Fund stopped paying any returns on my remaining investments in November 2025 and I have not been able to receive cash back for any of my remaining investments.

24. I understood that the returns I have been receiving were the promised fixed returns, not any distributions of my own capital invested. For my DR Horton infrastructure investment (DR Horton #1), I did receive some return of my principal, which is clearly noted on my Investor Report (Exhibit A at 22-23) and which I reinvested into the MCA series (*see,* for example, **Exhibit A** at 9, June 15, 2024 Contribution noted as Return of Principal).

25. In November 2025, BSG offered me two redemption options. I could either elect to receive a cash redemption or to receive stock in a public company that differed from my investments, did not offer a return, and cannot be sold for years.

26. I elected the cash redemption option. In May 2026, after waiting six months for the cash redemption, and having not received any returns during that time, BSG Fund informed

me that they would not return my principal to me, but rather that they would be forcing me into a stock redemption. I do not want the stock. I would like to receive the principal back so that I can invest my employees' retirement into something that is earning returns. I do not view the stock they are proposing to redeem us with as comparable to the investments that I had chosen to invest in.

27. I understood that under the documents that I signed, we were supposed to receive financial statements from the Fund. They have never provided any. I asked Jay about this once and he told me that the investor account statements I received showed my investment.

28. I was not aware of any management fees being charged in connection with my account.

29. I am not aware that Broadstreet has ever stated that they could take up to 30% of my investment in fees. As noted above, Jay specifically told me that there were no fees.

30. I also spoke with a person who identified himself as with either the finance or accounting department when I had an issue with my accounts. They always told me that it was just an accounting issue in response to my questions and that it would be corrected, and it was corrected after that.

Executed on July 15th, 2026, in __________, _____________.

[signature]

Dr. Mayank Patel

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 11 |
| Contributions | $3,778,571 |
| Distributions | $597,397 |
| Net asset value | $75,000 |
| Equity balance | $3,317,488 |

### Share by contributions




### Cash flow history






EXHIBIT A

exhibitsticker.com

211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## COMPLETED INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 6 |
| Contributed | $1,465,017 |
| Distributed | $368,205 |

### Share by contributions

- Grab
- Medium
- Triller
- Crypto/Altcoin Mining - 28% Annual Return

### Cash flow history




## INVESTMENT LIST

### HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| Entity | Units | Capital in | Capital out | Distributed | Net asset value | Equity balance |
|---|---|---|---|---|---|---|
| Automation Anywhere | 1,536.0000 Shares | $25,000 | - | - | $25,000 | $25,000 |
| BSG15 | | $1,623,473 | $200,000 | - | | $1,423,473 |
| Broadstreet Tennessee | | $802,410 | - | - | | $802,410 |
| Crypto/Bitcoin Mining - 25% Annual Return | | $227,688 | $200,000 | $49,479 | | $27,688 |
| Crystal Lagoons - 10% Annual Return/ Profit | | $200,000 | - | $50,000 | | $200,000 |
| DR Horton #1 | | $200,000 | - | $222,014 | | $138,916 |
| DR Horton #3 | | $150,000 | - | $104,239 | | $150,000 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

| Entity | Units | Capital in | Capital out | Distributed | Net asset value | Equity balance |
|---|---|---|---|---|---|---|
| DR Horton/Infrastructure #5 | | $200,000 | - | $117,040 | | $200,000 |
| Data#1 - 19% Annual Return | | $300,000 | - | $54,625 | | $300,000 |
| Defined.ai | 2,150.0000 Shares | $25,000 | - | - | $25,000 | $25,000 |
| Impossible Foods | 827.0000 Shares | $25,000 | - | - | $25,000 | $25,000 |
| Crypto/Altcoin Mining - 28% Annual Return<br>This investment is inactive | | $490,017 | $490,017 | $137,205 | | $0 |
| Crypto/Altcoin Mining - 28% Annual Return<br>This investment is inactive | | $600,000 | $600,000 | $210,000 | | $0 |
| Crypto/Altcoin Mining - 28% Annual Return<br>This investment is inactive | | $300,000 | $300,000 | $21,000 | | $0 |
| Grab<br>This investment is inactive | 0.0000 Shares | $25,000 | $25,000 | - | $0 | $0 |
| Medium<br>This investment is inactive | 0.0000 Shares | $25,000 | $25,000 | - | $0 | $0 |
| Triller<br>This investment is inactive | 0.0000 Shares | $25,000 | $25,000 | - | $0 | $0 |
| **Total Active** | | **$3,778,571** | **$400,000** | **$597,397** | **$75,000** | **$3,317,488** |
| **Total Completed** | | **$1,465,017** | **$1,465,017** | **$368,205** | **$0** | **$0** |
| **Total** | | **$5,243,589** | **$1,865,017** | **$965,601** | **$75,000** | **$3,317,488** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## INVESTMENT DETAILS

### Automation Anywhere

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 15, 2020 | Purchase | Feb 2020 Share Purchase (AA1#1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## BSG15

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $1,623,473 |
| Gross distributions | $0 |
| Reinvestment | $382,872 |
| Net distributions | $382,872 |
| Capital returned | $0 |
| Equity balance | $1,423,473 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $16,281.13 |
| Nov 15, 2025 | Contribution | DR HORTON#1 DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Nov 15, 2025 | Reinvestment | Reinvestment Distribution | $16,281.13 |
| Nov 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $16,038.53 |
| Oct 15, 2025 | Reinvestment | Reinvestment Distribution | $16,038.53 |
| Oct 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $15,539.18 |
| Sep 15, 2025 | Contribution | ROP 9/15/25 DR#1, DR#3 | $4,698.75 |
| Sep 15, 2025 | Contribution | CL#1(15) DIVIDEND BSG#15 REINVESTMENT | $5,000.00 |
| Sep 15, 2025 | Reinvestment | Reinvestment Distribution | $15,539.18 |
| Sep 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 1, 2025 | Contribution | DR#3(4) DIVIDEND BSG#15 REINVESTMENT | $5,486.25 |
| Sep 1, 2025 | Contribution | DR#5(2) DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $15,220.75 |
| Aug 15, 2025 | Contribution | DR HORTON#1 DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Aug 15, 2025 | Reinvestment | Reinvestment Distribution | $15,220.75 |
| Aug 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $14,990.38 |
| Jul 15, 2025 | Reinvestment | Reinvestment Distribution | $14,990.38 |
| Jul 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $14,503.12 |
| Jun 15, 2025 | Contribution | DR#1, DR#3 | $4,698.75 |
| Jun 15, 2025 | Contribution | CL#1(15) DIVIDEND BSG#15 REINVESTMENT | $5,000.00 |
| Jun 15, 2025 | Contribution | DR#3(4) DIVIDEND BSG#15 REINVESTMENT | $5,486.25 |
| Jun 15, 2025 | Reinvestment | Reinvestment Distribution | $14,503.12 |
| Jun 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Jun 1, 2025 | Contribution | DR#5(2) DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| May 15, 2025 | Distribution | May 2025 Distribution | $14,196.65 |
| May 15, 2025 | Contribution | DR HORTON#1 DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| May 15, 2025 | Reinvestment | Reinvestment Distribution | $14,196.65 |
| May 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $13,978.09 |
| Apr 15, 2025 | Reinvestment | Reinvestment Distribution | $13,978.09 |
| Apr 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $13,260.27 |
| Mar 15, 2025 | Contribution | DR#1, DR#3 ROP | $4,698.75 |
| Mar 15, 2025 | Contribution | CL#1(15) DIVIDEND BSG#15 REINVESTMENT | $5,000.00 |
| Mar 15, 2025 | Reinvestment | Reinvestment Distribution | $13,260.27 |
| Mar 1, 2025 | Contribution | ALT#4(15) | $21,000.00 |
| Mar 1, 2025 | Contribution | DATA DIVIDEND TO BSG#15 REINVESTMENT | $4,750.00 |
| Mar 1, 2025 | Contribution | DR#5(2) DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Mar 1, 2025 | Contribution | DR#3(4) DIVIDEND BSG#15 REINVESTMENT | $5,486.25 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $12,021.88 |
| Feb 15, 2025 | Contribution | ALT#1(1) | $34,301.20 |
| Feb 15, 2025 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| Feb 15, 2025 | Reinvestment | Reinvestment Distribution | $12,021.88 |
| Feb 15, 2025 | Contribution | BTC 2024 DIVIDEND BSG15 REINVESTMENT | $5,729.17 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 1, 2025 | Contribution | ALT#2(2) | $42,000.00 |
| Feb 1, 2025 | Contribution | DATA#1(2) | $4,750.00 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $11,828.41 |
| Jan 15, 2025 | Reinvestment | Reinvestment Distribution | $11,828.41 |
| Jan 1, 2025 | Contribution | DATA#1(2) | $4,750.00 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $10,539.87 |
| Dec 15, 2024 | Contribution | DR#1, DR#3 | $4,698.75 |
| Dec 15, 2024 | Contribution | CL#1(15) Dividend BSG15 Reinvestment | $5,000.00 |
| Dec 15, 2024 | Reinvestment | Reinvestment Distribution | $10,539.87 |
| Dec 13, 2024 | Contribution | PRE-IPO SALES - GRAB (GB1#17), MEDIUM (MD1#2), TRILLER (T1#1(4)) | $75,000.00 |
| Dec 1, 2024 | Contribution | DATA#1(2) PRORATED | $2,375.00 |
| Dec 1, 2024 | Contribution | DR#3(4) Dividend BSG15 Reinvestment, DR#5(2) Dividend BSG15 Reinvestment | $12,801.25 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $9,453.74 |
| Nov 15, 2024 | Contribution | ALT#1(1) | $34,301.20 |
| Nov 15, 2024 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| Nov 15, 2024 | Reinvestment | Reinvestment Distribution | $9,453.74 |
| Nov 1, 2024 | Contribution | ALT#2(2) | $42,000.00 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $9,344.69 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Oct 15, 2024 | Reinvestment | Reinvestment Distribution | $9,344.69 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $8,977.35 |
| Sep 15, 2024 | Contribution | ROP DR#1 | $4,698.75 |
| Sep 15, 2024 | Contribution | CL#1(15) Dividend BSG15 Reinvestment | $5,000.00 |
| Sep 15, 2024 | Reinvestment | Reinvestment Distribution | $8,977.35 |
| Sep 1, 2024 | Contribution | DR#5(2) Dividend BSG15 Reinvestment | $7,315.00 |
| Sep 1, 2024 | Contribution | DR#3(4) Dividend BSG15 Reinvestment | $5,486.25 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $7,909.25 |
| Aug 15, 2024 | Contribution | ALT#1(1) Dividend BSG15 Reinvestment | $34,301.20 |
| Aug 15, 2024 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| Aug 15, 2024 | Reinvestment | Reinvestment Distribution | $7,909.25 |
| Aug 1, 2024 | Contribution | ALT#2(2) | $42,000.00 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $7,818.01 |
| Jul 15, 2024 | Reinvestment | Reinvestment Distribution | $7,818.01 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $7,468.28 |
| Jun 15, 2024 | Contribution | Return of Principal | $4,698.75 |
| Jun 15, 2024 | Contribution | CL#1(15) Dividend BSG15 Reinvestment | $5,000.00 |
| Jun 15, 2024 | Reinvestment | Reinvestment Distribution | $7,468.28 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 1, 2024 | Contribution | DR#5(2) Dividend BSG15 Reinvestment | $7,315.00 |
| Jun 1, 2024 | Contribution | DR#3(4) Dividend BSG15 Reinvestment | $5,486.25 |
| May 15, 2024 | Distribution | May 2024 Distribution | $6,417.59 |
| May 15, 2024 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| May 15, 2024 | Reinvestment | Reinvestment Distribution | $6,417.59 |
| May 1, 2024 | Contribution | ALT#2(2), ALT#1(1) | $76,301.20 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $6,343.56 |
| Apr 15, 2024 | Reinvestment | Reinvestment Distribution | $6,343.56 |
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $6,010.84 |
| Mar 15, 2024 | Reinvestment | Reinvestment Distribution | $6,010.84 |
| Mar 15, 2024 | Contribution | ROP Fund Transfer | $4,698.75 |
| Mar 15, 2024 | Contribution | CL#1(15) Dividend BSG15 Reinvestment, DR#3(4) Dividend BSG15 Reinvestment | $10,486.25 |
| Mar 1, 2024 | Contribution | DR#5(2) Dividend BSG15 Reinvestment | $7,315.00 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $5,372.63 |
| Feb 15, 2024 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment, ALT#2(2) | $49,315.00 |
| Feb 15, 2024 | Reinvestment | Reinvestment Distribution | $5,372.63 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $5,310.66 |
| Jan 15, 2024 | Reinvestment | Reinvestment Distribution | $5,310.66 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $4,989.85 |
| Dec 15, 2023 | Contribution | DR#5(2) Dividend BSG15 Reinvestment, DR#3(4) Dividend BSG15 Reinvestment, CL#1(15) Dividend BSG15 Reinvestment | $22,500.00 |
| Dec 15, 2023 | Reinvestment | Reinvestment Distribution | $4,989.85 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $4,847.91 |
| Nov 15, 2023 | Reinvestment | Reinvestment Distribution | $4,847.91 |
| Nov 15, 2023 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $4,791.99 |
| Oct 15, 2023 | Reinvestment | Reinvestment Distribution | $4,791.99 |
| Sep 15, 2023 | Distribution | Sept 2023 Distribution | $4,477.16 |
| Sep 15, 2023 | Reinvestment | Reinvestment Distribution | $4,477.16 |
| Sep 1, 2023 | Contribution | DR#3(4) Dividend BSG15 Reinvestment, DR#5(2) Dividend BSG15 Reinvestment, ROP DR Horton Fund Transfer, CL#1(15) Dividend BSG15 Reinvestment | $22,500.00 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $4,341.14 |
| Aug 15, 2023 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| Aug 15, 2023 | Reinvestment | Reinvestment Distribution | $4,341.14 |
| Jul 15, 2023 | Distribution | July 2023 Distribution | $4,291.06 |
| Jul 15, 2023 | Reinvestment | Reinvestment Distribution | $4,291.06 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $3,982.01 |
| Jun 15, 2023 | Contribution | ROP DR#1 | $4,698.75 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 15, 2023 | Reinvestment | Reinvestment Distribution | $3,982.01 |
| Jun 15, 2023 | Contribution | CL#1(15) Dividend BSG15 Reinvestment | $5,000.00 |
| Jun 1, 2023 | Contribution | DR#3(4) Dividend BSG15 Reinvestment | $5,486.25 |
| Jun 1, 2023 | Contribution | DR#5(2) Dividend BSG15 Reinvestment | $7,315.00 |
| May 15, 2023 | Distribution | May 2023 Distribution | $3,851.70 |
| May 15, 2023 | Contribution | DR Horton#1 Dividend BSG15 Reinvestment | $7,315.00 |
| May 15, 2023 | Reinvestment | Reinvestment Distribution | $3,851.70 |
| Apr 15, 2023 | Distribution | Apr 2023 Distribution | $3,807.27 |
| Apr 15, 2023 | Reinvestment | Reinvestment Distribution | $3,807.27 |
| Mar 15, 2023 | Distribution | Mar 2023 Distribution | $3,561.48 |
| Mar 15, 2023 | Reinvestment | Reinvestment Distribution | $3,561.48 |
| Mar 15, 2023 | Contribution | IF#5(32) Dividend BSG15 Reinvestment | $12,801.25 |
| Mar 15, 2023 | Contribution | ROP DR#1 | $4,698.75 |
| Feb 15, 2023 | Distribution | Feb 2023 Distribution | $3,436.02 |
| Feb 15, 2023 | Reinvestment | Reinvestment Distribution | $3,436.02 |
| Feb 15, 2023 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Jan 15, 2023 | Distribution | Jan 2023 Distribution | $2,891.71 |
| Jan 15, 2023 | Reinvestment | Reinvestment Distribution | $2,891.71 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jan 15, 2023 | Contribution | BTC 2022 DIVIDEND BSG#15 REINVESTMENT | $43,750.00 |
| Dec 15, 2022 | Distribution | Dec 2022 Distribution | $2,656.48 |
| Dec 15, 2022 | Reinvestment | Reinvestment Distribution | $2,656.48 |
| Dec 15, 2022 | Contribution | IF#5(19) Dividend BSG15 Reinvestment | $12,801.25 |
| Dec 15, 2022 | Contribution | Wire | $4,698.75 |
| Nov 15, 2022 | Distribution | Nov 2022 Distribution | $2,541.46 |
| Nov 15, 2022 | Reinvestment | Reinvestment Distribution | $2,541.46 |
| Nov 15, 2022 | Contribution | DIVIDEND TO BSG#15 REINVESTMENT | $7,315.00 |
| Oct 15, 2022 | Distribution | Oct 2022 Distribution | $2,512.14 |
| Oct 15, 2022 | Reinvestment | Reinvestment Distribution | $2,512.14 |
| Sep 15, 2022 | Distribution | Sept 2022 Distribution | $2,281.29 |
| Sep 15, 2022 | Reinvestment | Reinvestment Distribution | $2,281.29 |
| Sep 15, 2022 | Contribution | ROP DR#1 | $4,698.75 |
| Sep 1, 2022 | Contribution | DR HORTON REINVESTMENT | $7,315.00 |
| Sep 1, 2022 | Contribution | DR HORTON REINVESTMENT | $5,486.25 |
| Aug 15, 2022 | Distribution | Aug 2022 Distribution | $2,170.60 |
| Aug 15, 2022 | Reinvestment | Reinvestment Distribution | $2,170.60 |
| Aug 15, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $7,315.00 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 15, 2022 | Distribution | July 2022 Distribution | $2,145.56 |
| Jul 15, 2022 | Reinvestment | Reinvestment Distribution | $2,145.56 |
| Jun 15, 2022 | Distribution | June 2022 Distribution | $1,973.14 |
| Jun 15, 2022 | Reinvestment | Reinvestment Distribution | $1,973.14 |
| Jun 1, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Jun 1, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $5,486.25 |
| May 15, 2022 | Distribution | May 2022 Distribution | $1,866.00 |
| May 15, 2022 | Reinvestment | Reinvestment Distribution | $1,866.00 |
| May 15, 2022 | Contribution | DR HORTON/IF#5 DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Apr 15, 2022 | Distribution | Apr 2022 Distribution | $1,844.47 |
| Apr 15, 2022 | Reinvestment | Reinvestment Distribution | $1,844.47 |
| Mar 15, 2022 | Distribution | Mar 2022 Distribution | $1,675.53 |
| Mar 15, 2022 | Reinvestment | Reinvestment Distribution | $1,675.53 |
| Mar 1, 2022 | Contribution | DR Dividend BSG15 Reinvestment | $7,315.00 |
| Mar 1, 2022 | Contribution | DR Dividend BSG15 Reinvestment | $5,486.25 |
| Feb 15, 2022 | Distribution | Feb 2022 Distribution | $1,571.82 |
| Feb 15, 2022 | Reinvestment | Reinvestment Distribution | $1,571.82 |
| Feb 15, 2022 | Contribution | DR Horton Dividend BSG15 Reinvestment | $7,315.00 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jan 15, 2022 | Distribution | Jan 2022 Distribution | $1,553.69 |
| Jan 15, 2022 | Reinvestment | Reinvestment Distribution | $1,553.69 |
| Dec 15, 2021 | Distribution | Dec 2021 Distribution | $1,388.10 |
| Dec 15, 2021 | Reinvestment | Reinvestment Distribution | $1,388.10 |
| Dec 1, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $12,801.25 |
| Nov 15, 2021 | Distribution | Nov 2021 Distribution | $1,287.70 |
| Nov 15, 2021 | Reinvestment | Reinvestment Distribution | $1,287.70 |
| Nov 15, 2021 | Contribution | DR HORTON/M-WB DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Oct 15, 2021 | Distribution | October 2021 Distribution | $1,272.85 |
| Oct 15, 2021 | Reinvestment | Reinvestment Distribution | $1,272.85 |
| Sep 15, 2021 | Distribution | Sept 2021 Distribution | $3,501.96 |
| Sep 15, 2021 | Reinvestment | Reinvestment Distribution | $3,501.96 |
| Sep 15, 2021 | Redemption | Sep 2021 Redemption | $200,000.00 |
| Sep 1, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $5,486.25 |
| Aug 15, 2021 | Distribution | Aug 2021 Distribution | $3,377.18 |
| Aug 15, 2021 | Reinvestment | Reinvestment Distribution | $3,377.18 |
| Aug 15, 2021 | Contribution | Wire | $7,315.00 |
| Jul 15, 2021 | Distribution | July 2021 Distribution | $3,338.22 |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 15, 2021 | Reinvestment | Reinvestment Distribution | $3,338.22 |
| Jun 15, 2021 | Distribution | June 2021 Distribution | $3,236.43 |
| Jun 15, 2021 | Reinvestment | Reinvestment Distribution | $3,236.43 |
| Jun 1, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $5,486.25 |
| May 15, 2021 | Distribution | May 2021 Distribution | $3,114.71 |
| May 15, 2021 | Reinvestment | Reinvestment Distribution | $3,114.71 |
| May 15, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Apr 15, 2021 | Distribution | Apr 2021 Distribution | $3,078.79 |
| Apr 15, 2021 | Reinvestment | Reinvestment Distribution | $3,078.79 |
| Mar 15, 2021 | Distribution | Mar 2021 Distribution | $2,979.98 |
| Mar 15, 2021 | Reinvestment | Reinvestment Distribution | $2,979.98 |
| Mar 1, 2021 | Contribution | DR#3(4) Dividend BSG#15 Reinvestment | $5,486.25 |
| Feb 15, 2021 | Distribution | February 2021 Distribution | $2,861.23 |
| Feb 15, 2021 | Reinvestment | Reinvestment Distribution | $2,861.23 |
| Feb 15, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $7,315.00 |
| Jan 15, 2021 | Distribution | Jan 2021 Distribution | $2,828.22 |
| Jan 15, 2021 | Reinvestment | Reinvestment Distribution | $2,828.22 |
| Dec 15, 2020 | Distribution | Dec 2020 Distribution | $2,795.60 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 15, 2020 | Reinvestment | Reinvestment Distribution | $2,795.60 |
| Nov 15, 2020 | Distribution | Nov 2020 Distribution | $2,678.97 |
| Nov 15, 2020 | Reinvestment | Reinvestment Distribution | $2,678.97 |
| Nov 15, 2020 | Contribution | DR HORTON#1 DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Oct 15, 2020 | Distribution | Oct 2020 Distribution | $2,648.07 |
| Oct 15, 2020 | Reinvestment | Reinvestment Distribution | $2,648.07 |
| Sep 15, 2020 | Distribution | Sept 2020 Distribution | $2,617.52 |
| Sep 15, 2020 | Reinvestment | Reinvestment Distribution | $2,617.52 |
| Aug 15, 2020 | Distribution | Aug 2020 Distribution | $2,502.94 |
| Aug 15, 2020 | Reinvestment | Reinvestment Distribution | $2,502.94 |
| Aug 15, 2020 | Contribution | DR HORTON#1 DIVIDEND BSG#15 REINVESTMENT | $7,315.00 |
| Jul 15, 2020 | Distribution | July 2020 Distribution | $2,474.07 |
| Jul 15, 2020 | Reinvestment | Reinvestment Distribution | $2,474.07 |
| Jun 15, 2020 | Distribution | June 2020 Distribution | $2,445.53 |
| Jun 15, 2020 | Reinvestment | Reinvestment Distribution | $2,445.53 |
| May 15, 2020 | Distribution | May 2020 Distribution | $2,417.32 |
| May 15, 2020 | Reinvestment | Reinvestment Distribution | $2,417.32 |
| Apr 15, 2020 | Distribution | Apr 2020 Distribution | $2,389.44 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 15, 2020 | Reinvestment | Reinvestment Distribution | $2,389.44 |
| Mar 15, 2020 | Distribution | Mar 2020 Distribution | $1,208.34 |
| Mar 15, 2020 | Reinvestment | Reinvestment Distribution | $1,208.34 |
| Mar 11, 2020 | Contribution | CK#1007 | $100,000.00 |
| Feb 15, 2020 | Distribution | Feb 2020 Distribution | $1,194.40 |
| Feb 15, 2020 | Reinvestment | Reinvestment Distribution | $1,194.40 |
| Jan 15, 2020 | Distribution | Jan 2020 Distribution | $1,180.62 |
| Jan 15, 2020 | Reinvestment | Reinvestment Distribution | $1,180.62 |
| Dec 15, 2019 | Distribution | Dec 2019 Distribution | $1,167.00 |
| Dec 15, 2019 | Reinvestment | Reinvestment Distribution | $1,167.00 |
| Nov 13, 2019 | Contribution | CK#3188 | $100,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Broadstreet Tennessee

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $802,410 |
| Gross distributions | $0 |
| Reinvestment | $102,410 |
| Net distributions | $102,410 |
| Capital returned | $0 |
| Equity balance | $802,410 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | Tennessee 2025 Distribution | $102,410.00 |
| Nov 1, 2025 | Reinvestment | Distribution reinvestment | $102,410.00 |
| Jun 21, 2024 | Contribution | CHECK #3692 $400,000 / CHECK #1006 $300,00.00 | $700,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Crypto/Bitcoin Mining - 25% Annual Return

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $227,688 |
| Gross distributions | $49,479 |
| Reinvestment | $27,688 |
| Net distributions | $77,168 |
| Capital returned | $0 |
| Equity balance | $27,688 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | November 2025 Pro-Rated Distribution | $4,771.69 |
| Nov 1, 2025 | Reinvestment | Distribution reinvestment | $4,771.69 |
| Feb 15, 2025 | Distribution | December 2024 Distribution | $5,729.17 |
| Dec 31, 2023 | Distribution | December 2023 Distribution | $22,916.67 |
| Dec 31, 2023 | Reinvestment | Distribution reinvestment | $22,916.67 |
| Dec 30, 2022 | Distribution | December 2022 Distribution | $43,750.00 |
| Feb 14, 2022 | Contribution | Wire | $200,000.00 |
| Feb 14, 2022 | Share Transfer | FUND TRANSFER TO ALT#1(1) | $200,000.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

# Crystal Lagoons - 10% Annual Return/ Profit

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $200,000 |
| Gross distributions | $50,000 |
| Net distributions | $50,000 |
| Capital returned | $0 |
| Equity balance | $200,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 15, 2025 | Distribution | September 2025 Distribution | $5,000.00 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $5,000.00 |
| Mar 15, 2025 | Distribution | March 2025 Distributions | $5,000.00 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $5,000.00 |
| Sep 15, 2024 | Distribution | September 2024 Distribution | $5,000.00 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $5,000.00 |
| Mar 15, 2024 | Distribution | March 2024 Distribution | $5,000.00 |
| Dec 15, 2023 | Distribution | December 2023 Distribution | $5,000.00 |
| Sep 15, 2023 | Distribution | September 2023 Distribution | $5,000.00 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $5,000.00 |
| Mar 13, 2023 | Contribution | CK#1092 | $200,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

## DR Horton #1

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $200,000 |
| Gross distributions | $222,014 |
| Net distributions | $222,014 |
| Capital returned | $61,084 |
| Equity balance | $138,916 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $7,315.00 |
| Sep 15, 2025 | Distribution | September 2025 Return of Principal | $4,698.75 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $7,315.00 |
| Jun 15, 2025 | Distribution | June 2025 Return of Principal | $4,698.75 |
| May 15, 2025 | Distribution | May 2025 Distribution | $7,315.00 |
| Mar 15, 2025 | Distribution | March 2025 Return of Principal | $4,698.75 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $7,315.00 |
| Dec 15, 2024 | Distribution | December 2024 Return of Principal | $4,698.75 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $7,315.00 |
| Sep 15, 2024 | Distribution | September 2024 Return of Principal | $4,698.75 |
| Aug 15, 2024 | Distribution | August 2024 Distribution | $7,315.00 |
| Jun 15, 2024 | Distribution | June 2024 Return of Principal | $4,698.75 |
| May 15, 2024 | Distribution | May 2024 Distribution | $7,315.00 |
| Mar 15, 2024 | Distribution | March 2024 Return of Principal | $4,698.75 |
| Feb 15, 2024 | Distribution | February 2024 Distribution | $7,315.00 |
| Dec 15, 2023 | Distribution | December 2023 Return of Principal | $4,698.75 |
| Nov 15, 2023 | Distribution | November 2023 Distribution | $7,315.00 |
| Sep 15, 2023 | Distribution | September 2023 Return of Principal | $4,698.75 |
| Aug 15, 2023 | Distribution | August 2023 Distribution | $7,315.00 |
| Jun 15, 2023 | Distribution | June 2023 Return of Principal | $4,698.75 |
| May 15, 2023 | Distribution | May 2023 Distribution | $7,315.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Mar 15, 2023 | Distribution | March 2023 Return of Principal | $4,698.75 |
| Feb 15, 2023 | Distribution | February 2023 Distribution | $7,315.00 |
| Dec 15, 2022 | Distribution | December 2022 Return of Principal | $4,698.75 |
| Nov 15, 2022 | Distribution | November 2022 Distribution | $7,315.00 |
| Sep 15, 2022 | Distribution | September 2022 Return of Principal | $4,698.75 |
| Aug 15, 2022 | Distribution | August 2022 Distribution | $7,315.00 |
| May 15, 2022 | Distribution | May 2022 Distribution | $7,315.00 |
| Feb 15, 2022 | Distribution | February 2022 Distribution | $7,315.00 |
| Nov 15, 2021 | Distribution | November 2021 Distribution | $7,315.00 |
| Aug 15, 2021 | Distribution | August 2021 Distribution | $7,315.00 |
| May 15, 2021 | Distribution | May 2021 Distribution | $7,315.00 |
| Feb 15, 2021 | Distribution | February 2021 Distribution | $7,315.00 |
| Nov 15, 2020 | Distribution | November 2020 Distribution | $7,315.00 |
| Aug 15, 2020 | Distribution | August 2020 Distribution | $7,315.00 |
| May 14, 2020 | Contribution | Wire | $200,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# DR Horton #3

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $150,000 |
| Gross distributions | $104,239 |
| Net distributions | $104,239 |
| Capital returned | $0 |
| Equity balance | $150,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 1, 2025 | Distribution | September 2025 Distribution | $5,486.25 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $5,486.25 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $5,486.25 |
| Dec 1, 2024 | Distribution | December 2024 Distribution | $5,486.25 |
| Sep 1, 2024 | Distribution | September 2024 Distribution | $5,486.25 |
| Jun 1, 2024 | Distribution | June 2024 Distribution | $5,486.25 |
| Mar 1, 2024 | Distribution | March 2024 Distribution | $5,486.25 |
| Dec 1, 2023 | Distribution | December 2023 Distribution | $5,486.25 |
| Sep 1, 2023 | Distribution | September 2023 Distribution | $5,486.25 |
| Jun 1, 2023 | Distribution | June 2023 Distribution | $5,486.25 |
| Mar 1, 2023 | Distribution | March 2023 Distribution | $5,486.25 |
| Dec 1, 2022 | Distribution | December 2022 Distribution | $5,486.25 |
| Sep 1, 2022 | Distribution | September 2022 Distribution | $5,486.25 |
| Jun 1, 2022 | Distribution | June 2022 Distribution | $5,486.25 |
| Mar 1, 2022 | Distribution | March 2022 Distribution | $5,486.25 |
| Dec 1, 2021 | Distribution | December 2021 Distribution | $5,486.25 |
| Sep 1, 2021 | Distribution | September 2021 Distribution | $5,486.25 |
| Jun 1, 2021 | Distribution | June 2021 Distribution | $5,486.25 |
| Mar 1, 2021 | Distribution | March 2021 Distribution | $5,486.25 |
| Nov 30, 2020 | Contribution | CK#1018 | $150,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

## Data#1 - 19% Annual Return

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $300,000 |
| Gross distributions | $54,625 |
| Net distributions | $54,625 |
| Capital returned | $0 |
| Equity balance | $300,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | November 2025 Distribution | $4,750.00 |
| Oct 1, 2025 | Distribution | October 2025 Distribution | $4,750.00 |
| Sep 1, 2025 | Distribution | September 2025 Distribution | $4,750.00 |
| Aug 1, 2025 | Distribution | August 2025 Distribution | $4,750.00 |
| Jul 1, 2025 | Distribution | July 2025 Distribution | $4,750.00 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $4,750.00 |
| May 1, 2025 | Distribution | May 2025 Distribution | $4,750.00 |
| Apr 1, 2025 | Distribution | April 2025 Distribution | $4,750.00 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $4,750.00 |
| Feb 1, 2025 | Distribution | February 2025 Distribution | $4,750.00 |
| Jan 1, 2025 | Distribution | January 2025 Distribution | $4,750.00 |
| Dec 1, 2024 | Distribution | December 2024 Distribution | $2,375.00 |
| Nov 12, 2024 | Contribution | CHECK #3716 $150K 11/12/24 / CHECK #1096 $150K 11/12/24 | $300,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Defined.ai

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 15, 2021 | Purchase | Feb 2021 Share Purchase (DC1#2) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## DR Horton/Infrastructure #5

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $200,000 |
| Gross distributions | $117,040 |
| Net distributions | $117,040 |
| Capital returned | $0 |
| Equity balance | $200,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 1, 2025 | Distribution | September 2025 Distribution | $7,315.00 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $7,315.00 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $7,315.00 |
| Dec 1, 2024 | Distribution | December 2024 Distribution | $7,315.00 |
| Sep 1, 2024 | Distribution | September 2024 Distribution | $7,315.00 |
| Jun 1, 2024 | Distribution | June 2024 Distribution | $7,315.00 |
| Mar 1, 2024 | Distribution | March 2024 Distribution | $7,315.00 |
| Dec 1, 2023 | Distribution | December 2023 Distribution | $7,315.00 |
| Sep 1, 2023 | Distribution | September 2023 Distribution | $7,315.00 |
| Jun 1, 2023 | Distribution | June 2023 Distribution | $7,315.00 |
| Mar 1, 2023 | Distribution | March 2023 Distribution | $7,315.00 |
| Dec 1, 2022 | Distribution | December 2022 Distribution | $7,315.00 |
| Sep 1, 2022 | Distribution | September 2022 Distribution | $7,315.00 |
| Jun 1, 2022 | Distribution | June 2022 Distribution | $7,315.00 |
| Mar 1, 2022 | Distribution | March 2022 Distribution | $7,315.00 |
| Dec 1, 2021 | Distribution | December 2021 Distribution | $7,315.00 |
| Sep 1, 2021 | Contribution | Redemption from BSG15 | $200,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Impossible Foods

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Jan 15, 2021 | Purchase | Jan 2021 Share Purchase (IF1#1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## INVESTMENT DETAILS

### Crypto/Altcoin Mining - 28% Annual Return

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $490,017 |
| Gross distributions | $137,205 |
| Net distributions | $227,222 |
| Capital returned | $0 |
| Equity balance | $0 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 27, 2026 | Redemption | Redeemed via stock in ZSQR | $490,017.20 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $34,301.20 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $34,301.20 |
| Aug 15, 2024 | Distribution | August 2024 Distribution | $34,301.20 |
| May 15, 2024 | Distribution | May 2024 Distribution | $34,301.20 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $32,057.20 |
| Feb 15, 2024 | Reinvestment | Distribution reinvestment | $32,057.20 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $29,960.00 |
| Nov 15, 2023 | Reinvestment | Distribution reinvestment | $29,960.00 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $28,000.00 |
| Aug 15, 2023 | Reinvestment | Distribution reinvestment | $28,000.00 |
| May 12, 2023 | Contribution | BITC Rolllover ($200,000) & CK#3614($200,000) | $400,000.00 |

BROADSTREET

# Crypto/Altcoin Mining - 28% Annual Return

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $600,000 |
| Gross distributions | $210,000 |
| Net distributions | $210,000 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 27, 2026 | Redemption | Redeemed via stock in ZSQR | $600,000.00 |
| Feb 1, 2025 | Distribution | February 2025 Distribution | $42,000.00 |
| Nov 1, 2024 | Distribution | November 2024 Distribution | $42,000.00 |
| Aug 1, 2024 | Distribution | August 2024 Distribution | $42,000.00 |
| May 1, 2024 | Distribution | May 2024 Distribution | $42,000.00 |
| Feb 1, 2024 | Distribution | Feb 2024 Distribution | $42,000.00 |
| Oct 26, 2023 | Contribution | CK#1093($450,000) & CK#3649($150,000) | $600,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Crypto/Altcoin Mining - 28% Annual Return

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $300,000 |
| Gross distributions | $21,000 |
| Net distributions | $21,000 |
| Capital returned | $0 |
| Equity balance | $0 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 27, 2026 | Redemption | Redeemed via stock in ZSQR | $300,000.00 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $21,000.00 |
| Nov 26, 2024 | Contribution | CHECK #1097 $200K 11/26/24 & CHECK #3719 $100K 11/26/24 | $300,000.00 |

BROADSTREET

# Grab

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 10, 2024 | Sale | Dec 2024 Share Sale | $25,000.00 |
| Mar 15, 2020 | Purchase | Mar 2020 Share Purchase (GB1#17) | $25,000.00 |

BROADSTREET

## Medium

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $0 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 10, 2024 | Sale | Dec 2024 Share Sale | $25,000.00 |
| Sep 15, 2020 | Purchase | Sep 2020 Share Purchase (MD1#2) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Triller

Account: HILLSIDE PEDIATRICS PC DEFINED BENEFIT PLAN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 10, 2024 | Sale | Dec 2024 Share Sale | $25,000.00 |
| Jul 1, 2021 | Purchase | Jul 2021 Share Purchase (T1#1(4)) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: MAYANK C PATEL

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 5 |
| Contributions | $250,000 |
| Distributions | $11,250 |
| Net asset value | $100,000 |
| Equity balance | $250,000 |

### Share by contributions




### Cash flow history






211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
B
exhibitsticker.com

BROADSTREET

## INVESTMENT LIST

### MAYANK C PATEL

| Entity | Units | Capital in | Distributed | Net asset value | Equity balance |
|---|---|---|---|---|---|
| Butterfly Network | 2,480.0000 Shares | $25,000 | - | $25,000 | $25,000 |
| Lookout | 2,150.0000 Shares | $25,000 | - | $25,000 | $25,000 |
| Ripple | 782.0000 Shares | $25,000 | - | $25,000 | $25,000 |
| Self-Storage - Soft Costs 50% Deduction | | $150,000 | $11,250 | | $150,000 |
| SpaceX | 1,250.0000 Shares | $25,000 | - | $25,000 | $25,000 |
| **Total** | | **$250,000** | **$11,250** | **$100,000** | **$250,000** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## INVESTMENT DETAILS

### Butterfly Network

Account: MAYANK C PATEL

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 5, 2019 | Purchase | Dec 2019 Share Purchase (BF1#1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Lookout

Account: MAYANK C PATEL

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 16, 2020 | Purchase | Dec 2020 Share Purchase (LO1#1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Ripple

Account: MAYANK C PATEL

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 15, 2020 | Purchase | Feb 2020 Share Purchase (RP3#1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# Self-Storage - Soft Costs 50% Deduction

Account: MAYANK C PATEL

| | |
|---|---|
| Contributions | $150,000 |
| Gross distributions | $11,250 |
| Net distributions | $11,250 |
| Capital returned | $0 |
| Equity balance | $150,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Oct 15, 2025 | Distribution | October 2025 Distribution | $3,750.00 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $3,750.00 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $3,750.00 |
| Dec 27, 2024 | Contribution | CHECK #2444 | $150,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## SpaceX

Account: MAYANK C PATEL

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $25,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| May 15, 2020 | Purchase | May 2020 Share Purchase (SX1#2) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com