UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

**DECLARATION OF NARENDRA SHAH**

I, Narendra Shah, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that the foregoing is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

1. I am 76 years old.

2. I worked for fifty years as a scientist, until I retired at age 73. Currently, I do some consulting work.

3. After age 65, I had already paid off my home, and I was looking for a place to invest the money that I was earning.

EXHIBIT
11

4. I invested a significant amount of that money into the Broad Street Global Fund, LLC ("BSG Fund").

5. I was first introduced to Broadstreet in 2020, through another person who introduced me to Jay Reddy, a salesman for Broadstreet.

6. I spoke to Mr. Reddy about my investments and potential investments.

7. I have also spoken to Akhil Morada, another Broadstreet salesperson.

8. I generally invested in Broadstreet because of the promised dividends. I did not want to gamble in the stock market but wanted to invest for a better life.

9. Over the years, I have invested numerous times in different investments, including infrastructure investments, self-storage, crypto, and pre-IPO investments.

10. Specifically, I invested the following and have included notes about the current status of the investments in brackets after the investment:

a. December 2020, $20,000 for DR Horton #3 (Infrastructure) [Return / Cash]
b. December 2020, $11,630 for pre-IPO shares of Lookout [Uncertain OR Lost Money]
c. March 2021, $25,000 for MCA (Merchant Cash Advances)
d. April 2021, $20,000 for DR Horton # 4 (Infrastructure) [Return / Cash]
e. April 2021, $20,000 for pre-IPO shares of Ripple [w/BSG – may convert into stocks]
f. May 2021, $20,000 for DR Horton #4 (Infrastructure) [Return / Cash]
g. February 2022, $25,000 for a crypto investment. [Z Square stocks (no control)]
h. July 2023, $25,000 for self-storage [Do not know / pending]
i. November 2023, $50,000 for IF8 (Infrastructure) [Pending]

j. June 2024, $200,000 from my IRA to Broadstreet for Broadstreet Tennessee (Infrastructure) [Originally $100,000 force me to $200,000 Promise me for 1 year w/interest back to my account with Fidelity]

k. July 2024, $50,000 for another crypto investment [Z Square Stocks (no control) I do not need stocks]

11. I attach two recent Investor Reports that reflect my investments. **Exhibit A** reflects the individual investments that I made. **Exhibit B** reflects the infrastructure investment that I made in June 2024, which was money that came from a retirement account that I had.

12. Thus, I invested a total of $31,630 in pre-IPO shares; $75,000 in two crypto series, and $360,000 across infrastructure, MCA, and self-storage.

13. I was promised a 14% annual return paid monthly on MCA, and a 14.6% annual return paid quarterly on infrastructure investments. I was also promised a 10% annual return on self-storage, and a 25-28% return on the crypto-related investments.

14. At times Broadstreet has paid my returns and at other times they have not.

15. I received some dividends in cash and others were added as further investment into my MCA investment.

16. I always understood that the distributions that Broadstreet was paying me were the preferred returns that I was promised. I did not understand them to be returning my own capital to me such that I would be owed less principal now.

17. In 2024, prior to my $50,000 crypto investment and my $200,000 Tennessee investment, I visited Greenville, South Carolina and Broadstreet took me on a tour. I saw their main office at 211 Main Street, bitcoin plants, and infrastructure construction.

18. When I made my final investments in June and July of 2024, Akhil told me that I would be able to get my money back in one year. He was pushing me to invest all of my money in the crypto mining series, but I invested some into crypto and more into infrastructure.

19. Approximately a year ago, I received part of my investments back. That is reflected in my April 2026 Investor Report (*see* **Ex. A** at page 4 of 16), which shows a $41,000 redemption in April of 2025. This money came from my original MCA investment plus the other dividends that were reinvested into MCA.

20. I also received the principal on my three DR Horton Investments totaling $60,000 back in July 2025. I have attached a copy of my monthly bank statement for July 2025 that shows the $60,000 coming back to me in July 2025 as **Exhibit C**.

21. I have asked for the money back from my crypto investments (totaling an investment of $75,000) but was told that I would be getting shares in a public company (Z Square) and that I could not get my money back.

22. That is not consistent with what Akhil told me when I made my last crypto investment, which is that I would be able to get my money back in one year.

23. In November 2025, Broadstreet offered me a redemption option for my remaining investments.

24. I was offered two options, either a redemption in stock or a redemption in cash.

25. I selected the option for a cash redemption.

26. I was told that I would be paid my cash in six months, which would have been May 2025.

27. More than one year has passed since I initially invested in Broadstreet Tennessee, and I have not received my money back.

28. I was told that I could get my money back in one year when I invested in Broadstreet Tennessee, interest plus principal.

29. My wife and I need this money for our retirement and we need it now, not years from now.

30. I also invested $150,000 in my daughter's name in Infrastructure, Crystal Lagoons, and Turtle Creek, generally so that she would receive dividends as well. I also invested $11,630 in a pre-IPO series for her as well. I funded those investments, but she receives the statements for those investments and the dividends associated with those investments.

31. I believe that she requested a cash redemption as well in November 2025 when presented with that redemption option.

32. I trusted the folks at Broadstreet and always thought that my returns were coming from the success of the business, not from my own principal or other investor's money. It would have been important to me to know if my dividends were not coming from profits from the business.

33. I thought that Broadstreet was doing well, as the housing market in Greenville, South Carolina (where I lived many years ago) was increasing, and that was how they were paying me. Broadstreet always painted a very rosy picture of its business on zoom calls that I attended two to three times.

34. I have never seen any management fees reflected on my account statements.

35. I declare under penalty of perjury that the foregoing is true and correct.

Executed on JULY 21st, 2026, in [redacted] COSTA MESA, CA-92626

Narendra Shah

BROADSTREET

# INVESTOR REPORT

Apr 1, 2026

Created for: NARENDRA J SHAH & BINA N SHAH JT TEN

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 7 |
| Contributions | $223,880 |
| Distributions | $54,006 |
| Net asset value | $31,630 |
| Equity balance | $182,880 |

### Share by contributions




### Cash flow history






211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
A
exhibitsticker.com

BROADSTREET

## COMPLETED INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 4 |
| Contributed | $85,000 |
| Distributed | $44,908 |

### Share by contributions

- Crypto/Bitcoin Mining - 25% Annual Return
- DR Horton #4
- DR Horton #3

### Cash flow history






211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# INVESTMENT LIST

## NARENDRA J SHAH & BINA N SHAH JT TEN

| Entity | Units | Capital in | Capital out | Distributed | Net asset value | Equity balance |
|---|---|---|---|---|---|---|
| BSG15 | | $42,250 | $41,000 | $16,329 | | $1,250 |
| Crypto/Altcoin Mining - 28% Annual Return | | $25,000 | - | $12,250 | | $25,000 |
| Crypto/Altcoin Mining - 28% Annual Return | | $50,000 | - | $7,000 | | $50,000 |
| IF8 Infrastructure - 14.63% Annual Return | | $50,000 | - | $12,801 | | $50,000 |
| Lookout | 1,000.0000 Shares | $11,630 | - | - | $11,630 | $11,630 |
| Ripple | 956.0000 Shares | $20,000 | - | - | $20,000 | $20,000 |
| Self-Storage - 10% Annual Return/ Profit | | $25,000 | - | $5,625 | | $25,000 |
| Crypto/Bitcoin Mining - 25% Annual Return<br>This investment is inactive | | $25,000 | $25,000 | $8,333 | | $0 |
| DR Horton #3<br>This investment is inactive | | $20,000 | $20,000 | $13,167 | | $0 |
| DR Horton #4<br>This investment is inactive | | $20,000 | $20,000 | $11,704 | | $0 |
| DR Horton #4<br>This investment is inactive | | $20,000 | $20,000 | $11,704 | | $0 |
| **Total Active** | | **$223,880** | **$41,000** | **$54,006** | **$31,630** | **$182,880** |
| **Total Completed** | | **$85,000** | **$85,000** | **$44,908** | **$0** | **$0** |
| **Total** | | **$308,880** | **$126,000** | **$98,914** | **$31,630** | **$182,880** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## INVESTMENT DETAILS

### BSG15

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $42,250 |
| Gross distributions | $16,329 |
| Net distributions | $16,329 |
| Capital returned | $0 |
| Equity balance | $1,250 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $14.59 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $14.59 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $14.59 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $7.29 |
| Aug 1, 2025 | Contribution | STR#1(2) DIVIDEND BSG#15 REINVESTMENT | $625.00 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $7.29 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $7.29 |
| May 1, 2025 | Contribution | STR#1(2) DIVIDEND BSG#15 REINVESTMENT | $625.00 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $478.47 |
| Apr 11, 2025 | Redemption | ACH | $41,000.00 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $478.47 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $450.75 |
| Feb 15, 2025 | Contribution | ALT#1(1) DIVIDEND BSG15 REINVESTMENT | $1,750.00 |
| Feb 1, 2025 | Contribution | STR#1(2) Dividend BSG15 Reinvestment | $625.00 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $450.75 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $450.75 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $423.04 |
| Nov 15, 2024 | Contribution | ALT#1(1) DIVIDEND BSG15 REINVESTMENT | $1,750.00 |
| Nov 1, 2024 | Contribution | STR#1(2) Dividend Reinvestment | $625.00 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $423.04 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $423.04 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $395.32 |
| Aug 15, 2024 | Contribution | ALT#1(1) DIVIDEND BSG15 REINVESTMENT | $1,750.00 |
| Aug 1, 2024 | Contribution | STR#1(2) Dividend BSG15 Reinvestment | $625.00 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $395.32 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $395.32 |
| May 15, 2024 | Distribution | May 2024 Distribution | $367.61 |
| May 15, 2024 | Contribution | ALT#1(1) DIVIDEND BSG15 REINVESTMENT | $1,750.00 |
| May 15, 2024 | Contribution | STR#1(2) Dividend BSG15 Reinvestment | $625.00 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $367.61 |
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $367.61 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $339.89 |
| Feb 1, 2024 | Contribution | STR#1(2) Dividend BSG15 Reinvestment, ALT#1(1) | $2,375.00 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $339.89 |
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $339.89 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $312.17 |
| Nov 15, 2023 | Contribution | ALT#1(1) DIVIDEND BSG15 REINVESTMENT | $1,750.00 |
| Nov 1, 2023 | Contribution | IF#8(12) Dividend BSG15 Reinvestment | $625.00 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $312.17 |
| Sep 15, 2023 | Distribution | Sept 2023 Distribution | $291.75 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $291.75 |
| Aug 15, 2023 | Contribution | Dividend from ALT#1(1) | $1,750.00 |
| Jul 15, 2023 | Distribution | July 2023 Distribution | $291.75 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $291.75 |
| May 15, 2023 | Distribution | May 2023 Distribution | $291.75 |
| Apr 15, 2023 | Distribution | Apr 2023 Distribution | $291.75 |
| Mar 15, 2023 | Distribution | Mar 2023 Distribution | $291.75 |
| Feb 15, 2023 | Distribution | Feb 2023 Distribution | $291.75 |
| Jan 15, 2023 | Distribution | Jan 2023 Distribution | $291.75 |
| Dec 15, 2022 | Distribution | Dec 2022 Distribution | $291.75 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2022 | Distribution | Nov 2022 Distribution | $291.75 |
| Oct 15, 2022 | Distribution | Oct 2022 Distribution | $291.75 |
| Sep 15, 2022 | Distribution | Sept 2022 Distribution | $291.75 |
| Aug 15, 2022 | Distribution | Aug 2022 Distribution | $291.75 |
| Jul 15, 2022 | Distribution | July 2022 Distribution | $291.75 |
| Jun 15, 2022 | Distribution | June 2022 Distribution | $291.75 |
| May 15, 2022 | Distribution | May 2022 Distribution | $291.75 |
| Apr 15, 2022 | Distribution | Apr 2022 Distribution | $291.75 |
| Mar 15, 2022 | Distribution | Mar 2022 Distribution | $291.75 |
| Feb 15, 2022 | Distribution | Feb 2022 Distribution | $291.75 |
| Jan 15, 2022 | Distribution | Jan 2022 Distribution | $291.75 |
| Dec 15, 2021 | Distribution | Dec 2021 Distribution | $291.75 |
| Nov 15, 2021 | Distribution | Nov 2021 Distribution | $291.75 |
| Oct 15, 2021 | Distribution | October 2021 Distribution | $291.75 |
| Sep 15, 2021 | Distribution | Sept 2021 Distribution | $291.75 |
| Aug 15, 2021 | Distribution | Aug 2021 Distribution | $291.75 |
| Jul 15, 2021 | Distribution | July 2021 Distribution | $291.75 |
| Jun 15, 2021 | Distribution | June 2021 Distribution | $291.75 |
| May 15, 2021 | Distribution | May 2021 Distribution | $291.75 |
| Apr 15, 2021 | Distribution | Apr 2021 Distribution | $291.75 |
| Mar 12, 2021 | Contribution | CK#331 | $25,000.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

## Crypto/Altcoin Mining - 28% Annual Return

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $12,250 |
| Net distributions | $12,250 |
| Capital returned | $0 |
| Equity balance | $25,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 15, 2025 | Distribution | February 2025 Distribution | $1,750.00 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $1,750.00 |
| Aug 15, 2024 | Distribution | August 2024 Distribution | $1,750.00 |
| May 15, 2024 | Distribution | May 2024 Distribution | $1,750.00 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $1,750.00 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $1,750.00 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $1,750.00 |
| May 9, 2023 | Contribution | BITC Rollover ($25,000) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Crypto/Altcoin Mining - 28% Annual Return

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $50,000 |
| Gross distributions | $7,000 |
| Net distributions | $7,000 |
| Capital returned | $0 |
| Equity balance | $50,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Feb 1, 2025 | Distribution | February 2025 Distribution | $3,500.00 |
| Nov 1, 2024 | Distribution | November 2024 Distribution | $3,500.00 |
| Jul 24, 2024 | Contribution | CHECK #1005 | $50,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# IF8 Infrastructure - 14.63% Annual Return

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $50,000 |
| Gross distributions | $12,801 |
| Net distributions | $12,801 |
| Capital returned | $0 |
| Equity balance | $50,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Sep 1, 2025 | Distribution | September 2025 Distribution | $1,828.75 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $1,828.75 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $1,828.75 |
| Dec 1, 2024 | Distribution | December 2024 Distribution | $1,828.75 |
| Sep 1, 2024 | Distribution | September 2024 Distribution | $1,828.75 |
| Jun 1, 2024 | Distribution | June 2024 Distribution | $1,828.75 |
| Mar 1, 2024 | Distribution | Mar 2024 Distribution | $1,828.75 |
| Nov 30, 2023 | Contribution | ck#1101 | $50,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Lookout

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $11,630 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $11,630 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 16, 2020 | Purchase | Dec 2020 Share Purchase (LO1#1) | $11,630.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

## Ripple

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $20,000 |
| Gross distributions | $0 |
| Net distributions | $0 |
| Capital returned | $0 |
| Equity balance | $20,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 15, 2021 | Purchase | Apr 2021 Share Purchase (RP4#1) | $20,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## Self-Storage - 10% Annual Return/ Profit

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $5,625 |
| Net distributions | $5,625 |
| Capital returned | $0 |
| Equity balance | $25,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | November 2025 Distribution | $625.00 |
| Aug 1, 2025 | Distribution | August 2025 Distribution | $625.00 |
| May 1, 2025 | Distribution | May 2025 Distribution | $625.00 |
| Feb 1, 2025 | Distribution | February 2025 Distribution | $625.00 |
| Nov 1, 2024 | Distribution | November 2024 Distribution | $625.00 |
| Aug 1, 2024 | Distribution | August 2024 Distribution | $625.00 |
| May 1, 2024 | Distribution | May 2024 Distribution | $625.00 |
| Feb 1, 2024 | Distribution | Feb 2024 Distribution | $625.00 |
| Nov 1, 2023 | Distribution | November 2023 Distribution | $625.00 |
| Jul 27, 2023 | Contribution | CK#315961636 | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

## INVESTMENT DETAILS

### Crypto/Bitcoin Mining - 25% Annual Return

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $25,000 |
| Gross distributions | $8,333 |
| Net distributions | $8,333 |
| Capital returned | $0 |
| Equity balance | $0 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Dec 31, 2023 | Distribution | December 2023 Distribution | $2,864.58 |
| Dec 30, 2022 | Distribution | December 2022 Distribution | $5,468.75 |
| Feb 10, 2022 | Contribution | Wire | $25,000.00 |
| Feb 10, 2022 | Share Transfer | FUND TRANSFER TO ALT#1(1) | $25,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# DR Horton #3

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $20,000 |
| Gross distributions | $13,167 |
| Net distributions | $13,167 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 21, 2025 | Redemption | July 2025 Redemption | $20,000.00 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $731.50 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $731.50 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $731.50 |
| Sep 15, 2024 | Distribution | September 2024 Distribution | $731.50 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $731.50 |
| Mar 15, 2024 | Distribution | March 2024 Distribution | $731.50 |
| Dec 15, 2023 | Distribution | December 2023 Distribution | $731.50 |
| Sep 15, 2023 | Distribution | September 2023 Distribution | $731.50 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $731.50 |
| Mar 15, 2023 | Distribution | March 2023 Distribution | $731.50 |
| Dec 15, 2022 | Distribution | December 2022 Distribution | $731.50 |
| Sep 15, 2022 | Distribution | September 2022 Distribution | $731.50 |
| Jun 15, 2022 | Distribution | June 2022 Distribution | $731.50 |
| Mar 15, 2022 | Distribution | March 2022 Distribution | $731.50 |
| Dec 15, 2021 | Distribution | December 2021 Distribution | $731.50 |
| Sep 15, 2021 | Distribution | September 2021 Distribution | $731.50 |
| Jun 15, 2021 | Distribution | June 2021 Distribution | $731.50 |
| Mar 15, 2021 | Distribution | March 2021 Distribution | $731.50 |
| Dec 10, 2020 | Contribution | CK#310 | $20,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# DR Horton #4

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $20,000 |
| Gross distributions | $11,704 |
| Net distributions | $11,704 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 21, 2025 | Redemption | July 2025 Redemption | $20,000.00 |
| May 1, 2025 | Distribution | May 2025 Distribution | $731.50 |
| Feb 1, 2025 | Distribution | February 2025 Distribution | $731.50 |
| Nov 1, 2024 | Distribution | November 2024 Distribution | $731.50 |
| Aug 1, 2024 | Distribution | August 2024 Distribution | $731.50 |
| May 1, 2024 | Distribution | May 2024 Distribution | $731.50 |
| Feb 1, 2024 | Distribution | February 2024 Distribution | $731.50 |
| Nov 1, 2023 | Distribution | November 2023 Distribution | $731.50 |
| Aug 1, 2023 | Distribution | August 2023 Distribution | $731.50 |
| May 1, 2023 | Distribution | May 2023 Distribution | $731.50 |
| Feb 1, 2023 | Distribution | February 2023 Distribution | $731.50 |
| Nov 1, 2022 | Distribution | November 2022 Distribution | $731.50 |
| Aug 1, 2022 | Distribution | August 2022 Distribution | $731.50 |
| May 1, 2022 | Distribution | May 2022 Distribution | $731.50 |
| Feb 1, 2022 | Distribution | February 2022 Distribution | $731.50 |
| Nov 1, 2021 | Distribution | November 2021 Distribution | $731.50 |
| Aug 1, 2021 | Distribution | August 2021 Distribution | $731.50 |
| Apr 29, 2021 | Contribution | CK#339 | $20,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# DR Horton #4

Account: NARENDRA J SHAH & BINA N SHAH JT TEN

| | |
|---|---|
| Contributions | $20,000 |
| Gross distributions | $11,704 |
| Net distributions | $11,704 |
| Capital returned | $0 |
| Equity balance | $0 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 21, 2025 | Redemption | July 2025 Redemption | $20,000.00 |
| Jun 1, 2025 | Distribution | June 2025 Distribution | $731.50 |
| Mar 1, 2025 | Distribution | March 2025 Distribution | $731.50 |
| Dec 1, 2024 | Distribution | December 2024 Distribution | $731.50 |
| Sep 1, 2024 | Distribution | September 2024 Distribution | $731.50 |
| Jun 1, 2024 | Distribution | June 2024 Distribution | $731.50 |
| Mar 1, 2024 | Distribution | March 2024 Distribution | $731.50 |
| Dec 1, 2023 | Distribution | December 2023 Distribution | $731.50 |
| Sep 1, 2023 | Distribution | September 2023 Distribution | $731.50 |
| Jun 1, 2023 | Distribution | June 2023 Distribution | $731.50 |
| Mar 1, 2023 | Distribution | March 2023 Distribution | $731.50 |
| Dec 1, 2022 | Distribution | December 2022 Distribution | $731.50 |
| Sep 1, 2022 | Distribution | September 2022 Distribution | $731.50 |
| Jun 1, 2022 | Distribution | June 2022 Distribution | $731.50 |
| Mar 1, 2022 | Distribution | March 2022 Distribution | $731.50 |
| Dec 1, 2021 | Distribution | December 2021 Distribution | $731.50 |
| Sep 1, 2021 | Distribution | September 2021 Distribution | $731.50 |
| May 27, 2021 | Contribution | CK#341 | $20,000.00 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

BROADSTREET

# INVESTOR REPORT

Apr 1, 2026

Created for: DIRECTED TRUST COMPANY FBO NARENDRA SHAH (IRA)

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 1 |
| Contributions | $229,260 |
| Distributions | $0 |
| Equity balance | $229,260 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

### DIRECTED TRUST COMPANY FBO NARENDRA SHAH (IRA)

| Entity | Capital in | Distributed | Equity balance |
|---|---|---|---|
| Broadstreet Tennessee | $229,260 | - | $229,260 |
| **Total** | **$229,260** | **$0** | **$229,260** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
B
exhibitsticker.com

BROADSTREET

## INVESTMENT DETAILS

### Broadstreet Tennessee

Account: DIRECTED TRUST COMPANY FBO NARENDRA SHAH (IRA)

| | |
|---|---|
| Contributions | $229,260 |
| Gross distributions | $0 |
| Reinvestment | $29,260 |
| Net distributions | $29,260 |
| Capital returned | $0 |
| Equity balance | $229,260 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | Tennessee 2025 Distribution | $29,260.00 |
| Nov 1, 2025 | Reinvestment | Distribution reinvestment | $29,260.00 |
| Jun 15, 2024 | Contribution | Directed IRA Wire | $200,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EX



**July 1 - July 31, 2025**
**Citi Priority Account** [redacted]



**CITI PRIORITY SERVICES**
**PO Box 769007**
**San Antonio, Texas 78245**
For banking call: Citi Priority Services at (888) 275-2484 *
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**NARENDRA J SHAH**
**BINA N SHAH**
[redacted]

New deposit accounts opened between 6/26/25-7/16/25 may have received an incorrect effective date in the Consumer Deposit Account Agreement (CMA) Amendment Section 5: Products. The correct effective date for the amendment is 9/19/25. Please refer to amended sections 5.1 and 5.2 in the CMA.

Your Citi Priority simplified banking Account Statement. The following summary portion of the statement is provided for informational purposes.

| **Value of Accounts** | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | [redacted] | [redacted] |
| **Citi Priority Relationship Total** | [redacted] | [redacted] |

| **Earnings Summary** | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | [redacted] | [redacted] |
| **Citi Priority Relationship Total** | [redacted] | [redacted] |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citi Priority

Effective 9/19/25, Non-Citi ATM fee waiver for Enhanced Direct Deposit will be removed and the $2.50 Non-Citi ATM fee will be charged for Regular Checking accounts. New Savings and Checking accounts will be charged a Monthly Service Fee and Non-Citi ATM fee after the first full calendar month after account opening unless eligible for fee waivers. Citi Priority, Citigold and Citigold Private Client Relationship Tier fee waivers still apply. Refer to sections 5.1 & 5.2 in the Client Manual Agreement.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-275-2484(TTY: We accept 711 or other Relay Service).

## You are Citi Priority for July 2025

When customers own accounts as Joint account owners, the Combined Average Monthly Balance shown on their Joint Account Statement will show the highest Combined Average Monthly Balance range among account owners. The Relationship Tier associated with the account will be determined by the highest Relationship Tier among joint owners. Different processes -New to Relationship customer status, Re-Tiering, Tier Acceleration, and Tier Exclusions- determine whether an individual owner is eligible for Relationship Tiers.

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| May 2025 | $110,000 - $179,999 | Citi Priority |
| June 2025 | $110,000 - $179,999 | Citi Priority |
| July 2025 | $110,000 - $179,999 | Citi Priority |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Non- Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | [redacted] | None | None | N/A | No Fee - Citi Priority Waiver |
| Regular Checking | [redacted] | None | None | N/A | No Fee - Citi Priority Waiver |

## Account Fees and Charges[4] Continued

| Account Type | Account | Monthly Service Fee | Non- Citi ATM Fee | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Regular Checking** [redacted]

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/25 | Opening Balance | | | [redacted] |
| 07/15/25 | ACH Electronic Credit BROAD STREET GLO BSG15 | | 7.29 | [redacted] |
| 07/21/25 | ACH Electronic Debit CITI AUTOPAY PAYMENT 1 | [redacted] | | [redacted] |
| 07/21/25 | Check # 1149 | [redacted] | | [redacted] |
| 07/24/25 | ACH Electronic Debit T-MOBILE PCS SVC 1364350 | [redacted] | | [redacted] |
| 07/28/25 | Incoming Wire Transfer WIRE FROM FINLEY and BOLOGNA INTERNATIONAL | | 60,000.00 | [redacted] |
| 07/29/25 | Cash Withdrawal 07/29 03:21p #4650 Teller | [redacted] | | [redacted] |
| 07/30/25 | Mobile Deposit | | [redacted] | [redacted] |
| 07/30/25 | Mobile Deposit | | [redacted] | [redacted] |
| | Total Subtracted/Added | [redacted] | [redacted] | |
| 07/31/25 | Closing Balance | | | [redacted] |

*All transaction times and dates reflected are based on Eastern Time.*

Checking Activity

**Regular Checking** [redacted]

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/25 | Opening Balance | | | [redacted] |
| 07/16/25 | ACH Electronic Credit XXSOCIAL SECURITY FOR BINA N SHAH | | [redacted] | [redacted] |
| 07/31/25 | Closing Balance | | | [redacted] |

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**

**FDIC Insurance:**

Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

**APY and Interest Rate:**

For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**

Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**

**In Case of Errors or Questions about Your Electronic Fund Transfers:**

If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

***Give us the following information:*** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:**

Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

***Average Daily Balance:*** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

***Interest Charge:*** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

***Payment Instructions:*** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 71051, Philadelphia, PA 19176-1051.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

***Other Information:*** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

***Request for Credit Balance Refunds:*** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

***Billing Rights Summary -*** *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

| | **Citi Priority** | **Citigold** | **Citigold Private Client** |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| **Account Fees and Waiver Eligibility** | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non-Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more<br>Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more<br>or<br>Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more<br>or<br>Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

**This page has been intentionally left blank.**