UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

---

**DECLARATION OF TATYANA LEVY**

I, Tatyana Levy, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that this declaration is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

1. I am an investor in the Broad Street Global Fund.

2. I was introduced to the Fund by Akhil Morada, who brings in investors for Broad Street.

3. I first invested $50,000 in the infrastructure series of the Fund in October 2020.

4. In July 2021, I invested an additional $20,000 into infrastructure.

5. A copy of an investor report that Broadstreet sent me is attached as **Exhibit A**.

6. I invested because of the fixed, preferred returns that Broad Street was offering. They were offering me 14.6% annual returns, paid or accrued quarterly.

EXHIBIT
12

7. Akhil told me that I could pull out money if needed and whenever I needed. He told me that it usually took 180 days, but he could make it faster.

8. I chose to reinvest my preferred returns into the MCA series, which resulted in additional earnings for me.

9. I understood that I could take my money out of the MCA series as well if needed.

10. A copy of an email I received regarding reinvesting my infrastructure series dividends into the MCA dividends is attached as **Exhibit B**. That email notes the 14% annualized income opportunity in MCA with a 60 day redemption right.

11. I left my money to grow for years.

12. In July 2025, I took out some of my money. I received $60,355.28. I had wanted to close my account entirely, but Akhil convinced me to keep some money in, because he said the company was going to be bought and I could see my money triple.

13. In November 2025, Broadstreet told us that they would no longer be paying dividends and sent us a redemption notice with two choices. I could either choose to be redeemed in cash or to receive 3x the value of my investment, but in shares of a SPAC.

14. Akhil was urging me to take the stock option. He repeatedly told me to choose the stock option.

15. David Feingold also urged people to take the stock option on a video call in November. He talked about bringing in younger, more financially savvy folks from New York and turning the investment into something bigger.

16. I did some research and did not recognize the people that they are bringing in. I couldn't even find the new CEO's profile on Linked-In. I decided that I did not want to become involved with the SPAC, I just wanted to get my money back.

17. I elected the cash redemption option.

18. I am owed approximately $75,000.

19. Based on Broadstreet's statements in the redemption notice, I expected to be paid by May 2026.

20. Broad Street has not paid me back the money it owes me and they are now saying that they are forcing me into the stock that I do not want and did not elect.

21. I made other commitments for that money, expecting to receive it by May.

22. I would like to invest it somewhere else where I can earn returns on it.

23. I have since early May repeatedly tried to get Broadstreet to pay me the cash that they owe me. A copy of my correspondence with the Fund is attached as **Exhibit C**.

24. Akhil is no longer communicating with me.

25. I do not view the receipt of shares in the SPAC as in kind to my infrastructure or MCA investments.

26. I also understand that I may not be able to sell the shares for years, whereas I always had the right to receive my money back in the investments that I made with Broadstreet within 60 to 180 days.

27. I understood that the returns they were paying me came from the business doing well, not other investor money or my own principal.

28. It would have been important to me to know if they were using other investor money or my own investor money to pay the preferred returns that they were showing on my statements.

29. I am not aware of any management fee of up to 30%. I have never seen any management fees deducted from my account on your account statement.

30. Broad Street stated that they were successful in their projects with respect to infrastructure and I understood that for MCA they were lending money out at higher rates than what they were paying to me in returns.

31. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24th, 2026, in Miami, FL, USA

[signature]

Tatyana Levy

BROADSTREET

# INVESTOR REPORT

Jul 1, 2026

Created for: TATYANA LEVY

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 3 |
| Contributions | $135,610 |
| Distributions | $49,011 |
| Equity balance | $75,255 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

### TATYANA LEVY

| Entity | Capital in | Capital out | Distributed | Equity balance |
|---|---|---|---|---|
| BSG15 | $65,610 | $60,355 | - | $5,255 |
| DR Horton #3 | $50,000 | - | $36,575 | $50,000 |
| DR Horton #4 | $20,000 | - | $12,436 | $20,000 |
| **Total** | **$135,610** | **$60,355** | **$49,011** | **$75,255** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
A
exhibitsticker.com

BROADSTREET

## INVESTMENT DETAILS

### BSG15

Account: TATYANA LEVY

| | |
|---|---|
| Contributions | $65,610 |
| Gross distributions | $0 |
| Reinvestment | $16,599 |
| Net distributions | $16,599 |
| Capital returned | $0 |
| Equity balance | $5,255 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $52.18 |
| Nov 15, 2025 | Reinvestment | Reinvestment Distribution | $52.18 |
| Nov 1, 2025 | Contribution | DR HORTON#4(14) DIVIDEND BSG#15 REINVESTMENT | $731.50 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $30.48 |
| Oct 15, 2025 | Contribution | DR HORTON#3(1) DIVIDEND BSG#15 REINVESTMENT | $1,828.75 |
| Oct 15, 2025 | Reinvestment | Reinvestment Distribution | $30.48 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $30.13 |
| Sep 15, 2025 | Reinvestment | Reinvestment Distribution | $30.13 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $21.34 |
| Aug 15, 2025 | Reinvestment | Reinvestment Distribution | $21.34 |
| Aug 1, 2025 | Contribution | DR HORTON#4(14) DIVIDEND BSG#15 REINVESTMENT | $731.50 |
| Jul 15, 2025 | Contribution | DR HORTON#3(1) DIVIDEND BSG#15 REINVESTMENT | $1,828.75 |
| Jul 1, 2025 | Redemption | ACH | $60,355.28 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $696.22 |
| Jun 15, 2025 | Reinvestment | Reinvestment Distribution | $696.22 |
| May 15, 2025 | Distribution | May 2025 Distribution | $679.75 |
| May 15, 2025 | Reinvestment | Reinvestment Distribution | $679.75 |
| May 1, 2025 | Contribution | DR HORTON#4(14) DIVIDEND BSG#15 REINVESTMENT | $731.50 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $650.82 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Apr 15, 2025 | Contribution | Dr Horton#3(1) Dividend BSG#15 Reinvestment | $1,828.75 |
| Apr 15, 2025 | Reinvestment | Reinvestment Distribution | $650.82 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $643.31 |
| Mar 15, 2025 | Reinvestment | Reinvestment Distribution | $643.31 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $627.45 |
| Feb 15, 2025 | Reinvestment | Reinvestment Distribution | $627.45 |
| Feb 1, 2025 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $599.12 |
| Jan 15, 2025 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Jan 15, 2025 | Reinvestment | Reinvestment Distribution | $599.12 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $592.20 |
| Dec 15, 2024 | Reinvestment | Reinvestment Distribution | $592.20 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $576.94 |
| Nov 15, 2024 | Reinvestment | Reinvestment Distribution | $576.94 |
| Nov 1, 2024 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $549.18 |
| Oct 15, 2024 | Contribution | Dr Horton#3(1) Dividend Reinvestment | $1,828.75 |
| Oct 15, 2024 | Reinvestment | Reinvestment Distribution | $549.18 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $542.85 |
| Sep 15, 2024 | Reinvestment | Reinvestment Distribution | $542.85 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $528.15 |
| Aug 15, 2024 | Reinvestment | Reinvestment Distribution | $528.15 |
| Aug 1, 2024 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $500.96 |
| Jul 15, 2024 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Jul 15, 2024 | Reinvestment | Reinvestment Distribution | $500.96 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $495.18 |
| Jun 15, 2024 | Reinvestment | Reinvestment Distribution | $495.18 |
| May 15, 2024 | Distribution | May 2024 Distribution | $481.03 |
| May 15, 2024 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| May 15, 2024 | Reinvestment | Reinvestment Distribution | $481.03 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $454.39 |
| Apr 15, 2024 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Apr 15, 2024 | Reinvestment | Reinvestment Distribution | $454.39 |
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $449.15 |
| Mar 15, 2024 | Reinvestment | Reinvestment Distribution | $449.15 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $435.53 |
| Feb 15, 2024 | Reinvestment | Reinvestment Distribution | $435.53 |
| Feb 1, 2024 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $409.41 |
| Jan 15, 2024 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Jan 15, 2024 | Reinvestment | Reinvestment Distribution | $409.41 |
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $404.69 |
| Dec 15, 2023 | Reinvestment | Reinvestment Distribution | $404.69 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $391.58 |
| Nov 15, 2023 | Reinvestment | Reinvestment Distribution | $391.58 |
| Nov 15, 2023 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $365.97 |
| Oct 15, 2023 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Oct 15, 2023 | Reinvestment | Reinvestment Distribution | $365.97 |
| Sep 15, 2023 | Distribution | Sept 2023 Distribution | $361.75 |
| Sep 15, 2023 | Reinvestment | Reinvestment Distribution | $361.75 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $349.13 |
| Aug 15, 2023 | Reinvestment | Reinvestment Distribution | $349.13 |
| Aug 1, 2023 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Jul 15, 2023 | Distribution | July 2023 Distribution | $324.01 |
| Jul 15, 2023 | Contribution | Dr Horton#3(1) Dividend Reinvestment | $1,828.75 |
| Jul 15, 2023 | Reinvestment | Reinvestment Distribution | $324.01 |
| Jun 15, 2023 | Distribution | June 2023 Distribution | $320.27 |
| Jun 15, 2023 | Reinvestment | Reinvestment Distribution | $320.27 |

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| May 15, 2023 | Distribution | May 2023 Distribution | $308.14 |
| May 15, 2023 | Reinvestment | Reinvestment Distribution | $308.14 |
| May 1, 2023 | Contribution | DR Horton#4(14) Dividend BSG15 Reinvestment | $731.50 |
| Apr 15, 2023 | Distribution | Apr 2023 Distribution | $283.49 |
| Apr 15, 2023 | Reinvestment | Reinvestment Distribution | $283.49 |
| Apr 15, 2023 | Contribution | Dr Horton#3(1) Dividend BSG15 Reinvestment | $1,828.75 |
| Mar 15, 2023 | Distribution | Mar 2023 Distribution | $280.22 |
| Mar 15, 2023 | Reinvestment | Reinvestment Distribution | $280.22 |
| Feb 15, 2023 | Distribution | Feb 2023 Distribution | $268.55 |
| Feb 15, 2023 | Reinvestment | Reinvestment Distribution | $268.55 |
| Feb 15, 2023 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $731.50 |
| Jan 15, 2023 | Distribution | Jan 2023 Distribution | $244.36 |
| Jan 15, 2023 | Reinvestment | Reinvestment Distribution | $244.36 |
| Dec 15, 2022 | Distribution | Dec 2022 Distribution | $241.54 |
| Dec 15, 2022 | Reinvestment | Reinvestment Distribution | $241.54 |
| Nov 15, 2022 | Distribution | Nov 2022 Distribution | $230.31 |
| Nov 15, 2022 | Reinvestment | Reinvestment Distribution | $230.31 |
| Oct 15, 2022 | Distribution | Oct 2022 Distribution | $206.56 |
| Oct 15, 2022 | Reinvestment | Reinvestment Distribution | $206.56 |
| Oct 15, 2022 | Contribution | DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Sep 15, 2022 | Distribution | Sept 2022 Distribution | $204.18 |
| Sep 15, 2022 | Reinvestment | Reinvestment Distribution | $204.18 |
| Aug 15, 2022 | Distribution | Aug 2022 Distribution | $193.39 |
| Aug 15, 2022 | Reinvestment | Reinvestment Distribution | $193.39 |
| Aug 15, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Aug 15, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $731.50 |
| Jul 15, 2022 | Distribution | July 2022 Distribution | $170.06 |
| Jul 15, 2022 | Reinvestment | Reinvestment Distribution | $170.06 |
| Jul 15, 2022 | Contribution | CHESTNUT/IF DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Jul 15, 2022 | Contribution | CHESTNUT/IF DIVIDEND BSG15 REINVESTMENT | $731.50 |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 15, 2022 | Distribution | June 2022 Distribution | $168.10 |
| Jun 15, 2022 | Reinvestment | Reinvestment Distribution | $168.10 |
| May 15, 2022 | Distribution | May 2022 Distribution | $157.72 |
| May 15, 2022 | Reinvestment | Reinvestment Distribution | $157.72 |
| May 15, 2022 | Contribution | DR HORTON/IF#5 DIVIDEND BSG15 REINVESTMENT | $731.50 |
| Apr 15, 2022 | Distribution | Apr 2022 Distribution | $134.81 |
| Apr 15, 2022 | Reinvestment | Reinvestment Distribution | $134.81 |
| Apr 15, 2022 | Contribution | CHESTNUT/IF DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Mar 15, 2022 | Distribution | Mar 2022 Distribution | $133.25 |
| Mar 15, 2022 | Reinvestment | Reinvestment Distribution | $133.25 |
| Feb 15, 2022 | Distribution | Feb 2022 Distribution | $123.28 |
| Feb 15, 2022 | Reinvestment | Reinvestment Distribution | $123.28 |
| Feb 1, 2022 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $731.50 |
| Jan 15, 2022 | Distribution | Jan 2022 Distribution | $100.76 |
| Jan 15, 2022 | Reinvestment | Reinvestment Distribution | $100.76 |
| Jan 15, 2022 | Contribution | CHESTNUT/IF DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Dec 15, 2021 | Distribution | Dec 2021 Distribution | $99.60 |
| Dec 15, 2021 | Reinvestment | Reinvestment Distribution | $99.60 |
| Nov 15, 2021 | Distribution | Nov 2021 Distribution | $90.01 |
| Nov 15, 2021 | Reinvestment | Reinvestment Distribution | $90.01 |
| Nov 1, 2021 | Contribution | DR HORTON/W-MB DIVIDEND BSG15 REINVESTMENT | $731.50 |
| Oct 15, 2021 | Distribution | October 2021 Distribution | $67.88 |
| Oct 15, 2021 | Reinvestment | Reinvestment Distribution | $67.88 |
| Oct 15, 2021 | Contribution | DR HORTON/CHESTNUT DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Sep 15, 2021 | Distribution | Sept 2021 Distribution | $67.09 |
| Sep 15, 2021 | Reinvestment | Reinvestment Distribution | $67.09 |
| Aug 15, 2021 | Distribution | Aug 2021 Distribution | $66.32 |
| Aug 15, 2021 | Reinvestment | Reinvestment Distribution | $66.32 |
| Jul 15, 2021 | Distribution | July 2021 Distribution | $44.46 |
| Jul 15, 2021 | Reinvestment | Reinvestment Distribution | $44.46 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 15, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Jun 15, 2021 | Distribution | June 2021 Distribution | $43.95 |
| Jun 15, 2021 | Reinvestment | Reinvestment Distribution | $43.95 |
| May 15, 2021 | Distribution | May 2021 Distribution | $43.44 |
| May 15, 2021 | Reinvestment | Reinvestment Distribution | $43.44 |
| Apr 15, 2021 | Distribution | Apr 2021 Distribution | $21.84 |
| Apr 15, 2021 | Reinvestment | Reinvestment Distribution | $21.84 |
| Apr 15, 2021 | Contribution | DR HORTON DIVIDEND BSG15 REINVESTMENT | $1,828.75 |
| Mar 15, 2021 | Distribution | Mar 2021 Distribution | $21.59 |
| Mar 15, 2021 | Reinvestment | Reinvestment Distribution | $21.59 |
| Feb 15, 2021 | Distribution | February 2021 Distribution | $21.34 |
| Feb 15, 2021 | Reinvestment | Reinvestment Distribution | $21.34 |
| Jan 15, 2021 | Contribution | DR HORTON#3(1) DIVIDEND BSG#15 REINVESTMENT | $1,828.75 |

BROADSTREET

## DR Horton #3

Account: TATYANA LEVY

| | |
|---|---|
| Contributions | $50,000 |
| Gross distributions | $36,575 |
| Net distributions | $36,575 |
| Capital returned | $0 |
| Equity balance | $50,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Oct 15, 2025 | Distribution | October 2025 Distribution | $1,828.75 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $1,828.75 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $1,828.75 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $1,828.75 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $1,828.75 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $1,828.75 |
| Apr 15, 2024 | Distribution | April 2024 Distribution | $1,828.75 |
| Jan 15, 2024 | Distribution | January 2024 Distribution | $1,828.75 |
| Oct 15, 2023 | Distribution | October 2023 Distribution | $1,828.75 |
| Jul 15, 2023 | Distribution | July 2023 Distribution | $1,828.75 |
| Apr 15, 2023 | Distribution | April 2023 Distribution | $1,828.75 |
| Jan 15, 2023 | Distribution | January 2023 Distribution | $1,828.75 |
| Oct 15, 2022 | Distribution | October 2022 Distribution | $1,828.75 |
| Jul 15, 2022 | Distribution | July 2022 Distribution | $1,828.75 |
| Apr 15, 2022 | Distribution | April 2022 Distribution | $1,828.75 |
| Jan 15, 2022 | Distribution | January 2022 Distribution | $1,828.75 |
| Oct 15, 2021 | Distribution | October 2021 Distribution | $1,828.75 |
| Jul 15, 2021 | Distribution | July 2021 Distribution | $1,828.75 |
| Apr 15, 2021 | Distribution | April 2021 Distribution | $1,828.75 |
| Jan 15, 2021 | Distribution | January 2021 Distribution | $1,828.75 |
| Oct 15, 2020 | Contribution | Wire | $50,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# DR Horton #4

Account: TATYANA LEVY

| | |
|---|---|
| Contributions | $20,000 |
| Gross distributions | $12,436 |
| Net distributions | $12,436 |
| Capital returned | $0 |
| Equity balance | $20,000 |

## Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 1, 2025 | Distribution | November 2025 Distribution | $731.50 |
| Aug 1, 2025 | Distribution | August 2025 Distribution | $731.50 |
| May 1, 2025 | Distribution | May 2025 Distribution | $731.50 |
| Feb 1, 2025 | Distribution | February 2025 Distribution | $731.50 |
| Nov 1, 2024 | Distribution | November 2024 Distribution | $731.50 |
| Aug 1, 2024 | Distribution | August 2024 Distribution | $731.50 |
| May 1, 2024 | Distribution | May 2024 Distribution | $731.50 |
| Feb 1, 2024 | Distribution | February 2024 Distribution | $731.50 |
| Nov 1, 2023 | Distribution | November 2023 Distribution | $731.50 |
| Aug 1, 2023 | Distribution | August 2023 Distribution | $731.50 |
| May 1, 2023 | Distribution | May 2023 Distribution | $731.50 |
| Feb 1, 2023 | Distribution | February 2023 Distribution | $731.50 |
| Nov 1, 2022 | Distribution | November 2022 Distribution | $731.50 |
| Aug 1, 2022 | Distribution | August 2022 Distribution | $731.50 |
| May 1, 2022 | Distribution | May 2022 Distribution | $731.50 |
| Feb 1, 2022 | Distribution | February 2022 Distribution | $731.50 |
| Nov 1, 2021 | Distribution | November 2021 Distribution | $731.50 |
| Jul 29, 2021 | Contribution | Wire (&40,000 & $80,000) | $20,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

Message

**From:** Info@BroadStreet Info [info@broadstreetglobalfund.com]
**Sent:** 10/19/2022 7:19:54 AM
**To:** Tatyana Levy [[redacted]
**Subject:** BROAD STREET GLOBAL FUND MCA/Levy,Tatyana/CONFIRMATION (DR HORTON #3(1)- MCA Reinvestment)

Please accept this email as confirmation of receipt of funds in the amount of $1,828.75 on 10/15/2022 in **Broad St. Global Fund Series MCA and in particular the 14% ANNUALIZED INCOME OPPORTUNITY WITH MONTHLY PAYMENT TERM and 60 DAY REDEMPTION RIGHT**. Upon your funds clearing, you have been calculated to receive a 1.167% interest payment per month. The interest will begin being paid on 11/15/2022 via ACH to your bank or reinvestment to your account. The transaction should hit your account within 1-3 business days depending on your bank. This calculation was arrived at by taking the amount of money that you sent in and breaking the 14% interest up over 12 months as disclosed in the private placement subscription documents that you signed.

The Fund has hired a transfer agent (Colonial Stock Transfer), the records of your ownership will be maintained by this third party and you will get reports from Colonial verifying the same.

In addition, you will receive a K-1 at the end of the tax year to reflect your ownership and the Fund will also prepare an annual report that is provided to its owners.

We wish you success in the future.

--

**Broad Street Global Fund**
info@BroadStreetGlobalFund.com
1-833-BSGFUND(274-3863)

EXHIBIT

B

exhibitsticker.com

Gmail

Tatyana Levy [redacted]

## Formal Notice — Cash Redemption Obligations and Reservation of Rights

45 messages

**Tatyana Levy** [redacted] Fri, May 15, 2026 at 1:52 PM
To: davidf@broadstreetglobal.com, josephb@broadstreetglobal.com, stevenb@broadstreetglobal.com, edwardf@broadstreetglobal.com, jackiet@broadstreetglobal.com, "Broadstreet Global Fund LLC." <info@broadstreetglobalfund.com>

Dear Broad Street Global Management LLC,

I write in my capacity as an investor in Broadstreet Global Fund LLC who elected cash consideration for my redemption. Your May 14, 2026 update letter constitutes, in my view, a notice of anticipated non-performance of the Fund's cash redemption obligations. I respond accordingly and formally.

Your letter discloses two material obstacles to completing the cash redemption by the last week of May, acknowledges failed negotiations with counterparties, and invokes Manager discretion as authority to delay or convert my redemption to in-kind consideration. It also explicitly references the possibility of canceling asset sale transactions. This is not a routine update — it is advance notice that the Manager is considering altering the terms of my redemption without my consent.

Be advised of the following:

First, I did not elect in-kind consideration. I elected cash. I already committed this cash to another investment based on the timeline you provided for cash distribution. Any unilateral attempt by the Manager to substitute non-cash consideration for my redemption — regardless of the discretionary provisions cited in the PPM — may constitute a breach of the specific terms of my redemption election and may give rise to legal claims including breach of contract, breach of fiduciary duty, and potentially claims under applicable securities laws.

Second, the Manager's invocation of "sole and absolute discretion" does not eliminate duties owed to investors. Such discretion, as a matter of law in most jurisdictions, must be exercised in good faith and in a commercially reasonable manner. Using that discretion to favor the Manager's negotiating posture over timely investor redemptions raises serious questions about the good faith exercise of that power.

Third, I formally demand that the Manager provide, within seven (7) calendar days: (a) a specific written timeline for my cash redemption; (b) the complete text of all governing document provisions cited in your letter; (c) written confirmation that no decision has been made to convert, delay, or gate my redemption; and (d) identification of the specific assets designated to fund the cash redemption pool and their current transaction status.

Failure to provide the foregoing, or any attempt to unilaterally alter my redemption without my written consent, will be treated as a material breach and will result in my pursuing all available remedies, including but not limited to referral to counsel, filing complaints with applicable regulatory authorities, and coordination with other affected investors.

EXHIBIT C exhibitsticker.com

I am attaching the latest Investor Report as of April 2026 here confirming equity balance owed to me in the amount of $75,255 along with cash withdrawal election notice for your convenience. I am also attaching a copy of this letter for your reference along with .

This letter is written without waiver of, and expressly reserving, all rights and remedies available to me under the Fund's governing documents, applicable state law, and federal law. Nothing herein shall be construed as an election of any specific remedy or a waiver of any other.

Very truly yours,
Tatyana Levy
[redacted]

---

**4 attachments**

**Broad Street Investor report - April 2026.pdf**
306K

**Broadstreet redemption - November 2025.pdf**
4069K

**Broadstreet 5.14.26 communication.pdf**
70K

**Formal Notice — Cash Redemption Obligations and Reservation of Rights 5.15.26.pdf**
42K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sat, May 16, 2026 at 2:12 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **davidf@broadstreetglobal.com**. Gmail will retry for 47 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sat, 16 May 2026 11:12:55 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sat, May 16, 2026 at 3:41 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **stevenb@broadstreetglobal.com**. Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sat, 16 May 2026 12:41:21 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sat, May 16, 2026 at 3:43 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **jackiet@broadstreetglobal.com.** Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Sat, 16 May 2026 12:43:23 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sat, May 16, 2026 at 3:52 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **edwardf@broadstreetglobal.com.** Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sat, 16 May 2026 12:52:55 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sat, May 16, 2026 at 4:30 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **josephb@broadstreetglobal.com.** Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Sat, 16 May 2026 13:30:38 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

[redacted] Sat, May 16, 2026 at 9:27 PM

Sent from my iPhone

Begin forwarded message:

> **From:** [redacted]
> **Date:** May 15, 2026 at 1:52:37 PM EDT
> **To:** davidf@broadstreetglobal.com, josephb@broadstreetglobal.com, stevenb@broadstreetglobal.com, edwardf@broadstreetglobal.com, jackiet@broadstreetglobal.com, "Broadstreet Global Fund LLC." <info@broadstreetglobalfund.com>
> **Subject: Formal Notice — Cash Redemption Obligations and Reservation of Rights**
>
> Dear Broad Street Global Management LLC,
> [Quoted text hidden]

---

**4 attachments**

**Broad Street Investor report - April 2026.pdf**
306K

**Broadstreet redemption - November 2025.pdf**
4069K

**Broadstreet 5.14.26 communication.pdf**
70K



SEC-LevyT-E-0000125

**Formal Notice — Cash Redemption Obligations and Reservation of Rights 5.15.26.pdf**
42K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sun, May 17, 2026 at 2:04 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **stevenb@broadstreetglobal.com**. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Sun, 17 May 2026 11:04:40 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sun, May 17, 2026 at 2:38 PM
[redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **josephb@broadstreetglobal.com.** Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Sun, 17 May 2026 11:38:56 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sun, May 17, 2026 at 3:03 PM
[redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **edwardf@broadstreetglobal.com.** Gmail will retry for 22 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sun, 17 May 2026 12:03:24 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sun, May 17, 2026 at 4:18 PM
[redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **jackiet@broadstreetglobal.com**. Gmail will retry for 21 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sun, 17 May 2026 13:18:21 -0700 (PDT)

Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Sun, May 17, 2026 at 5:53 PM
[redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **davidf@broadstreetglobal.com**. Gmail will retry for 19 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Sun, 17 May 2026 14:53:30 -0700 (PDT)
Will-Retry-Until: Mon, 18 May 2026 10:52:55 -0700 (PDT)

---

noname
5K

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Mon, May 18, 2026 at 11:06 AM
To: [redacted]
Cc: davidf@broadstreetglobal.com, josephb@broadstreetglobal.com, stevenb@broadstreetglobal.com, edwardf@broadstreetglobal.com, jackiet@broadstreetglobal.com

Thank you for your email, we always try to please. However, if you feel that you must threaten us, then by all means we welcome you to review the investment documents that you signed and to thereby follow the dispute mechanism process with which your previously agreed. Thank you.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL

211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

[Quoted text hidden]

---

**Tatyana Levy** [redacted] Mon, May 18, 2026 at 12:15 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>
Cc: davidf@broadstreetglobal.com, josephb@broadstreetglobal.com, stevenb@broadstreetglobal.com, edwardf@broadstreetglobal.com, jackiet@broadstreetglobal.com

Dear Broad Street Global Management, LLC Team,

Thank you for your response. I appreciate the communication, and I want to approach this matter constructively with the goal of reaching a resolution that works for both parties.

That being said, I want to express some concerns that I hope we can address openly. As an investor who has placed trust in your firm and respected the repayment timeline previously proposed, I am finding it difficult to reconcile the current situation with the fiduciary responsibilities your firm holds toward its investors.

Specifically, the continued communication on delay in repayment is creating a real and measurable impact — not only in terms of lost investment opportunity, but also in relation to other financial commitments I have made in good faith based on the agreed-upon timeline.

I would welcome the opportunity to have a direct conversation to:

• Understand the current status and any constraints your firm is facing
• Agree on a clear and realistic repayment timeline
• Ensure that both parties are aligned on next steps

I remain open to dialogue and hopeful that we can resolve this amicably. Please let me know your availability for a call or meeting at your earliest convenience.

Thank you for your time and attention to this matter.

Thank you,
Tatyana Levy

On Mon, May 18, 2026 at 11:06 AM Info@BroadStreet Info
<info@broadstreetglobalfund.com> wrote:
>
> Thank you for your email, we always try to please. However, if you feel that you must threaten us, then by all means we welcome you to review the investment documents that you signed and to thereby follow the dispute mechanism process with which your previously agreed. Thank you.
>
> Thank you,
>
> The Broadstreet Global Team
>
>
>
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, May 18, 2026 at 2:02 PM
To: [redacted]

**Message not delivered**

There was a problem delivering your message to **jackiet@broadstreetglobal.com.** See the technical details below.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Mon, 18 May 2026 11:02:42 -0700 (PDT)

---



SEC-LevyT-E-0000131

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, May 18, 2026 at 2:49 PM
[redacted]

**Message not delivered**

There was a problem delivering your message to **stevenb@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Mon, 18 May 2026 11:49:50 -0700 (PDT)

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, May 18, 2026 at 4:01 PM
[redacted]

**Message not delivered**

There was a problem delivering your message to **josephb@broadstreetglobal.com**. See the technical details

below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Mon, 18 May 2026 13:01:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, May 18, 2026 at 5:11 PM
[redacted]

## Message not delivered

There was a problem delivering your message to **edwardf@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Mon, 18 May 2026 14:11:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Mon, May 18, 2026 at 7:56 PM
[redacted]

## Message not delivered

There was a problem delivering your message to **davidf@broadstreetglobal.com**. See the technical details below.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Mon, 18 May 2026 16:56:35 -0700 (PDT)

noname
5K

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Tue, May 19, 2026 at 10:57 AM
To: Tatyana Levy [redacted]
Cc: davidf@broadstreetglobal.com, josephb@broadstreetglobal.com, stevenb@broadstreetglobal.com, edwardf@broadstreetglobal.com, jackiet@broadstreetglobal.com

Thank you for your email, please note it has been received and forwarded to the back office. Please also note that another investor update is expected to be released by the end of the month which may address your inquiry. Thank you again.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL

211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

[Quoted text hidden]

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, May 19, 2026 at 1:31 PM
To [redacted]



## Delivery incomplete

There was a temporary problem delivering your message to **edwardf@broadstreetglobal.com**. Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Tue, 19 May 2026 10:31:25 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, May 19, 2026 at 2:05 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **jackiet@broadstreetglobal.com**. Gmail will retry for 46 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: delayed
Status: 4.4.1

Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Tue, 19 May 2026 11:05:55 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, May 19, 2026 at 2:42 PM
To: [redacted]



## Delivery incomplete

There was a temporary problem delivering your message to **stevenb@broadstreetglobal.com**. Gmail will retry for 45 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Tue, 19 May 2026 11:42:46 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, May 19, 2026 at 3:49 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **josephb@broadstreetglobal.com**. Gmail will retry for 44 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Tue, 19 May 2026 12:49:46 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Tue, May 19, 2026 at 3:55 PM
To: [redacted]

## Delivery incomplete

There was a temporary problem delivering your message to **davidf@broadstreetglobal.com**. Gmail will retry for 44 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Tue, 19 May 2026 12:55:30 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Wed, May 20, 2026 at 1:12 PM
To: tatyana.a.levy@gmail.com

## Delivery incomplete

There was a temporary problem delivering your message to **davidf@broadstreetglobal.com**. Gmail will retry for 23 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
```

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Wed, 20 May 2026 10:12:38 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Wed, May 20, 2026 at 1:36 PM
To: tatyana.a.levy@gmail.com

## Delivery incomplete

There was a temporary problem delivering your message to **stevenb@broadstreetglobal.com**. Gmail will retry for 22 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

```
The recipient server did not accept our requests to connect. For more information, go to
https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
```

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Wed, 20 May 2026 10:36:44 -0700 (PDT)

Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Wed, May 20, 2026 at 1:48 PM
To: tatyana.a.levy@gmail.com

## Delivery incomplete

There was a temporary problem delivering your message to **jackiet@broadstreetglobal.com.** Gmail will retry for 22 more hours. You'll be notified if the delivery fails permanently.

**LEARN MORE**

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Wed, 20 May 2026 10:48:24 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Wed, May 20, 2026 at 2:14 PM
To: tatyana.a.levy@gmail.com

## Delivery incomplete

There was a temporary problem delivering your message to **edwardf@broadstreetglobal.com.** Gmail will retry for 22 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Wed, 20 May 2026 11:14:42 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Wed, May 20, 2026 at 4:58 PM
To: tatyana.a.levy@gmail.com

## Delivery incomplete

There was a temporary problem delivering your message to **josephb@broadstreetglobal.com.** Gmail will retry for 19 more hours. You'll be notified if the delivery fails permanently.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: delayed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Wed, 20 May 2026 13:58:52 -0700 (PDT)
Will-Retry-Until: Thu, 21 May 2026 09:16:11 -0700 (PDT)

---

**noname**
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Thu, May 21, 2026 at 1:24 PM
To: tatyana.a.levy@gmail.com

## Message not delivered

There was a problem delivering your message to **edwardf@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; edwardf@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Thu, 21 May 2026 10:24:57 -0700 (PDT)

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Thu, May 21, 2026 at 2:01 PM
To: tatyana.a.levy@gmail.com

## Message not delivered

There was a problem delivering your message to **davidf@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; davidf@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Thu, 21 May 2026 11:01:30 -0700 (PDT)

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Thu, May 21, 2026 at 2:58 PM
To: tatyana.a.levy@gmail.com

## Message not delivered



SEC-LevyT-E-0000144

There was a problem delivering your message to **josephb@broadstreetglobal.com.** See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out] [broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; josephb@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Thu, 21 May 2026 11:58:16 -0700 (PDT)

**noname**
5K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Thu, May 21, 2026 at 4:00 PM
To: tatyana.a.levy@gmail.com

## Message not delivered

There was a problem delivering your message to **stevenb@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.173.36: timed out]

[broadstreetglobal.com 199.16.172.91: timed out]

Final-Recipient: rfc822; stevenb@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.173.36: timed out]
[broadstreetglobal.com 199.16.172.91: timed out]
Last-Attempt-Date: Thu, 21 May 2026 13:00:34 -0700 (PDT)

---

noname
5K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com> Thu, May 21, 2026 at 5:57 PM
To: tatyana.a.levy@gmail.com

**Message not delivered**

There was a problem delivering your message to **jackiet@broadstreetglobal.com**. See the technical details below.

LEARN MORE

The response was:

The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720 [broadstreetglobal.com 199.16.172.91: timed out] [broadstreetglobal.com 199.16.173.36: timed out]

Final-Recipient: rfc822; jackiet@broadstreetglobal.com
Action: failed
Status: 4.4.1
Diagnostic-Code: smtp; The recipient server did not accept our requests to connect. For more information, go to https://support.google.com/mail/answer/7720
[broadstreetglobal.com 199.16.172.91: timed out]
[broadstreetglobal.com 199.16.173.36: timed out]
Last-Attempt-Date: Thu, 21 May 2026 14:57:10 -0700 (PDT)

---

noname
5K

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Tue, Jun 2, 2026 at 12:14 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Broad Street Global Management,

I have consulted with legal counsel and have been in communication with representatives of the SEC, as well as the authorities associated with matters involving your company in the Miami District. Based on the guidance I have received, I am formally restating my demand for a full liquid cash distribution of my funds as I previously selected / requested in writing.

It has been confirmed that I am entitled to the return of my funds in cash and that your company does not have the authority to retain those funds or unilaterally roll them into an in-kind exchange or any alternative investment vehicle without my express consent. Accordingly, I reject any proposed rollover or substitution and reiterate my request for a complete cash distribution.

Therefore, I hereby demand that the full amount owed to me be remitted in cash within five (5) business days of your receipt of this correspondence.

I expect your prompt attention to this matter and written confirmation that my request is being processed immediately.

Sincerely,

Tatyana Levy

[Quoted text hidden]

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Wed, Jun 3, 2026 at 11:25 AM
To: Tatyana Levy <tatyana.a.levy@gmail.com>

Thank you for your email. As we collect emails and forward them to our back office, our general protocol is to collect all questions and then do a regular investor update (just as we have done in the past). If you have specific questions and do not want to await a general update, we do suggest you review the data room, operating agreement, private placement memorandum, redemption notices, investor updates and public filings. All of those have always been made freely accessible previously to you and through artificial intelligence searches of those documents, have been able to answer virtually all questions posed. We greatly appreciate your correspondence and as stated before will forward it to the back office for collection and to be address in our next investor update.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL
211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email

that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

[Quoted text hidden]

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Wed, Jun 3, 2026 at 3:17 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Broadstreet Global Management,

My request below needs to be escalated to the upper management as this is of a legal nature, and the below items need to be executed as defined.

Thank you,
Tatyana Levy
[Quoted text hidden]

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Tue, Jun 16, 2026 at 1:22 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Hello,

I haven't received any response from you to my previous email. I also haven't received any plans of how you will be returning proceeds owed to me in cash in accordance to the cash redemption notice, which was signed by me back in November 2025 after you firm offered that option in writing. It is past due 30 days now since the 180 days waiting period after that document was signed. I am not willing to invest money into your funds or any other companies that may have acquired your firm. Please advise on the timeline of returning money owed to me as soon as possible.

Thank you,
Tatyana Levy
[Quoted text hidden]

**TATYANA_LEVY_Redemption_Notice_(111425)_-_F.pdf**
2810K

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Wed, Jun 17, 2026 at 9:10 AM
To: Tatyana Levy <tatyana.a.levy@gmail.com>

Thank you for your email. Rest assured, all of our actions are taken with review by competent and qualified legal counsel and with a focus on the rights and obligations granted in our documents. We will again forward your communications to our legal counsel for review, however, as an investor who has signed very extensive documentation, you should understand that each and every action taken has been done with full understanding and support of documentation which you executed. Again, we will forward your communications back to legal counsel accordingly.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL
211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com

broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

[Quoted text hidden]

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Wed, Jun 17, 2026 at 11:47 AM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Thank you for your response. Please note that the last and very important document that I signed back in November 2025 (which was attached in my previous email) was Cash redemption notice, which was provided to me by your firm as a choice of redemption of my investment. I chose to receive redemption in cash, which is documented by the legal document - Cash redemption notice. Please provide a timeline of repayment of the balance owed to me in cash. The payment due to me is now past due over 30 days.

Thank you,
Tatyana Levy

[Quoted text hidden]

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Mon, Jun 22, 2026 at 1:07 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Hello,

Following up on my email below and the timeline of repaying the amount owed to me since it is now more than 30 days past due, which intervened with my obligations and commitments to other investments. Based on your recent communication that went out on June 20, 2026, you should have no problems to repay your investors that signed Cash Redemption Notices back in November 2025, given, based on your statement, that only 5% of investors elected to receive cash along with the excellent return rates of the two recent exit transactions you recently announced: a) the sale of technology/crypto endeavor and b) the sale of infrastructure assets.

While I would like to congratulate you on successful return rates of your business and wish you luck in your future deals, I would like to withdraw my investment in cash (as I signed Cash Redemption Notice back in November 20250) and part away with your firm on good terms. I would like to reiterate that I have no interest in continuing investing with your firm and especially into SPEC you are converting to. I invested in the DR Horton deal; this project should have been completed by now. Please provide the timeline on repayment of my investment in cash as soon as possible.

Thank you,
Tatyana Levy

[Quoted text hidden]

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Mon, Jun 22, 2026 at 1:47 PM
To: Tatyana Levy <tatyana.a.levy@gmail.com>

Thank you for your email. As discussed in the investor updates and documents that you executed and consented, the cash redemption is no longer available. Although we appreciate that you desire a different exit, the investment documents specifically authorize the exit that we have arranged. Thank you again.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL
211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.
[Quoted text hidden]

---

**Tatyana Levy** <tatyana.a.levy@gmail.com> Tue, Jun 23, 2026 at 4:02 PM
To: "Info@BroadStreet Info" <info@broadstreetglobalfund.com>

Broadstreet Management Team,

Thank you for your response.

I would like to clarify my position on the governing documents and request confirmation of the contractual basis for your determination that cash redemption is no longer available.

As you are aware, the Redemption Notice dated November 14, 2025 provides 2 explicit options: cash or equity; requires investor election; specifies that if no selection is made, the default is cash redemption; doesn't state that election is subject to Manager discretion or override. I summary submitted my election of cash redemption.

Regarding your reference to the Subscription Agreement, you have indicated that the Subscription Agreement allows the MAnager to satisfy redemptions "in kind" at their discretion. However, the Redemption Notice is a later, transaction-specific document that establishes a clear election framework. It does not incorporate or reference the Subscription Agreement as controlling for form of payment. It does not reserve discretion to override investor elections.

To resolve this, please provide the specific clauses in the LLC Agreement of Subscription Agreement that explicitly authorize the Manager to override a redemption election under subsequent notice and/or permit conversion of a cash redemption election into equity notwithstanding the terms of the Redemption Notice. Please provide confirmation as to whether the Redemption Notice is intended to be a binding election mechanism or a non-binding indication subject to Manager discretion. Please also provide contractual basis for disregarding the stated default to cash redemption in the event no equity election was made.

Pending clarification, I maintain my position that my redemption should be processed in accordance with the terms of the Redemption Notice and the election I made.

I reserve all rights in this matter.

Thank you,
Tatyana Levy

[Quoted text hidden]

**Info@BroadStreet Info** <info@broadstreetglobalfund.com> Wed, Jun 24, 2026 at 9:01 AM
To: Tatyana Levy <tatyana.a.levy@gmail.com>

Thank you for your email. If you would kindly review the investor updates that we provided, we specified the exact page and provision accordingly. Thank you again.

Thank you,
**The Broadstreet Global Team**

BROADSTREET
GLOBAL

211 N. Main St.
Greenville, SC 29601
Office: 833-274-3863
info@broadstreetglobalfund.com
broadstreetglobal.com

IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.

This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, "BSG") and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSG's discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.

[Quoted text hidden]