**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Securities and Exchange Commission,

Plaintiff,

v. Case No. 1:25-cv-20436-DPG

David J. Feingold, *et al.*,

Defendants.
_______________________________________/

**THE L3 FUNDS' NOTICE OF FILING EXHIBITS TO PROPOSED THIRD-PARTY COMPLAINT [DE 347-001]**

Non-parties L3 Capital Income Fund, LLC ("L3 Income Fund") and L3 Capital Special Opportunity Fund, LLC ("L3 Special Opportunity Fund") (collectively, "L3 Funds"), hereby give notice of the following exhibits in support of their Third-Party Complaint [ECF No. 347-1]:

1. AG2 Operating Agreement
2. AG4 Operating Agreement
3. L3 Note
4. Alternative Global Partners Amended and Restated Partnership Agreement
5. Alleged Alternative Global Partners Termination Agreement
6. *Feingold v. IRS* Filings
7. Feingold Message
8. Notice of Resignation
9. Dazzo Message
10. Broadstreet Interpleader Complaint
11. Baldassarra Declaration
12. Notice of Sale

Date: August 13, 2026

Respectfully Submitted,

*/s/ Avi Benayoun*
Avi Benayoun

**STUMPHAUZER KOLAYA**
**& SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400; F: (305) 614-1425

*/s/ Ryan K. Stumphauzer*
Ryan K. Stumphauzer
Fla. Bar No. 12176
rstumphauzer@skslegal.com
Timothy A. Kolaya
Fla. Bar No. 056140
tkolaya@skslegal.com

*Counsel for the L3 Income Fund*

**GREENBERG TRAURIG, P.A.**
401 East Las Olas Blvd, Suite 2000
Fort Lauderdale, Florida 33301
T. 954.765.0500
Avi Benayoun
Fla Bar No 0151696
benayouna@gtlaw.com
John L. McManus
Fla. Bar No. 0119423
mcmanusj@gtlaw.com
Zachary R. Needell
Fla Bar No 1011742
zachary.needell@gtlaw.com

**DWYER LAW, P.A.**
201 South Biscayne Blvd, Suite 1300
Miami, Florida 33131
T. 305.704.7225
Jared E. Dwyer
Fla Bar No 104082
jdwyer@jdwyerlaw.com

*Counsel for the L3 Special Opportunity Fund*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2026, I filed the foregoing with the Clerk of Court by using the CM/ECF system which will send an electronic copy to all counsel of record.

*/s/ Avi Benayoun*
Avi Benayoun