**To:** daz1201 [Michael Dazzo]; "live:3dced3a6ba9ce9c5 [Rich Cardinale (owner)]"
**From:** David X. Feingold[davidxfeingold]
**Sent:** Wed 1/5/2022 2:17:45 AM (UTC-05:00)
**Subject:** [Chat #4861]

Rich, I strongly urge you to read this message carefully as it will be the last communication that I will ever have with you. Do not call me, text me, email me or message me because there will be no response. From this point forward you are not permitted in any manner to mention my name, reference me or in any manner comment upon me other than to say "We have no personal or professional relationship anymore" and any words outside of that simple comment will be met with swift and aggressive legal action. I can assure you that my only comment to anyone who asks will likewise be the statement that we have no personal or professional relationship anymore. I am serious and I mean it. Anyone and I mean anyone who receives any form of comment from you outside of the aforementioned will certainly get back to me and then I will certainly take action which will unravel you (remember, I am aware of all of your illusions - graphoid, leesburg, efraim, claims of extensive real estate development experience, games with the operation of your debt settlement, the list goes on and on and really isn't necessary, you get the idea. Quite simply, I am tired of all of the lies, rumors, backstabbing, etc. . . The only drama I have had in my life in the last many many years has involved somehow either directly or indirectly around things involving you and I simply don't want that and don't want to see you, hear from you or in any way have anything to do with you. You have benefited immensely from my work and protection of you and you are going to pay me for that. You can figure out what is reasonable and communicate through Mike and that is why he is copied on this. Any attempt to try to change history or spin the truth won't end well for you, so simply come up with something reasonable and we all go off into the sunset. I can assure you that I have no interest in ruining you but I can guarantee you that I will if it is necessary. So be adult, move on, come up with a reasonable separation and then we will never see or speak again. I can assure you that the very very large number of people that are constantly calling me and complaining to me about you will simply be told that I have no personal or professional relationship with you and I will not engage to listen to their long list of complaints about you as I have had to listen to those in the past. Life is too short and since I have nothing to do with you anymore, I simply don't want to hear about it. Be smart and come up with something fair and I can't stress enough again, take this one warning and don't you dare comment about me to anyone beyond what I have authorized you to say in this message. Be smart and put a civil end to this, I promise you, otherwise you won't like my aggressive side. I know my way around a court room really well and the mountains of evidence involving you aren't pretty. You have benefited greatly from my work, put the emotion you may now be feeling aside from my decision to separate from you and do the right thing. Good luck with your life. I will wait to hear from Mike as to your proposal.

**-----METADATA INFORMATION-----**

**Device Owner:**

+1 (347) 223-7671 Cardinale, Richard

**ICCID:**

89148000004688153397