**Date:** Friday, January 28 2022 04:05 PM
**Subject:** [Chat #1409]
**From:** Mike Dazzo <+17865128331>
**To:** "l3capitalmanagement@gmail.com [Rich Cardinale (owner)]";

---

He doesn't want Steve Markowitz involved and he wants you to make an offer to take the fund or allows Broad street too.

**-----METADATA INFORMATION-----**
**Device Owner:**
+1 (347) 223-7671 Cardinale, Richard
**ICCID:**
89148000004688153397