**VIA EMAIL**

August 12, 2026

Jeffrey C. Schneider, Esq., Monitor
Levine Kellogg Lehman Schneider + Grossman LLP
Miami Tower
100 S.E. 2nd Street, 36th Floor
Miami, FL 33131

**Re: *SEC v. Feingold, et al.*, No. 1:25-cv-20436 (S.D. Fla.)**
**Notice of Contemplated Sale of Infrastructure Assets to D.R. Horton**

Dear Mr. Schneider:

Broadstreet writes to provide notice of a contemplated transaction, as discussed during our meeting with you on April 24, 2026.

As we advised at that meeting, Broadstreet has been working toward the sale of certain infrastructure assets to D.R. Horton, Inc. or its affiliate. We further advised, and confirm again here, that the final contemplated transaction includes disputed projects. The projects are: (1) Hyatt Street Holdings LLC; (2) Gap Creek Group LLC; (3) Woodruff 101 Development LLC; and (4) Standing Springs Land Development, LLC. The transaction is scheduled to close on the afternoon of Friday, August 14, 2026. Consistent with our discussion at the April 24 meeting, this letter constitutes Broadstreet's notice to the Monitor of the foregoing transaction.

Nothing in this notice is intended as, and it shall not be construed as, a concession regarding the scope of the Monitor's authority, an acknowledgment that the projects identified above are subject to the monitorship, or a waiver of any of Broadstreet's positions it is merely compliance with our agreement as to handling of the projects pursuant to our aforementioned discussion. Broadstreet provides this notice without prejudice to, and expressly reserves, all rights, claims, defenses, and objections.

Also as discussed, our counsel will be notifying Judge Altman by filing a copy of this notice in *Siriani, et al. v. Feingold, et al.*, No. 9:26-cv-80119-RKA (S.D. Fla.) which is also consistent with the aforementioned discussion from our meeting.

Very truly yours,

BROADSTREET GLOBAL MANAGEMENT LLC