**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants.

---

**NOTICE IDENTIFYING DOCUMENTS AND INFORMATION THAT SHOULD REMAIN UNDER SEAL**

In compliance with the Court's Order (ECF 329), Defendants file this notice identifying documents and information they believe should remain under seal.[1] As detailed in the attached Declaration of David Feingold attached hereto as **Exhibit A**, the following documents and information are subject to separate sealing order, contain commercially sensitive information,

[1] Defendants' position, which the Plaintiff has confirmed, is that the Court's Order (ECF No. 329) applies only to the exhibits filed under seal in connection with Plaintiff's Expedited Renewed Motion for Appointment of a Receiver ("Motion") and the redactions pertaining to those exhibits. Other documents and redactions pertaining to information subject to other sealing orders of the Court are not subject to the present application. Notwithstanding the foregoing, and as a precaution to preserve their rights, Defendants state that any document previously filed under seal in this action and subject to a sealing order shall remain under seal. Nothing in this Notice constitutes consent to the unsealing of, or a waiver of any protection afforded by such orders.

contain or reflect trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individuals, and/or non-public confidential or sensitive business information and should remain sealed:

| Document | Objection Number | Grounds |
|---|---|---|
| Motion[2] | 1[3] | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 2 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 3 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |

[2] A copy for the redacted Motion is annexed hereto as **Exhibit B**.

[3] The redactions in the redacted Motion are marked with the corresponding numbers set forth herein.

| | | |
|---|---|---|
| Motion | 4 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 5 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 6 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 7 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 8 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or |

| | | |
|---|---|---|
| | | commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 9 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 10 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 11 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 12 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or |

| | | |
|---|---|---|
| | | sensitive non-public business information |
| Motion | 13 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 14 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 15 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 16 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or |

| | | |
|---|---|---|
| | | personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 17 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 18 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 19 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Motion | 20 | Information in the Motion is subject to separate sealing order; commercially sensitive information; contains or reflects trade secrets or other confidential research and development, financial or commercial information or personal information regarding individual, and/or confidential or sensitive non-public business information |

| | | |
|---|---|---|
| Exhibit 1 | Redemption Notice | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 2 | AAYU Emails to Monitor | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 3 | Redemption Notice | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 14 | Supplemental Declaration of Melissa Davis dated August 5, 2026 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 15 | Private Placement Memorandum Supplement Number - Tennessee Supplement | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |

| | | |
|---|---|---|
| Exhibit 17 | Broadstreet Quarterly Report - Q1 2025 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 18 | Email regarding Monitorship dated August 6, 2025 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 21 | BSI - Preparation of Financial Statements - Q2 2025 | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |
| Exhibit 22 | BSG 2024 Reviewed Financial Statements | Commercially sensitive; contains or reflects trade secrets or other confidential research and development, financial or commercial information, or personal information regarding individual, and/or confidential or sensitive non-public business information |

[signature page follows]

Dated: August 14, 2026

Respectfully submitted,

**WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP**

By: ***Thomas Scot Wolinetz***
Thomas S. Wolinetz
Florida Bar No. 1001160
Irwin Weltz (PHV)
1 Old Country Road, Suite 275
Carle Place, New York 11514
Telephone: (212) 202-3176
Facsimile: (516) 855-8776
twolinetz@weltz.law
irwin@weltz.law

**GALLIVAN WHITE & BOYD P.A.**

By: ***Austin P. Booth***
Ioannis (Ian) G. Conits (PHV)
Austin P. Booth
Florida Bar No. 1049907
55 Beattie Pl., Suite 1200
Greenville, South Carolina 29601
Telephone: 864-271-5432
iconits@gwblawfirm.com
abooth@gwblawfirm.com

**LETT LAW FIRM**

By: ***Ariel Lett***
Ariel Lett
Florida Bar No. 115513
6303 Blue Lagoon Dr., Suite 400
Miami, FL 33126
Telephone: 305-912-5388
alett@lettlawfirm.com

*Attorneys for Broadstreet Inc. and David Feingold*

**BERKELEY LAW P.A.**

By: ***Lorne E. Berkeley***
Lorne E. Berkeley
Florida Bar No. 146099
10600 Griffin Road, Suite 104
Cooper City, Florida 33328
Telephone: (954) 719-3484
Lorne@BerkeleyLawFL.com

*Attorneys for Broadstreet Global Management LLC, Joseph B. Baldassarra, and Steven B. Baldassarra*

**LOMAX LEGAL PLLC**

By: ***Brianna P. Hathaway***
Brianna P. Hathaway
Florida Bar No. 1019219
95 Merrick Way, 3rd Floor
Coral Gables, FL 33134
Telephone: 305.582.6506
Brianna@LomaxLegal.com

*Attorneys for Broadstreet Global Management LLC and for Relief Defendants, JosephBenjamin, Inc. and Just a Nice Day, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2026, I filed this document through the CM/ECF system, which will cause a copy of this document to be served by Notice of Electronic Filing on all counsel and parties of record.

By: ***Austin P. Booth***
Austin P. Booth