# EXHIBIT 2

# Broad Street Global Fund Operating Agreement

*To be filed under seal*