# EXHIBIT 3

# Broad Street Global Fund LLC

# Private Placement Memorandum

*To be filed under seal*