# EXHIBIT 4

# 12.5.2025 BSGF Redemption Update Letter

*To be filed under seal*