# EXHIBIT 6

## July 30, 2026 Correspondence

*To be filed under seal*