# EXHIBIT 7

**From:** dwyerje@gtlaw.com
**Sent:** Tuesday, May 13, 2025 4:38 PM
**To:** Miller, Terry; Moessner, Jacqueline
**Cc:** SoliT@gtlaw.com
**Subject:** RE: SEC v. Broadstreet
**Attachments:** 2. Interpleader Complaint.pdf; August 10, 2023 (SDNY).pdf

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Terry.

Thanks for the email. We think it makes sense to get on a call with you all and the monitor.

In advance of that call, it might make sense for the monitor to look at the attached (1) letter to L3 investors sent by Broadstreet (in which Broadstreet suggested it would make L3 investors whole); and (2) the interpleader action filed by Broadstreet in NY.

These two documents, in part, give rise to our claim that Broadstreet is sitting on L3 investor funds. (E.g., in the interpleader, Broadstreet's "affiliate", Broadstreet New York, says that they Broadstreet it will be coming into "susbantial sums" of money that is owed belongs to L3 folks.) Would you mind passing them along?

Toby and I can make ourselves available this week for a call. Please let us know times that work or feel free to put us on a group email with the monitor to work out a good time.

Thanks,
Jed

**Jed Dwyer**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T +1 305.579.0564 | F +1 305.418.6333
dwyerje@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

**From:** Miller, Terry
**Sent:** Tuesday, May 13, 2025 11:32 AM
**To:** Dwyer, Jed (Shld-Mia-LT) ; Moessner, Jacqueline
**Cc:** Soli, Toby (Shld-NY-WCO-LT)
**Subject:** RE: SEC v. Broadstreet

Jed, thank you for the detail, it is very helpful.

I ran this up the chain here. We think (and hope) you could achieve what you're looking for in a less formal way if you, or we as a group if you prefer, talk with the monitor. At a minimum, we're confident the monitor will understand the concern and seek to address it. Can we hold off on this until we've talked it through with the monitor and see if your clients still feel like you need more protection?

Thanks,

Terry R. Miller
303-844-1041
millerte@sec.gov

---

**From:** dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Sent:** Friday, May 9, 2025 12:29 PM
**To:** Miller, Terry <millerte@SEC.GOV>; Moessner, Jacqueline <moessnerj@SEC.GOV>
**Cc:** SoliT@gtlaw.com
**Subject:** RE: SEC v. Broadstreet

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Terry:

Thank you for speaking with us yesterday regarding the L3 entities' request to intervene. The L3 Funds and related investment vehicles (listed below) seek to intervene for the limited purpose of protecting their interests in assets (listed below) that were purchased with L3 Funds investor monies. The L3 entities do not intend to assert 10b-5 claims or any claims against Broad Street for damages in this action, nor do they seek to consolidate or coordinate any other pending actions with this SEC's enforcement action. Instead, the L3 entities seek to intervene to file a one count declaratory judgment action to enjoin (through a constructive trust) the Broadstreet entities from transferring, distributing, encumbering, or practically impairing the L3 assets listed below that were purchased in whole or in part with L3 investor monies, without the L3 entities' consent or further order of the court.

As you probably already know, Broadstreet New York, Inc., an affiliate of Broadstreet Inc., filed in Interpleader action in New York in January 2023, claiming that it has or will come into possession of "substantial sums of money...some of which should be distributed" to L3 Fund investors. *Broadstreet New York Inc. v. L3 Capital Income Fund et al.*, Index No. 650218/2023 (NY Co.). In other words, Broad Street is in possession of assets/rights to moneys that rightfully belong to L3 investors. In August 2023, BSG Management offered to "guarantee with cash/cash collateral that: (a) all investors in the L3 Capital Income Fund will receive their net capital account and thereby be made whole on their investment, (b) all investors in the L3 Hotel Fund will have their names put on the deeds and operating agreements of every hotel related to said fund, and (c) all members of the L3 Special Opportunity Fund will have their names put on the deeds of each parcel of land related to said fund." Broadstreet (a stranger to the L3 Funds) has never explained how it came into possession of L3 assets or proceeds that belong to L3 Fund investors or how it has the authority to add an investors name to the deeds; but, what is clear is that (like they claim in the interpleader action) Broadstreet is exercising ownership and control over L3 funds/assets.

Please feel free to reach out with any questions or if you need additional information.

Thanks,
Jed

The L3 Intervenors:

(1) L3 Capital Hotel Fund

(2) L3 Capital Income Fund, LLC
(3) L3 Capital Special Opportunity Fund, LLC
(4) Alternative Global One, LLC
(5) Alternative Global Two, LLC
(6) Alternative Global Four, LLC
(7) Alternative Global Five, LLC
(8) Alternative Global Six, LLC

The L3 Investments, include but are not limited to, at least:

(1) 4 hotel construction and management projects (Asheville, Raleigh, Myrtle, Ormond Beach)
(2) 5 merchant cash advance portfolios (L3SP, Alt Spin, Asheville, Raleigh, Myrtle)
(3) 7-14 infrastructure projects (multiple Infrastructure SPVs)
(4) 2 Culver's restaurant franchises and the land they occupy
(5) Home development projects with Durham Homes
(6) 2 outparcels of land (Gaffney land tracts)

**Jed Dwyer**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T +1 305.579.0564 | F +1 305.418.6333
dwyerje@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

**From:** Miller, Terry <millerte@SEC.GOV>
**Sent:** Tuesday, May 6, 2025 5:59 PM
**To:** Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; Moessner, Jacqueline <moessnerj@SEC.GOV>
**Cc:** Soli, Toby (Shld-NY-WCO-LT) <SoliT@gtlaw.com>
**Subject:** RE: SEC v. Broadstreet

Jed, I can speak with you while Jackie is away. Are you available Thursday before 2pm ET?

Terry R. Miller
303-844-1041
millerte@sec.gov

**From:** dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Sent:** Tuesday, May 6, 2025 10:04 AM
**To:** Moessner, Jacqueline <moessnerj@SEC.GOV>; Miller, Terry <millerte@SEC.GOV>
**Cc:** SoliT@gtlaw.com
**Subject:** RE: SEC v. Broadstreet

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jackie. Thanks for the response. Any change we could sneak in a call before you leave? We are contemplating a motion to intervene and would like to talk through

**Jed Dwyer**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T +1 305.579.0564 | F +1 305.418.6333
dwyerje@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

**From:** Moessner, Jacqueline <moessnerj@SEC.GOV>
**Sent:** Tuesday, May 6, 2025 11:29 AM
**To:** Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; Miller, Terry <millerte@SEC.GOV>
**Cc:** Soli, Toby (Shld-NY-WCO-LT) <SoliT@gtlaw.com>
**Subject:** RE: SEC v. Broadstreet

***EXTERNAL TO GT***

Hi Jed,

Our apologies, but this morning doesn't work and I am out of the office (and country) from tomorrow through Monday. Could we speak Tuesday afternoon next week?

Thanks,
Jackie

**Jacqueline Moessner**
Trial Attorney
Denver Regional Office

**OFFICE** +1-303-844-1031
**MOBILE** +1-303-862-0996
moessnerj@sec.gov

**From:** dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Sent:** Tuesday, May 6, 2025 5:47 AM
**To:** Moessner, Jacqueline <moessnerj@SEC.GOV>; Miller, Terry <millerte@SEC.GOV>
**Cc:** SoliT@gtlaw.com
**Subject:** SEC v. Broadstreet

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi. Do you all have some time for a call? Does tomorrow AM (eastern) work? Thanks, Jed

**Jed Dwyer**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131

T +1 305.579.0564 | F +1 305.418.6333
dwyerje@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

;;;;;;

**From:** Scruggs, Emily <ScruggsE@SEC.GOV>
**Sent on:** Thursday, May 23, 2024 4:38:08 PM
**To:** wadleyd@gtlaw.com
**CC:** Robinson, Julian (Lee) <RobinsonJL@SEC.GOV>; Langill, Ashley (Contractor) <LangillA@SEC.GOV>
**Subject:** L3 Capital D-04073

Hello Dan,
Our CPU received a link from Kiara.Stubbs@kldiscovery.com to an FTP folder for "Matter of L3 Capital Advisors LLC (HO-14629)". Please confirm if this is related to the documents we discussed on yesterday's call or should this be directed to the Home Office's investigation? Also, CPU tells me they are unable to access the link provided (see below error message). Can your team please provide CPU a new link? Thank you.



**HTTP/1.1 404 Object Not Found**

The requested URL was not found on this server

**Emily C. Scruggs**
Counsel
Division of Enforcement
Denver Regional Office
+1 303 844 1007
ScruggsE@sec.gov

**U.S. Securities and Exchange Commission**

**From:** wadleyd@gtlaw.com
**Sent:** Wednesday, May 29, 2024 4:24 PM
**To:** Scruggs, Emily; Adams, Christina M.
**Subject:** Cardinale/L3 Presentation

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Emily and Christina,

Thanks for taking the time to sit through our proffer/presentation related to the SEC's investigation into L3 and Broad Street. We know it was a significant investment of time and very much appreciated the staff's willingness to endure through the end.

Regarding the PPT itself, we would propose sharing it with the staff pursuant to an agreement that it be designated as protected under FRCP 408. Given the open investigation into L3, we believe that the presentation was in furtherance of an effort to resolve the investigation into L3 and Mr. Cardinale, and as such the designation would be appropriate under the circumstances. Our client would have no concern with the staff pursuing an investigation of issues/facts set forth in the presentation materials, but simply would like, to the extent practicable, to guard against the presentation itself being produced at some point down the line.

Can you let me know if that is something you are comfortable with? I am happy to jump on a call to discuss the issue further and address any questions that you might have.

Thanks,
Dan

**Daniel Wadley**
Shareholder

Greenberg Traurig, LLP
222 South Main Street | Suite 1730 | Salt Lake City, Utah 84101
T 801.478.6910
C 801.652.7217
wadleyd@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal

Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Greenberg Traurig Tokyo Law Offices are operated by GT Tokyo Horitsu Jimusho, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.