# EXHIBIT 9

## Email Correspondence

*To be filed under seal*