# EXHIBIT 10

**From:** Jeffrey C. Schneider[jcs@lklsg.com]
**Sent:** Fri 8/8/2025 8:05:35 PM (UTC)
**To:** Moessner, Jacqueline[moessnerj@SEC.GOV]; Miller, Terry[millerte@SEC.GOV]
**Cc:** Stephanie L. Hauser[slh@lklsg.com]
**Subject:** RE: Monitorship

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jackie:

Maria Yip confirmed the data we received relating to the time period delineated in the Third Report (2023-2025). It was necessary to analyze that period, in my view, because ongoing operations are currently dependent on MCA funds coming in now, which represents about 80% of all funds received by BSG Management for the first five months of 2025. I was told the MCA portfolio had been liquidated and I was told that the current MCA funds represented liquidated profits from the historic MCA portfolios, so I wanted to confirm the accuracy of those statements. I also wanted to know how long those funds would be coming in to gauge next steps. You asked me about an earlier time period, so I requested summary data for that earlier time period (2019-2022), which likewise showed more funds coming in than going out on a macro-level money in/money out breakdown by year. Maria has not done any work with respect to the summary I received for that earlier time period.

I don't think I made a gratuitous statement about past profits. That certainly wasn't my intent. I repeated what Feingold represented to me ("all incoming funds from the historic MCA portfolios are profits."). I memorialized the subset of data that I received ("As of the filing of this Third Status Report, the Monitorship Entities provided a summary of the total amount of funds [not separated by MCA Series and Infrastructure Series] sent to Samson for investments in MCA portfolios for the years 2023, 2024, and 2025, as well as the total amount of funds received from Samson for the years 2023, 2024, and 2025.") I confirmed a second time what I did *not* receive ("As of the filing of this Third Status Report, the Monitorship Entities have not provided a similar accounting for 2021 and 2022.") And I provided a conclusion based on the data set I was provided ("In other words, based on this timeframe of records, it appears that currently all incoming funds from Samson to BSG Fund are, indeed, profits.")

I am, of course, happy to share what I have received. I'll send that over next week (unless something was restricted, for some reason).

Thanks.

Jeff

**Jeffrey C. Schneider, PA**
*Partner*

LKLSG Levine Kellogg Lehman Schneider + Grossman LLP

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.403.8799 (direct)
305.403.8788 (main)
305.403.8789 (fax)

**vCard | Bio | Website**

This electronic mail message contains CONFIDENTIAL information that is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
---------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.
---------------------------------------------------------------------------------------------
PREVENT WIRE FRAUD: Wire fraud and email hacking attacks are becoming extremely common. Please be sure to always confirm wiring instructions with LKLSG before sending a wire. You should never send any funds to any party without verifying, by telephone, the accuracy of the wire instructions that you have been provided. Our wire instructions will always be credited to LKLSG. Wire instructions containing any other name or entity are not legitimate. If you receive an email regarding instructions that contain any suspicious information, including changes or revisions to the wire instructions, please contact LKLSG immediately.

---

**From:** Moessner, Jacqueline <moessnerj@SEC.GOV>
**Sent:** Friday, August 8, 2025 2:54 PM
**To:** Jeffrey C. Schneider <jcs@lklsg.com>; Miller, Terry <millerte@SEC.GOV>
**Cc:** Stephanie L. Hauser <slh@lklsg.com>
**Subject:** RE: Monitorship

Thanks Jeff, we still have a concern about the answer to number 2 below about the MCA profits. I understand based on our call earlier in the week that you had had Maria Yip, your financial analyst confirm the numbers Broad Street was giving you. Have you done so with these numbers as well? We understand that the monitorship order did not require you to assess whether historic conduct violated securities laws, but the report made what might have been a gratuitous statement about past profits and we're entitled I think to know the basis for it. Why did the report focus only on 2023-2025? What are the numbers for each year? Can you send us all of the records you have related to that statement, the summary records referred to in your email below, and tell us what you did to confirm those records presented complete and accurate information?

Jackie

**Jacqueline Moessner**
Trial Attorney
Denver Regional Office

**OFFICE** +1-303-844-1031
**MOBILE** +1-303-862-0996
moessnerj@sec.gov

---

**From:** Jeffrey C. Schneider <jcs@lklsg.com>
**Sent:** Friday, August 8, 2025 6:32 AM
**To:** Miller, Terry <millerte@SEC.GOV>; Moessner, Jacqueline <moessnerj@SEC.GOV>
**Cc:** Stephanie L. Hauser <slh@lklsg.com>
**Subject:** Monitorship

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Terry and Jackie:

I have two quick updates:

1. We have now reviewed Broadstreet's responses to the SEC's questions concerning paragraph 24. I have questions about §§ 3.1(b) and 3.2 ("No Member shall be entitled to withdraw … nor demand the return of its Capital Contribution.") and whether that essentially creates a "lock up" period, which would be a material change. I have asked Broadstreet to explain. I'll circle back.

2. Regarding MCA's, I have now reviewed summary data for the 2019 to 2022 period. I can confirm that the conclusions reached in my Third Report (that the MCAs were profitable) are still accurate. For what it's worth, I don't think Melissa Davis disagreed that the MCA line was profitable. The question was how profitable. I asked for a macro-level money in/money out breakdown by year.

I will circle back on the paragraph 24 issues.

Best regards,

Jeff

**Jeffrey C. Schneider, PA**
*Partner*

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305.403.8799 (direct)
305.403.8788 (main)
305.403.8789 (fax)

vCard | Bio | Website

This electronic mail message contains CONFIDENTIAL information that is (a) ATTORNEY - CLIENT PRIVILEGED, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.
-----------------------------------------------------------------------------------------------
IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by LKLSG to be used, and any such tax advice cannot be used for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.
-----------------------------------------------------------------------------------------------
PREVENT WIRE FRAUD: Wire fraud and email hacking attacks are becoming extremely common. Please be sure to always confirm wiring instructions with LKLSG before sending a wire. You should never send any funds to any party without verifying, by telephone, the accuracy of the wire instructions that you have been

provided. Our wire instructions will always be credited to LKLSG. Wire instructions containing any other name or entity are not legitimate. If you receive an email regarding instructions that contain any suspicious information, including changes or revisions to the wire instructions, please contact LKLSG immediately.