# EXHIBIT 11

# Broadstreet Q4 2024

*To be filed under seal*