# EXHIBIT 12

## Subscription Agreement

*To be filed under seal*