# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC, and
BROAD STREET, INC.,

Defendants, and

JOSEPHBENJAMIN, INC., and
JUST A NICE DAY, INC.,

Relief Defendants.

**DECLARATION OF DAVID FEINGOLD**

I, David Feingold, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am over the age of eighteen and am a Defendant in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration unless indicated otherwise, and if called as a witness, I could and would testify competently to them. I make this Declaration in support of Defendants and Relief Defendants' Response in Opposition to SEC's Second Expedited Renewed Motion and Memorandum of Law for Appointment of a Receiver ("Response"). I previously submitted a declaration in this matter in opposition to the SEC's application for a temporary restraining order and receiver, which the SEC thereafter abandoned. (ECF 54-1).

2. I am the CEO and one of the owners of Broadstreet, Inc. ("BSI"). I am also an attorney in good standing and licensed to practice law in the State of Florida since 1991. I have personal knowledge of the facts set forth herein from my own personal observations, business records and/or from my role at BSI.

3. As CEO of BSI, I have overseen business lines of the Broadstreet Global Fund LLC ("BSGF"), which is managed by Broadstreet Global Management LLC ("BSGM"). I refer to these entities and BSI collectively as Broadstreet. I work closely with the owners of BSGM, Steven Baldassara and Joseph Baldassarra, both of whom I have known for decades.

4. The SEC's claim that Defendants misled the Monitor about various deals that were in progress is unsupported and false.

5. The truth is this:

[redacted]

[redacted]

g. The above information was set forth in the many investor updates provided this year (which are set forth in Steven Baldassarra's declaration filed with the Response).

6. As set forth in Josh Howard's declaration submitted in opposition to the SEC's first receiver application, the appointment of a receiver would cause substantial harm.

7. [redacted]

8. In the face of all the SEC's attacks, Broadstreet still managed to arrange the SOUL stock exit.

9. [redacted]

10. [redacted]

11. [redacted]

12. [redacted]

13. [redacted]

14. [redacted]

15. Finally, as to the SEC's stale MCA claims (business line has been closed for nearly two years), the following is true (and conveniently not included in the SEC's Motion):

a. Broadstreet's PPM provides financial information contained in all reports to its investors will be prepared on an ***accrual basis of accounting***. Broadstreet did that.

b. It is well documented Broadstreet represented that revenue – not profit – would be used to make payments. Broadstreet data room disclosures, for example, state as follows:

IN THE EVENT THAT AN INTEREST PAYMENT, RETURN OF CAPITAL OR ANY OTHER FORM OF PAYMENT OR DISTRIBUTION IS BEING MADE TO AN INVESTOR, THE FUND MAY USE ITS REVENUES OR EARNINGS FROM OTHER BUSINESS LINES IN ORDER TO MAKE PAYMENTS TO INVESTORS. FOR EXAMPLE, IN REAL ESTATE DEALS, INVESTORS ARE GENERALLY PROVIDED AN EXPECTED RETURN, HOWEVER, DEPENDING ON THE REAL ESTATE PROJECT AND THE TIMING OF WHEN SUCH A PROJECT BEGINS TO GENERATE REVENUES FROM OPERATIONS, THE FUND MAY MAKE PAYMENTS TO INVESTORS FROM MONIES GENERATED FROM OTHER INVESTMENTS WHICH THE FUND HAS MADE SO THAT POSITIVE INVESTOR RETURNS CAN BE ACHIEVED.

[redacted]

[redacted]

d. The MCA series has been closed for nearly two years and, as a result of such closing, the portfolios are no longer active with the benefits of spinning and compounding.

16. I reserve the right to submit additional documents and testimony at the evidentiary hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2026 in Miami, Florida.

David Feingold