# EXHIBIT 14

## Email Correspondence with Monitor

*To be filed under seal*