# EXHIBIT 16

## Patel's signed subscription documents

*To be filed under seal*