# EXHIBIT 18

## Shah's subscription agreement

*To be filed under seal*