# EXHIBIT 19

## Shah’s vote documents

*To be filed under seal*