# EXHIBIT 20

## Shah’s subscription document incorporating PPM

*To be filed under seal*