# EXHIBIT 23

## Patels's subscription agreement

*To be filed under seal*