# EXHIBIT 25

**From:** Joseph Baldassarra [JB@BSGFund.com]

**Date:** 5/7/2025 2:59:23 PM

**To:** Akhil Morada [akhilmorada@gmail.com],Joseph Baldassarra [jb@bsgfund.com]

**Bcc:** [redacted] bkrp1005@gmail.com [redacted]

**Subject:** MCA Confirmation

---

ï»¿

As per our conversation, we are moving the MCA subseries to the Land Infrastructure Fund subseries and all payments and everything else will stay the same. The subseries will appear on your statement as BSG15.
Please let us know if you have any questions.

Thank you.

Joseph Baldassarra
President

BROADSTREET

211 N. Main St.

Greenville, SC 29601
Office: (833) BSG-FUND
www.BroadStreetPrivateEquity.com

*IMPORTANT NOTICE: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to vendors, partners, principals, or third party agents or representatives from any employee, agent, or principal of Broadstreet Global Fund LLC or its affiliates presumptively contain information that is confidential and may be legally privileged. Broadstreet Global Fund LLC is a limited liability company organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of its members.*

*This message and any attachments may be privileged, confidential, and/or exempt from disclosure by law. If you are not the intended recipient of this message, please do not read, copy, forward, or store this message, and please immediately notify the sender (including with such notice a copy of the email that was improperly received) and destroy the original message, any attachments, and all copies thereof without disclosing, copying, distributing, using, or relying on its contents. Any comments or statements made herein do not necessarily reflect those of Broadstreet Global Fund LLC or its affiliates (collectively, â€œBSGâ€) and do not constitute investment advice, commitments to contract or pay fees of any kind. Unless specifically indicated, this message is not an official confirmation of any transaction. The contents of any email communications to or from BSG may be monitored or reviewed at BSGâ€™s discretion. BSG accepts no responsibility for any loss or damage arising in any way from the use of this transmission and any attachments; it is the responsibility of the recipient to ensure that they are virus free. If you reply to this email, do so in your own discretion, knowing that no principal or employee or agent of ours is under any ability to bind the company or affiliates in any way via email.*