# EXHIBIT 27

## Samson's audited financials

*To be filed under seal*