Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20436-GAYLES/SHAW-WILDER

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID J. FEINGOLD,
JOSEPH B. BALDASSARRA,
STEVEN S. BALDASSARRA,
BROAD STREET GLOBAL MANAGEMENT, LLC,
and
BROAD STREET INC.,

Defendants, and

JOSEPHBENJAMIN, INC.,
JUST A NICE DAY, INC.,

Relief Defendants,

---

**DECLARATION OF PUI CHEE WONG LIU**

I, Pui Chee Wong Liu, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury, that this declaration is true and correct, that I am over 18 years of age, and I have personal knowledge of the matters stated herein:

- I am 79 years old. My husband is 84.

- We have both experienced health problems.

- I am a retired dentist. I mostly retired last year, for 10-15 years prior to that I saw an average of a couple of patients each week, in order to supplement my income.

- A friend of mine told me about his investment in the Broad Street Global

Fund and connected me with Terry Au, a representative of Broad Street.

- Terry told me that Broad Street was involved in infrastructure. He also told me about investments where they invested in a company that gave money to doctors, for example, if doctors didn't want to wait for insurance to pay them, and then the company that Broad Street invested in received proceeds from the insurance company.

- I invested nearly $50,000 of my retirement money from an IRA account into Broad Street to receive dividends in cash that supplemented my monthly social security income. A copy of my investor report for my IRA account is attached as **Exhibit A**.

- I was receiving 14% interest paid as dividends.

- Terry also suggested that I should invest some of my additional savings (which I viewed as my emergency cash) with Broad Street so that I would get a better return on it. He told me that I could get that money back in one month. Based on Terry's statements to me and the returns I was getting, I invested an additional $50,000. That is my emergency money should I need it for my husband's care. I also received my distributions from that account in cash. A copy of my investor report for the cash account is attached as **Exhibit B**.

- Before I invested my emergency cash, I spoke to a friend of mine who had also invested in Broad Street. My friend told me that he had requested $5,000 back from his investment in Broad Street and he told me that they gave it to him. That reassured me that I could get my money back as Terry was telling me.

- I have also invested approximately $33,000 from a Roth IRA that I have into Broad Street. Much of that money came from an annuity that I had, but the interest rate wasn't that high on annuity. I had to pay a penalty if I withdrew the money from the annuity, but Terry said that after a year I would make back the penalty and I would earn more money that way. I reinvested the distributions in Roth IRA account accrue so that the account would keep growing. A copy of my Roth IRA investor report is attached as **Exhibit C**.

- When I was initially investing, Terry also mentioned other investments that Broad Street had such as crypto that was offering a 27% return, but he suggested I invest in an investment that had 14% returns by giving me the impression that it was safer than the crypto investment.

- Terry also later on mentioned another potential investment that had a 19% return which involved Broad Street building its own building because it had so much money, and that was a 5-year project. Terry had asked whether my sister could invest that 19% offer, but she did not. I later asked Terry about that investment potentially for my son, but my son did not have the minimum $25,000 to invest.

- When I first invested, I received documents stating that I had an income of $250,000 per year. I told Terry that I did not have that income. I also told him the documents were too long to read. He told me not to worry about it and to just sign the documents. He told me it was just the contract to get in.

- After I had invested, I received a K1 that stated I was receiving my own capital back instead of my dividends, and Terry told me that was a way to defer taxes. But I told him that my income is low, I wasn't taking my capital back, I was receiving distributions, and I wanted to pay taxes. Terry told me that was just how they do things. I reported the distributions from my IRA account as withdrawals.

- At some point I asked for a distribution from my IRA or for my dividends and Terry told me something like we are involved in a transaction and while we are doing this transaction, we can't give you your money back, but after this transaction you will get a big bonus. I waited and waited and did not get my distribution or dividends or a big bonus. I ended up just getting one month of distributions in November 2025.

- Then, toward the end of last year Terry told me I would be receiving a redemption notice and that if I wanted my money back, I should sign Option A. If not, I should sign Option B and they would give me three times my account value in stock. But that stock is restricted for up to 3.5 years.

- I need my money now, so I signed up for Option A, the cash redemption option.

- In December, Terry told me that it would take around two months to get my money back, but then Broad Street sent me letters saying it would be up to six months, which was May of this year.

- Then, Broad Street sent a message saying everyone has to accept stock.

- I do not want to accept stock. I want my cash now. Terry told me that I could get my money back in a month if needed. I do not know what my life will look like in 3.5 years. My husband and I are elderly and have some health issues. I don't want to sell my home or take a loan out on my home, I want to have this money in case anything happens. I worry that I may need the money to get additional help for my husband at some point.

- Further, I do not know what the stock value will be in three and half years and I understand that some Broad Street individuals can sell their stock sooner in two years. If the stock has no value in three and a half years, three times zero is zero.

- After Broad Street told us that they would only give us stock, I called Broad Street to ask if I could get my IRA money back because I need to take minimum distributions and I don't know how to do that if I am receiving stock that I can't sell. A man answered the phone and told me I needed to find my own way.

- Prior to that call, I generally only spoke to Terry. I had tried calling Broad Street on occasion during my investment and I was told I needed to talk to Terry. The company could not answer questions about my investments. For everything I was told to talk to Terry.

Executed on Aug 5, 2026, in Little Neck, New York.

Pui Chee Wong Liu

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (IRA)

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 1 |
| Contributions | $49,962 |
| Distributions | $8,478 |
| Equity balance | $49,962 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (IRA)

| Entity | Capital in | Distributed | Equity balance |
|---|---|---|---|
| BSG15 | $49,962 | $8,478 | $49,962 |
| **Total** | **$49,962** | **$8,478** | **$49,962** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
A
exhibitsticker.com

BROADSTREET

IRA

## INVESTMENT DETAILS

### BSG15

Account: DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (IRA)

| | |
|---|---|
| Contributions | $49,962 |
| Gross distributions | $8,478 |
| Net distributions | $8,478 |
| Capital returned | $0 |
| Equity balance | $49,962 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $583.06 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $583.06 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $583.06 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $583.06 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $583.06 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $583.06 |
| May 15, 2025 | Distribution | May 2025 Distribution | $583.06 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $583.06 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $583.06 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $583.06 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $583.06 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $583.06 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $583.06 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $583.06 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $315.09 |
| Aug 30, 2024 | Contribution | WIRE #78762493 | $22,962.31 |
| Sep 2, 2022 | Contribution | TRANSFER FROM ALTOIRA | $26,999.72 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: PUI CHEE WONG LIU

## ACTIVE INVESTMENT SUMMARY

Cash

### Overview

| | |
|---|---|
| Number of investments | 1 |
| Contributions | $50,000 |
| Distributions | $16,338 |
| Equity balance | $50,000 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

PUI CHEE WONG LIU

| Entity | Capital in | Distributed | Equity balance |
|---|---|---|---|
| BSG15 | $50,000 | $16,338 | $50,000 |
| **Total** | **$50,000** | **$16,338** | **$50,000** |



**211 N. Main Street, Greenville, SC 29601**
**https://broadstreetprivateequity.com**

EXHIBIT
B
exhibitsticker.com

BROADSTREET

## INVESTMENT DETAILS

Cash

### BSG15

Account: PUI CHEE WONG LIU

| | |
|---|---|
| Contributions | $50,000 |
| Gross distributions | $16,338 |
| Net distributions | $16,338 |
| Capital returned | $0 |
| Equity balance | $50,000 |

### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $583.50 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $583.50 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $583.50 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $583.50 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $583.50 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $583.50 |
| May 15, 2025 | Distribution | May 2025 Distribution | $583.50 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $583.50 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $583.50 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $583.50 |
| Jan 15, 2025 | Distribution | January 2025 Distribution | $583.50 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $583.50 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $583.50 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $583.50 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $583.50 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $583.50 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $583.50 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $583.50 |
| May 15, 2024 | Distribution | May 2024 Distribution | $583.50 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $583.50 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

Cath

| Date | Type | Description | Amount |
|---|---|---|---|
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $583.50 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $583.50 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $583.50 |
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $583.50 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $583.50 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $583.50 |
| Sep 15, 2023 | Distribution | Sept 2023 Distribution | $583.50 |
| Aug 15, 2023 | Distribution | Aug 2023 Distribution | $583.50 |
| Jul 12, 2023 | Contribution | CK#75326 | $50,000.00 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

BROADSTREET

# INVESTOR REPORT

Jun 1, 2026

Created for: DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (ROTH IRA)

## ACTIVE INVESTMENT SUMMARY

### Overview

| | |
|---|---|
| Number of investments | 1 |
| Contributions | $43,615 |
| Distributions | $509 |
| Equity balance | $43,615 |

### Share by contributions




### Cash flow history




## INVESTMENT LIST

DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (ROTH IRA)

| Entity | Capital in | Distributed | Equity balance |
|---|---|---|---|
| BSG15 | $43,615 | $509 | $43,615 |
| **Total** | **$43,615** | **$509** | **$43,615** |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

EXHIBIT
C
exhibitsticker.com

BROADSTREET

## INVESTMENT DETAILS

### BSG15

Account: DIRECTED TRUST COMPANY FBO PUI CHEE WONG LIU (ROTH IRA)

| | |
|---|---|
| Contributions | $43,615 |
| Gross distributions | $509 |
| Reinvestment | $10,559 |
| Net distributions | $11,068 |
| Capital returned | $0 |
| Equity balance | $43,615 |

#### Transaction history

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2025 | Distribution | November 2025 Distribution | $508.99 |
| Oct 15, 2025 | Distribution | October 2025 Distribution | $503.11 |
| Oct 15, 2025 | Reinvestment | Reinvestment Distribution | $503.11 |
| Sep 15, 2025 | Distribution | September 2025 Distribution | $497.31 |
| Sep 15, 2025 | Reinvestment | Reinvestment Distribution | $497.31 |
| Aug 15, 2025 | Distribution | August 2025 Distribution | $491.57 |
| Aug 15, 2025 | Reinvestment | Reinvestment Distribution | $491.57 |
| Jul 15, 2025 | Distribution | July 2025 Distribution | $485.90 |
| Jul 15, 2025 | Reinvestment | Reinvestment Distribution | $485.90 |
| Jun 15, 2025 | Distribution | June 2025 Distribution | $480.30 |
| Jun 15, 2025 | Reinvestment | Reinvestment Distribution | $480.30 |
| May 15, 2025 | Distribution | May 2025 Distribution | $474.76 |
| May 15, 2025 | Reinvestment | Reinvestment Distribution | $474.76 |
| Apr 15, 2025 | Distribution | April 2025 Distribution | $469.28 |
| Apr 15, 2025 | Reinvestment | Reinvestment Distribution | $469.28 |
| Mar 15, 2025 | Distribution | March 2025 Distribution | $463.87 |
| Mar 15, 2025 | Reinvestment | Reinvestment Distribution | $463.87 |
| Feb 15, 2025 | Distribution | February 2025 Distribution | $458.52 |
| Feb 15, 2025 | Reinvestment | Reinvestment Distribution | $458.52 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com

Roth IRA

BROADSTREET

| Date | Type | Description | Amount |
|---|---|---|---|
| Jan 15, 2025 | Distribution | January 2025 Distribution | $453.23 |
| Jan 15, 2025 | Reinvestment | Reinvestment Distribution | $453.23 |
| Dec 15, 2024 | Distribution | December 2024 Distribution | $448.00 |
| Dec 15, 2024 | Reinvestment | Reinvestment Distribution | $448.00 |
| Nov 15, 2024 | Distribution | November 2024 Distribution | $442.83 |
| Nov 15, 2024 | Reinvestment | Reinvestment Distribution | $442.83 |
| Oct 15, 2024 | Distribution | October 2024 Distribution | $437.72 |
| Oct 15, 2024 | Reinvestment | Reinvestment Distribution | $437.72 |
| Sep 15, 2024 | Distribution | Sep 2024 Distribution | $432.67 |
| Sep 15, 2024 | Reinvestment | Reinvestment Distribution | $432.67 |
| Aug 15, 2024 | Distribution | Aug 2024 Distribution | $427.68 |
| Aug 15, 2024 | Reinvestment | Reinvestment Distribution | $427.68 |
| Jul 15, 2024 | Distribution | July 2024 Distribution | $422.75 |
| Jul 15, 2024 | Reinvestment | Reinvestment Distribution | $422.75 |
| Jun 15, 2024 | Distribution | June 2024 Distribution | $417.87 |
| Jun 15, 2024 | Reinvestment | Reinvestment Distribution | $417.87 |
| May 15, 2024 | Distribution | May 2024 Distribution | $413.05 |
| May 15, 2024 | Reinvestment | Reinvestment Distribution | $413.05 |
| Apr 15, 2024 | Distribution | Apr 2024 Distribution | $408.29 |
| Apr 15, 2024 | Reinvestment | Reinvestment Distribution | $408.29 |
| Mar 15, 2024 | Distribution | Mar 2024 Distribution | $403.58 |
| Mar 15, 2024 | Reinvestment | Reinvestment Distribution | $403.58 |
| Feb 15, 2024 | Distribution | Feb 2024 Distribution | $312.41 |
| Feb 15, 2024 | Contribution | Directed IRA Wire | $7,500.00 |
| Feb 15, 2024 | Reinvestment | Reinvestment Distribution | $312.41 |
| Jan 15, 2024 | Distribution | Jan 2024 Distribution | $308.80 |
| Jan 15, 2024 | Reinvestment | Reinvestment Distribution | $308.80 |
| Dec 15, 2023 | Distribution | Dec 2023 Distribution | $305.24 |
| Dec 15, 2023 | Reinvestment | Reinvestment Distribution | $305.24 |
| Nov 15, 2023 | Distribution | Nov 2023 Distribution | $301.72 |

BROADSTREET

Roth IRA

| Date | Type | Description | Amount |
|---|---|---|---|
| Nov 15, 2023 | Reinvestment | Reinvestment Distribution | $301.72 |
| Oct 15, 2023 | Distribution | Oct 2023 Distribution | $298.24 |
| Oct 15, 2023 | Reinvestment | Reinvestment Distribution | $298.24 |
| Sep 15, 2023 | Contribution | Directed IRA Wire | $25,556.14 |



211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com